# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

2021 JAN 27  PM 4: 30

DEPUTY CLERK_____

**Shannon Boatwright**
Plaintiff

v.

**Brenda Sadberry**
Defendant

3-21CV0182-C

Civil Action No.

## COMPLAINT

*See Complaint*

\* Attach additional pages as needed.

Date            01-27-21

Signature       *Shannon Boatwright*

Print Name      Shannon Boatwright

Address         7150 East Grand Ave. Apt 712

City, State, Zip Dallas Texas 75223

Telephone       (469) 954-6624

*Additional Page(s)

Floyer Yeldell, Dallas County Civil courts
Valencia Alexander, Judge Diaz, ~~Judge Andrea Plumbe~~
Rick Sadberry, CPS, Kristen Washington, ~~Britney Davis~~
Clyde Yeldell, Methodist Hospital,
~~Eddie Gill~~
Derek Boatwright, Judge Andrea Plumbee
Linda Boatwright, Britney Davis
El
Valencia Hooper
Lakewood Greens Apartments staff
Diana Mattews
Nikki
Michael ~~Harvey~~ Harvey
Mark Dobson
Marcus Alexander
Taylor
Christian Walters
Alexsis
Dallas Police Department
Garland Police Department
UT Southwestern
Parkland
Garland Behavioral Health
Doctors Hospital at White Rock Lake

Having to group the individuals and organizations together because The immediate family hated the fact that I graduated college and given a full scholarship, they set me up using lot of organizations and individuals that do the exact same thing just from different hierarchy in the different areas of the lower level government officials dropping to local government officials or law enforcement to individuals who just worked or knew people who worked in the next level up the hierarchy dropping lower to the drug addicts, since drug addicts are like teenagers  and used to be a teacher it was easy to figured out what they were wanting to do to me but family continued my cycle of abuse covering every part of a Hate Crime from never knowing being biracial, Abuse of Disabled Person, and Conspiracy of Attempting my Murder.

When getting sick finding Michael Harvey to get me pregnant with his family and Brenda making me severely depressed while pregnant easy to hurt me already being in a vulnerable state then adding Multiple Sclerosis already having major depressive disorder going hand and hand. Then adding Linda Boatwright moving to Tyler to trick me into loving her like a mother. To slowly changing to making me think she was just joking around to Linda adding her son insulting my mothering, with no one to stick up  me. Then isolated from the world for months sometimes years at a time being alone in my apartment for five and in a half years. Only person that visited me were Michael's drug addict friends along with Michael stealing my medicines also buying marijuana and Hydrocodone daily for awhile and asking me when being to scared to say no. Five and a years just letting people abuse, steal, and taking advantage of me and unable to leave. Also, Michael and Linda just taking my son away from me and ganging up on me. Then the Andrew Center putting me on those unneeded Bipolar medications Depakote 2500 mgs and Abilify 30 mgs not only gaining 60 lbs in a month but making my depression worse, being reckless, my perception being off, being numb, could not remember or comprehend my college reading material asking Linda to help me or make sure I was right always being unsure about everything. Putting on a facade to make it seem like I was happy when hating myself daily. For years just going through motion and occasionally wanted someone to pay attention to me didn't care if just for sex. With Brenda wanting to pay our phone bill because Michael never paid a bill always asking someone to pay our bills like they had to do it when he had a  job but always broke and I wasn't allowed to have money, being happy when Michael's family started fake loving me to advantage of me, I would just give my nice things to them to make them like me and they broke me watching

between to 2-5 kids everyday even when getting out of the hospital and Michael sending Wayne a text message not to come back to the apartment which really hurt because Christian's kids didn't like him, I didn't care that I wasn't getting paid I just wanted respect but never got it. To Diana would go to her house so our sons could play and when having only 5 more classes before my graduating college she would give me this Sri Lankan tea being lanced or had ephradra in it, making me hear voices with being combined with those unneeded medications. Step one of the Conspiracy breaking me down mentally.

Step 2 of the Conspiracy, Hate Crime, Falsifying my Medical Records, Auto Theft, and Continued Abuse of a disabled person, medical fraud, Corrupt CPS and Dallas Police, Endangerment of a Child

Coming back to Dallas already broken and Linda and Michael allowing my son to hit, disrespect me when already feeling like a failure when doing so much in Tyler before meeting Michael. At Linda's house always being told what I can and can't do even when it came to my son, leaving twice just to have what I thought I would like but the entire time gone couldn't stop thinking of my son. With Michael, Brenda, and Linda always making everything my fault wanting me to apologize for every single thing making me think that Michael really loved me wanting to leave him but he never let me drive my car, even the police would not help with giving me my car back. To being badly abused and my car being reported stolen by someone and not getting it back. To being left alone in dangerous environments at night. After Brenda tricks me into signing Temporary Guardianship she has me live with Valencia when never liking her. Being abused so badly leaving Marcus and Valencia's house to in even more danger in Fort Worth being raped, lots of drugs just given to me because I looked high from those Bipolar medications, sexually harassed, everything stolen from me, almost sex trafficked, and could of died from walking for a long time in the heat not just from having Multiple Sclerosis and having heat intolerance but the lithium is salt base could of got dehydrated and over heated. Valencia wanting me to sign Representative Payee, making me feel like lower than low yelling and degrading me the whole time in the car. To Valencia Hooper buying not a lot to eat or drink when staying with her, leaving to get a drink being sex trafficked not once but twice.

Part 3of the Conspiracy, abuse of a disabled person, Endangerment of a Child, HIPAA Violation, Discrimination of a Disabled Person, Kidnapping, Sex

Trafficked, Premeditated Endangerment of a Child Medical Doctors breaking their Hippocratic Oath

When being sex trafficked losing control of bladder and bowels and getting mad from having a degree and living like that, just leaving having to trafficked myself to get back my child. Being back with my child but hated being at Brenda and Rick's house was non stop abuse even in front of my child. Being degraded so bad when losing control complete control of my bladder urinating on myself in front of the kids almost daily and being forced to volunteering only at a daycare. Having the Little Butterflies Learning Center having my son on the wrong daycare bus and it wasn't be accident knowing because Brenda when being the cause making things my fault with always having on her face either a smirk or devilish smirk. She would be nice to get me to give her half or more than half of my Disability checks, Degrading me every time Brenda or Rick saw anybody coming to see me in person or talked to me on the phone. To the point of cutting my wrist and going to Methodist Richardson and being kicked out of their house and unable to talk or see my son. To once again being in dangerous environments many things could of killed me, looking for a job almost daily could of killed me from taking the bus always getting lost getting over heated. While living at boarding home being raped, ganged raped, and for the third time sex trafficked. When sex trafficked again being strangled, when unconscious injected with meth along with taking those Bipolar medications you could tell me jump off a building and selling myself for this much money and doing it, being people's puppet.

Part 4 of the Conspiracy having Government Officials, hospitals, the apartment living at discriminate against me, and having the government officials try and kill me, put me in danger and falsifying my medical records and the Methodist hospital putting my life in serious danger and kidnapping my newborn son wanting to start the conspiracy and kidnapping over again Doctors breaking their Hippocratic oath

When feeling safe Brenda, Rick, Valencia, Marcus always knew my location from my Google account and putting a big finally when trying to kill me by paying drug addicts to try and make me a drug addict then tampering with my case, taking my Disability Checks, Financial Aid stipend when wanting to get my Master's Degree. Garland Police Department when having custody of my son they wouldn't give him back to me and Discriminating me for no reason. When pregnant still asking for help showing pictures still will not help.UPS

store clerk Alexsis not sending my court documents to the 5th Circuit Courts, triple charging me, when printing  not receiving all the pictures, and being triple charged every time I to that UPS  receiving Then having the Dallas County Civil Court even the Judges, Child Protective Services, trying to put be back on unneeded Bipolar medications when having proof not being bipolar. Dallas Police Officers never helped me, even use excessive force on me twice, saying many false allegations that not only putting my life in serious danger with having Parkland Hospital give me unneeded Bipolar medications twice then transferred me to Garland Behavioral Health to be forced to take more unneeded Bipolar medications the first time  and  causing me severe body injuries and pain while pregnant the second time. Lakewood Greens Apartment Manger Brenda from always being rude and talking to me as if uneducated, then saying my rent payment was insufficient from being 20 dollars short when one of the managers sent my Bank Mobile payment back. When being in severe pain and couldn't walk constantly saying go back to my family never offered me help getting downstairs to pay rent. Still being afraid of hospitals but not only being pregnant but in the worst pain but Methodist at first treated me like a MS patient even helping me find my Neurologist. After Floyer calling me to find out which Hospital l was at and eventually telling her Methodist. After what Daniel Pearson did to me I was scared to go back and with them promising me they will not bring up Bipolar, being so nice to me I believe them, the Methodist doctors literally making me feel safe and acted like they cared about my health and my baby's health and safety. When asking APS, and Methodist hospital many times for a wheelchair never received one, when wanting physical therapy to come help me only coming one time, never coming back but charged my insurance for a month, being 6 or 7 months pregnant before receiving a caretaker when asking since being 2 or 3 months to get a caretaker from Girlling Caretaking agency. Every person in the immediate family being so evil wanted to purposely hurt my feelings when already sick calling me mental and a drug addict being pregnant and causing my Multiple Sclerosis to flare up and being unable to walk while pregnant. Then when CPS Investigator Kirsten Washington Manager Jillian S. was just saying so many lies about me causing me to have a stroke. When going to Methodist 3 or 4 days after my stroke, signing a no contact order which means no body calls on the hospital phone. Getting a Covid Test being negative at first everything then things got weird as but unsure. Kept saying all I have to do is learn how to walk again and go back to Federal Court. Having a MRI and CT scan talking to the Neurologist who

said he noticed on my scans a spot on the left side which would explain having the left side of my face droop and vision on my left going out and having light sensitivity. Then wondering how can I be Covid negative one day and positive the next. Going in quarantine and having my son January 18 and after my C-section everything changed, from getting out of surgery with Valencia Hooper calling me 10:10 pm like barely conscious threatening me, if I don't agree to what her and El wanted to tell me the next at 4 I will never have custody of my son. Literally seeing everything with a working brain always looking at their facial movements since couldn't see their eyes and body language even telling many nurses that I'm doing a lot better to seeing how UT Southwestern doing to get me back on Bipolar medications but guess not telling Dr. Mukkavilli then withdraws began from first starting not painful with my thyroid being over active having pregnancy symptoms when not pregnant then biting my tongue which is very painful doing it many times a day, my body getting really over heated, randomly just stopped breathing using a meth pipe to practice breathing using box breathing techniques, my vision impaired, and strokes, when having a bad stroke with Doctors Hospital at White Rock Lake didn't care just gave me a Hydrocodone when already taken 3 other medications before going to the hospital, being sick for 3 more days and learning Multiple Sclerosis being off my medical records and given to Brenda. When asking for support and needing prayer and not only making me feel like I don't have faith in God and being degraded all over again and making my faith in God is beneath them. After giving birth to my son Floyer, Valencia her husband Taylor calling me telling me to give my newborn baby to that family instead of him being in Foster Care and nurse Stacy watched me get scared because being on the hospital phone, didn't seem to be concerned. Thinking if I showed and told and showing them one of my Complaint they would stop saying I'm Bipolar but no. Seeing Methodist Social Worker Brenda sounded so happy calling CPS on me for not having Bipolar and CPS and family are getting revenge. CPS Worker Brittany Davis just talking to hurt me, even when showing her proof from my new Neurologist saying have MS and nothing mentally is wrong with me. With her wanting me to give her access to my records and wanting my Neurologist name and when I said no she said she still saying even though my Neurologist said that having no mental problems she said I needed a mental evaluation. After speaking to someone in the Court telling me do not comply come to the Court once recovering with nurse Stacy in the room. Just watching the nurses coming to my room not only insulting me, trying to convince me I'm Bipolar and mental,

to for 4 days constantly giving me peanut butter crackers when telling them cheese allergic, still giving me peanut butter eating a few causing me to have a painful bump on my tongue, then from me telling the nurse I have to go from being scared and they were purposely doing things to cause me harm not letting me be with my son after giving birth from lying to me saying I have Covid when being negative to me leave after 4 or 5 days without my son or ever being able to see my new born only pictures and CPS just coming up with reasons and I just stopped answering because never signing anything but Methodist and the hospital not to let me see my son, because when coming in the hospital unable to do anything because of being pregnant and since myself and the doctors agreed taking my son a month early because having many health issues and needed my MS medication. Following the same pattern of abuse tricking me when being vulnerable and needed to go to a doctor still trying to kill me using Bipolar medications. Just wondering how much I am worth because doing research and patients with MS if there are lesions on the part of the brain that will causes Bipolar symptoms it's treated with a steroid treatment and lesions scars over and symptoms go away. Every Methodist hospital staff being around except the physical therapist and CPS were wanting to get me on unneeded medications that almost killed me. They were thinking even though walking a lot better but wanting to cause another stroke, I'm getting a lot better but trying to hurt my feelings and my body to be unable to make it to Court. Coming home from the hospital finding out from Social Security my Appeal from having back payment because not making 45,000.00 in 2019 but Derek my half brother stealing my Identity by using my Social Security number when he gets a job and he caused for my Disability benefits to be in over payment for this entire year or more making my benefits being cut short. I have my mobility again with a walker still wobbly but mobile. Just wanted to say when coming the first time to do my first Complaint not only being scared but those Bipolar medications I lost everything not just my first born son I didn't know how to do anything and relearning how to do pretty much everything in a little over a year. Not just getting back everything that I lost knowledge wise but since not being around that family, being able to stand up for myself and my children, stopped being scared all the time, having more than two emotions only sad and angry and having a self esteem with everything evolving in front of Federal Court, from me having nothing to already winning it might of took 30 years I know who I am as a person another first being proud of myself.

 
## Medical History

| Condition | Response |
|---|---|
| Multiple Sclerosis | Y |
| Fibromyalgia | Y |
| Stroke | Y |

Gynecological History No gynecological history recorded.

Obstetrics History

GPAL:
G 0 P 0 0 0 0

## Immunizations
None recorded.

## Past Encounters

| Encounter Date | Diagnosis Name | Diagnosis SNOMED-CT Code |
|---|---|---|
| 12/29/2020<br>Syed Hussaini, TX - Premier Neurology, DALLAS OFFICE: 8230 WALNUT HILL LANE, DALLAS, TX 75231-4482, Ph. (469) 786-5890 | Relapsing remitting multiple sclerosis | 426373005 |
| | Major depressive disorder | 370143000 |
| | Intrauterine pregnancy | 65727000 |

## Goals Section

| Goal | Description | Status | Start Date | Updated by | Updated on |
|---|---|---|---|---|---|
| None Recorded | | | | | |

## Health Concerns Section

**Related Observation**

| | | | |
|---|---|---|---|
| None Recorded | | | |

| Concern | Status | Updated by | Updated on |
|---|---|---|---|
| None Recorded | | | |

## Advance Directives

| Directive |
|---|
| None Recorded |

## Payers

| Encounter Date | Sequence | Insurance Name | Policy Number | Policy Holder | Covered Member ID | Holder Member ID | Guarantor Name |
|---|---|---|---|---|---|---|---|
| 12/29/2020 | 1 | AMERIGROUP DC (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | Shannon Boatwright | 418W01556 | | Shannon Boatwright |
| 12/29/2020 | 2 | SUPERIOR HEALTHPLAN - STAR (MEDICAID HMO) | | Shannon Boatwright | 806497384 | | Shannon Boatwright |



  
## Medications

| Name | Sig | Start Date | Stop Date | Status | Note |
|---|---|---|---|---|---|
| fluconazole 150 mg tablet | TAKE ONE TABLET BY MOUTH AS A ONE TIME DOSE | | 12/29/2020 | completed | |
| prednisone 20 mg tablet | TAKE 2 TABLETS BY MOUTH EVERY DAY WITH FOOD | | 12/29/2020 | completed | |
| acetaminophen 300 mg-codeine 30 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR MODERATE PAIN | | 12/29/2020 | completed | |
| tramadol 50 mg tablet | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | | 12/29/2020 | completed | |
| dexamethasone 4 mg tablet | TAKE 20 tablets (80mg total) BY MOUTH TWICE DAILY for 4 days | | 12/29/2020 | completed | |
| ondansetron 4 mg disintegrating tablet | DISSOLVE 1 TABLET UNDER THE TONGUE EVERY 8 HOURS AS NEEDED FOR NAUSEA AND VOMITING | | 12/29/2020 | completed | |
| cyclobenzaprine 5 mg tablet | take 1 tablet (5 mg total) by mouth 3 times daily as needed for muscle spasms | | 12/29/2020 | completed | |
| nitrofurantoin monohydrate/macrocrystals 100 mg capsule | TAKE ONE CAPSULE (100mg total) BY MOUTH TWICE DAILY WITH MEALS | | 12/29/2020 | completed | |

## Vitals

| Date Recorded | Body height | Body weight | Body mass Index (BMI) [Ratio] | Diastolic blood pressure | Systolic blood pressure | Pulse rate | Body temperature |
|---|---|---|---|---|---|---|---|
| 2020-12-29 | 162.56 cm | 75296.33 g | 28.5 kg/m2 | 149 mm[Hg] | 172 mm[Hg] | 166 /min | 96.6 [degF] |

## Social History

| Smoking Status | Never Smoker (Never) |
|---|---|
| Birth Sex | Unknown |

## Functional Status

None recorded.

## Mental Status

None recorded.

## Family History

| Relationship | Description | Onset Age | Died of this Age | Resolved Age | Notes |
|---|---|---|---|---|---|
| Mother | Diabetes mellitus | | | | |



## Plan of Treatment

### Reminders

| Appointments | | Order Date | Submit Date | Provider | Details |
|---|---|---|---|---|---|
| | None recorded. | | | | |
| Lab | None recorded. | | | | |
| Referral | None recorded. | | | | |
| Procedures | None recorded. | | | | |
| Surgeries | None recorded. | | | | |
| Imaging | None recorded. | | | | |

## Reason for Referral
None Reported.

## Results

None recorded.

## Problems

| Name | Status | Last Modified Date | Onset Date | Resolution Date | Laterality | Problem Type |
|---|---|---|---|---|---|---|
| Multiple sclerosis | Active | 09/29/2020 | 09/29/2020 | | | |
| Fibromyalgia | Completed | 09/29/2020 | | 09/29/2020 | | |
| Asthenia | Completed | 09/29/2020 | 07/30/2020 | 09/29/2020 | | |

## Procedures

### Surgical History

| Date | Name | Laterality | Status |
|---|---|---|---|
| | Caesarean Section | | active |

### Imaging Results

None recorded.

## Medical Equipment
None Reported.

## Allergies

| Name | Reaction | Severity | Status | Onset | Category |
|---|---|---|---|---|---|
| cephalexin | | | active | 07/09/2019 | Non-Medication Allergy |



 
# Data Portability for Shannon Boatwright

## Table of Contents

Demographics
Care Team Members
Assessment
Plan of Treatment
Reason for Referral
Results
Problems
Procedures
Medical Equipment
Allergies
Medications
Vitals
Social History
Functional Status
Mental Status
Family History
Medical History
Immunizations
Past Encounters
Goals Section
Health Concerns Section
Advance Directives
Payers

## Demographics

| | | | |
|---|---|---|---|
| **Sex:** | Female | **Ethnicity:** | Not Hispanic or Latino |
| **DOB:** | 04/27/1990 | **Race:** | Information not available |
| **Preferred language:** | English | **Marital status:** | Single |
| **Previous Name:** | | | |

**Contact:** 7150 E Grand Ave Apt 712, Dallas, TX 75223, Ph. tel:+1-469-970-7457 (Primary Home)

## Care Team Members

**Primary Care Provider**

PATRICK DALY           3629 FAIRMOUNT ST, DALLAS, TX 75219, Ph. tel: (214) 526-3566

## Assessment

| Encounter Assessment Date | Assessment Date | Assessment |
|---|---|---|
| 12/29/2020 | 12/29/2020 | 30-year-old female who is here to establish neurologic care and reports that she has had multiple sclerosis for the past 18 years and she has had multiple treatments including most recently Tysabri. Patient has not been under any other neurological care for past almost 2 years now. Denies any multiple sclerosis exacerbations recently. Multiple sclerosis has affected her ambulatory status. There are other concerns that are going along with her which is not clear at this time. She is reporting UT Southwestern mistreating her for bipolar disorder and patient experiencing a lot of side effects and her mother and her aunt are conspiring against her, police beating her up and also litigations going on in the court. I Do not have any collateral information as to truth of this information. I will try to get records from UT Southwestern and also her previous neurologist to review in detail her course of multiple sclerosis and treatments that have been done. |

**Patient Targets**

| Encounter Date | Instructions | Goals |
|---|---|---|
| 12/29/2020 | | |



1 / 4 ⌄

  

**Boatwright, Shannon**

Student Enrollment

| | | | |
|---|---|---|---|
| Campus | **CTU-Online** | Enroll ID | **BO15028455** |
| Program Version Description | **Bachelor of Science in Business Administration -E- 1 Concentration** | | |
| Program Version Comments | **9/2014JL Copied BBA1E12852 4/19/12 CP** | | |
| Catalog | | | |
| Concentration | **Organizational Behavior** | | |
| Status | **Withdraw** | Advisor | **Rashaan Russell** RRussell@coloradotech.edu |
| Enroll Date | **2/10/2015** | | |
| Start Date | **2/15/2015** | | |
| Credits Req'd | **180.00** | Hours Req'd | **1,800.00** |
| Credits Complete | **95.00** | Hours Complete | **950.00** |
| Credits Taking | **0.00** | Hours Taking | **0.00** |
| Cum GPA | **2.04** | | |

Program Categories

## CORE - Core Requirement (82.00 Credits , 20 Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | | Term |
|---|---|---|---|---|---|---|
| ACCT201 | Accounting I [Retaken Class] | 4.00 | 4.00 | COMPLETE | A- | 1601B |
| ACCT202 | Accounting II | 4.00 | 4.00 | COMPLETE | A | 1604B |
| BADM440 | Research Design Methods & Applications | 4.00 | 4.00 | COMPLETE | A | 1704B |
| ECON310 | Global Managerial Economics | 4.00 | 4.00 | COMPLETE | A- | 1701A |
| FINC225 | Financial Statement Analysis | 4.00 | 4.00 | COMPLETE | A | 1702A |
| HRMT215 | Management of Human Resources | 4.00 | 4.00 | COMPLETE | A | 1502B |
| HRMT440 | Managing Organizational Change | 4.00 | 4.00 | COMPLETE | A | 1702A |
| IT254 | Spreadsheet Applications (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |
| MGM255 | Management Fundamentals (Transferred from - N/A) | 4.00 | 4.00 | COMPLETE | PR | CHALL |
| MGM316 | International Business Communications | 4.00 | 4.00 | COMPLETE | D | 1504B |
| MGM335 | Organizational Behavior Principles | 4.00 | 4.00 | COMPLETE | A | 1703B |
| MGM355 | International Business Practices | 4.00 | 4.00 | COMPLETE | A- | 1704A |
| MGM365 | The Legal and Ethical Environment of Business (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |
| MGMT235 | Business Law I | 4.00 | 4.00 | COMPLETE | B | 1502B |
| MGMT345 | Operations Management [Retaken Class] | 4.00 | 4.00 | COMPLETE | A | 1703B |
| MGMT455 | Business Policies and Strategies | 4.00 | 4.00 | COMPLETE | A | 1802A |
| MKTG225 | Introduction to Marketing | 4.00 | 4.00 | COMPLETE | B- | 1503A |
| MPM210 | Introduction to Project Management (Transferred from - N/A) | 6.00 | 6.00 | COMPLETE | PR | CHALL |
| SCM210 | Introduction to Logistics/Supply Chain Management | 4.00 | 4.00 | COMPLETE | B+ | 1604A |
| UNIV201 | Career Planning and Management (or MGMT115) (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |

| | Categor  Total | 82.00 | 82.00 | | | |
|---|---|---|---|---|---|---|

## E  ED -   eneral Education (   .00 Credits , 1   Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | | Term |
|---|---|---|---|---|---|---|
| COMS105 | Interpersonal Communications (or COMS203) | 4.50 | | | | |
| ECON210 | Principles of Macroeconomics [Retaken Class] | 4.50 | 4.50 | COMPLETE | C+ | 1602A |
| ECON212 | Principles of Microeconomics | 4.50 | 4.50 | COMPLETE | A- | 1603A |
| ENGL104 | Introductory    ritten Communication | 4.50 | | | | |
| ENGL105 | Professional    ritten Communications | 4.50 | | | | |
| HIST101 | Modern American History  1  50 to the 21st Century (or GOVT201) (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| HUMN250 |  orld Values and Cultures | 4.50 | | | | |
| MATH102 | Introduction to College Math (Transferred from Tyler   unior College (NS)) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH106 | Algebra for Business (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH301 | Data Driven Statistics (Transferred from University of Te as - Tyler( online request)(R)) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH451 | Data Driven Decision Making (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| SCI101 | Introduction to the Sciences (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| SCI103 | Science and Technology - Laboratory Course (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 1.50 | 1.50 | COMPLETE | TC | TRANSFER |
| SCI201 | Environmental Science and Sustainability (  ) | 4.50 | | | | |
| SCI203 | Environmental Science and Sustainability - Laboratory Course (  ) | 1.50 | 1.50 | COMPLETE | A | 1503A |
| UNIV104 | Academic and Career Success | 4.50 | | | | |
| | Categor  Total | 66.00 | 3 .00 | | | |

-  ndicates Student Elected Pass/ ail
-  ndicates Pass/ ail Onl  Course

**Program Totals**

| Credits Required | 148.00 |
|---|---|
| Credits Completed | 121.00 |
| Credits Taking | 0.00 |
| Credits Scheduled | 0.00 |

Area of Stud
Concentration: Organi ational Beha ior

## CO  CE   - Concentration Option (32.00 Credits , 8 Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | Term |
|---|---|---|---|---|---|

| BHVS215 | Motivation and Emotion | 4.00 | 4.00 | COMPLETE | B- | 1602B |
|---------|------------------------|------|------|----------|-----|-------|
| BHVS315 | Interpersonal Communications and Dynamics | 4.00 | 4.00 | COMPLETE | A- | 1801A |
| HRM345 | Building Effective Teams | 4.00 | 4.00 | COMPLETE | A | 1603B |
| MGMT4 5 | Business Capstone | 4.00 | 4.00 | COMPLETE | A- | 1802A |
| OB460 | Creating Change in Individuals and Organizations | 4.00 | 4.00 | COMPLETE | A | 1704A |
| OB470 | Developing Human Resources | 4.00 | 4.00 | COMPLETE | A | 1801A |
| PSYC310 | Organizational Psychology | 4.00 | 4.00 | COMPLETE | A- | 1701B |
| PSYC424 | Diversity | 4.00 | 4.00 | COMPLETE | A- | 1801B |
| | **Categor   Total** | 32.00 | 32.00 | | | |

- ndicates Student Elected Pass/ ail
- ndicates Pass/ ail Onl  Course

**Concentration  Organizational Behavior Totals**

| | |
|---|---|
| Credits Required | 32.00 |
| Credits Completed | 32.00 |
| Credits Taking | 0.00 |
| Credits Scheduled | 0.00 |

**Boatwright, Shannon**

Student Enrollment

| | | | |
|---|---|---|---|
| Campus | **CTU-Online** | Enroll ID | **BO16015143** |
| Program Version Description | **Bachelor of Science in Business Administration -E- 1 Concentration** | | |
| Program Version Comments | **9/2014JL Copied BBA1E12852 4/19/12 CP** | | |
| Catalog | | | |
| Concentration | **Organizational Behavior (GPA: 3.47)** | | |
| Status | **Withdraw** | Advisor | Marta Zawadzka mzawadzka@coloradotech.edu |
| Enroll Date | **1/27/2016** | | |
| Start Date | **2/14/2016** | | |
| Credits Req'd | **180.00** | Hours Req'd | **1,800.00** |
| Credits Complete | **140.00** | Hours Complete | **1,400.00** |
| Credits Taking | **0.00** | Hours Taking | **0.00** |
| Cum GPA | **3.06** | | |

Program Categories

## CORE - Core Requirement (82.00 Credits , 20 Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | | Term |
|---|---|---|---|---|---|---|
| ACCT201 | Accounting I [Retaken Class] | 4.00 | 4.00 | COMPLETE | A- | 1601B |
| ACCT202 | Accounting II | 4.00 | 4.00 | COMPLETE | A | 1604B |
| BADM440 | Research Design Methods & Applications | 4.00 | 4.00 | COMPLETE | A | 1704B |
| ECON310 | Global Managerial Economics | 4.00 | 4.00 | COMPLETE | A- | 1701A |
| FINC225 | Financial Statement Analysis | 4.00 | 4.00 | COMPLETE | A | 1702A |
| HRMT215 | Management of Human Resources | 4.00 | 4.00 | COMPLETE | A | 1502B |
| HRMT440 | Managing Organizational Change | 4.00 | 4.00 | COMPLETE | A | 1702A |
| IT254 | Spreadsheet Applications (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |
| MGM255 | Management Fundamentals (Transferred from - N/A) | 4.00 | 4.00 | COMPLETE | PR | CHALL |
| MGM316 | International Business Communications | 4.00 | 4.00 | COMPLETE | D | 1504B |
| MGM335 | Organizational Behavior Principles | 4.00 | 4.00 | COMPLETE | A | 1703B |
| MGM355 | International Business Practices | 4.00 | 4.00 | COMPLETE | A- | 1704A |
| MGM365 | The Legal and Ethical Environment of Business (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |
| MGMT235 | Business Law I | 4.00 | 4.00 | COMPLETE | B | 1502B |
| MGMT345 | Operations Management [Retaken Class] | 4.00 | 4.00 | COMPLETE | A | 1703B |
| MGMT455 | Business Policies and Strategies | 4.00 | 4.00 | COMPLETE | A | 1802A |
| MKTG225 | Introduction to Marketing | 4.00 | 4.00 | COMPLETE | B- | 1503A |
| MPM210 | Introduction to Project Management (Transferred from - N/A) | 6.00 | 6.00 | COMPLETE | PR | CHALL |
| SCM210 | Introduction to Logistics/Supply Chain Management | 4.00 | 4.00 | COMPLETE | B+ | 1604A |
| UNIV201 | Career Planning and Management (or MGMT115) (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |

| | Categor Total | 82.00 | 82.00 | | |
|---|---|---|---|---|---|

## E  ED -   eneral Education (   .00 Credits , 1   Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | | Term |
|---|---|---|---|---|---|---|
| COMS105 | Interpersonal Communications (or COMS203) | 4.50 | | | | |
| ECON210 | Principles of Macroeconomics [Retaken Class] | 4.50 | 4.50 | COMPLETE | C+ | 1602A |
| ECON212 | Principles of Microeconomics | 4.50 | 4.50 | COMPLETE | A- | 1603A |
| ENGL104 | Introductory    ritten Communication | 4.50 | | | | |
| ENGL105 | Professional    ritten Communications | 4.50 | | | | |
| HIST101 | Modern American History  1  50 to the 21st Century (or GOVT201) (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| HUMN250 |    orld Values and Cultures | 4.50 | | | | |
| MATH102 | Introduction to College Math (Transferred from Tyler   unior College (NS)) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH106 | Algebra for Business (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH301 | Data Driven Statistics (Transferred from University of Te as - Tyler( online request)(R)) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH451 | Data Driven Decision Making (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| SCI101 | Introduction to the Sciences (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| SCI103 | Science and Technology - Laboratory Course (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 1.50 | 1.50 | COMPLETE | TC | TRANSFER |
| SCI201 | Environmental Science and Sustainability (  ) | 4.50 | | | | |
| SCI203 | Environmental Science and Sustainability - Laboratory Course (  ) | 1.50 | 1.50 | COMPLETE | A | 1503A |
| UNIV104 | Academic and Career Success | 4.50 | | | | |
| | Categor  Total | 66.00 | 3 .00 | | | |

-   ndicates Student Elected Pass/  ail
-   ndicates Pass/  ail Onl   Course

**Program Totals**

| Credits Required | 148.00 |
|---|---|
| Credits Completed | 121.00 |
| Credits Taking | 0.00 |
| Credits Scheduled | 0.00 |

Area of Stud
Concentration: Organi ational Beha ior

## CO  CE   - Concentration Option (32.00 Credits , 8 Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | Term |
|---|---|---|---|---|---|

| BHVS215 | Motivation and Emotion | 4.00 | 4.00 | COMPLETE | B- | 1602B |
|---------|------------------------|------|------|----------|----|----|
| BHVS315 | Interpersonal Communications and Dynamics | 4.00 | 4.00 | COMPLETE | A- | 1801A |
| HRM345 | Building Effective Teams | 4.00 | 4.00 | COMPLETE | A | 1603B |
| MGMT4 5 | Business Capstone | 4.00 | 4.00 | COMPLETE | A- | 1802A |
| OB460 | Creating Change in Individuals and Organizations | 4.00 | 4.00 | COMPLETE | A | 1704A |
| OB470 | Developing Human Resources | 4.00 | 4.00 | COMPLETE | A | 1801A |
| PSYC310 | Organizational Psychology | 4.00 | 4.00 | COMPLETE | A- | 1701B |
| PSYC424 | Diversity | 4.00 | 4.00 | COMPLETE | A- | 1801B |
| | **Categor   Total** | 32.00 | 32.00 | | | |

- ndicates Student Elected Pass/ ail
- ndicates Pass/ ail Onl  Course

**Concentration: Organizational Behavior Totals**

| | |
|---|---|
| Credits Required | 32.00 |
| Credits Completed | 32.00 |
| Credits Taking | 0.00 |
| Credits Scheduled | 0.00 |

**Boatwright, Shannon**

Student Enrollment

| | | | |
|---|---|---|---|
| Campus | **CTU-Online** | Enroll ID | **BO17082586** |
| Program Version Description | **Bachelor of Science in Business Administration -E- 1 Concentration** | | |
| Program Version Comments | **9/2014JL Copied BBA1E12852 4/19/12 CP** | | |
| Catalog | | | |
| Concentration | **Organizational Behavior (GPA: 3.82)** | | |
| Status | **Graduate** | Advisor | **Justeen Pelt** |
| Enroll Date | **8/3/2017** | | |
| Start Date | **8/15/2017** | | |
| Credits Req'd | **180.00** | Hours Req'd | **1,800.00** |
| Credits Complete | **180.00** | Hours Complete | **1,800.00** |
| Credits Taking | **0.00** | Hours Taking | **0.00** |
| Cum GPA | **3.46** | | |

Program Categories

## CORE - Core Requirement (82.00 Credits , 20 Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | | Term |
|---|---|---|---|---|---|---|
| ACCT201 | Accounting I [Retaken Class] | 4.00 | 4.00 | COMPLETE | A- | 1601B |
| ACCT202 | Accounting II | 4.00 | 4.00 | COMPLETE | A | 1604B |
| BADM440 | Research Design Methods & Applications | 4.00 | 4.00 | COMPLETE | A | 1704B |
| ECON310 | Global Managerial Economics | 4.00 | 4.00 | COMPLETE | A- | 1701A |
| FINC225 | Financial Statement Analysis | 4.00 | 4.00 | COMPLETE | A | 1702A |
| HRMT215 | Management of Human Resources | 4.00 | 4.00 | COMPLETE | A | 1502B |
| HRMT440 | Managing Organizational Change | 4.00 | 4.00 | COMPLETE | A | 1702A |
| IT254 | Spreadsheet Applications (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |
| MGM255 | Management Fundamentals (Transferred from - N/A) | 4.00 | 4.00 | COMPLETE | PR | CHALL |
| MGM316 | International Business Communications | 4.00 | 4.00 | COMPLETE | D | 1504B |
| MGM335 | Organizational Behavior Principles | 4.00 | 4.00 | COMPLETE | A | 1703B |
| MGM355 | International Business Practices | 4.00 | 4.00 | COMPLETE | A- | 1704A |
| MGM365 | The Legal and Ethical Environment of Business (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |
| MGMT235 | Business Law I | 4.00 | 4.00 | COMPLETE | B | 1502B |
| MGMT345 | Operations Management [Retaken Class] | 4.00 | 4.00 | COMPLETE | A | 1703B |
| MGMT455 | Business Policies and Strategies | 4.00 | 4.00 | COMPLETE | A | 1802A |
| MKTG225 | Introduction to Marketing | 4.00 | 4.00 | COMPLETE | B- | 1503A |
| MPM210 | Introduction to Project Management (Transferred from - N/A) | 6.00 | 6.00 | COMPLETE | PR | CHALL |
| SCM210 | Introduction to Logistics/Supply Chain Management | 4.00 | 4.00 | COMPLETE | B+ | 1604A |
| UNIV201 | Career Planning and Management (or MGMT115) (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.00 | 4.00 | COMPLETE | TC | TRANSFER |
| | **Category Total** | 82.00 | 82.00 | | | |

E  ED -   eneral Education (  .00 Credits , 1   Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | | Term |
|--------|-------------|------------------|----------------|----------------|---|------|
| COMS105 | Interpersonal Communications (or COMS203) | 4.50 | | | | |
| ECON210 | Principles of Macroeconomics [Retaken Class] | 4.50 | 4.50 | COMPLETE | C+ | 1602A |
| ECON212 | Principles of Microeconomics | 4.50 | 4.50 | COMPLETE | A- | 1603A |
| ENGL104 | Introductory   ritten Communication | 4.50 | | | | |
| ENGL105 | Professional    ritten Communications | 4.50 | | | | |
| HIST101 | Modern American History  1  50 to the 21st Century (or GOVT201) (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| HUMN250 |    orld Values and Cultures | 4.50 | | | | |
| MATH102 | Introduction to College Math (Transferred from Tyler  unior College (NS)) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH106 | Algebra for Business (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH301 | Data Driven Statistics (Transferred from University of Te as - Tyler( online request)(R)) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| MATH451 | Data Driven Decision Making (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| SCI101 | Introduction to the Sciences (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 4.50 | 4.50 | COMPLETE | TC | TRANSFER |
| SCI103 | Science and Technology - Laboratory Course (Transferred from DALLAS COUNTY COMMUNITY COLLEGE) | 1.50 | 1.50 | COMPLETE | TC | TRANSFER |
| SCI201 | Environmental Science and Sustainability (  ) | 4.50 | | | | |
| SCI203 | Environmental Science and Sustainability - Laboratory Course (  ) | 1.50 | 1.50 | COMPLETE | A | 1503A |
| UNIV104 | Academic and Career Success | 4.50 | | | | |
| | **Category Total** | 66.00 | 3  .00 | | | |

-  ndicates Student Elected Pass/  ail
-  ndicates Pass/  ail Onl   Course

**Program Totals**

| | |
|---|---|
| Credits Required | 148.00 |
| Credits Completed | 121.00 |
| Credits Taking | 0.00 |
| Credits Scheduled | 0.00 |

Area of Stud
Concentration: Organi ational Beha ior

CO  CE  - Concentration Option (32.00 Credits , 8 Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | | Term |
|--------|-------------|------------------|----------------|----------------|---|------|
| BHVS215 | Motivation and Emotion | 4.00 | 4.00 | COMPLETE | B- | 1602B |

| | | | | | | |
|---|---|---|---|---|---|---|
| BHVS315 | Interpersonal Communications and Dynamics | 4.00 | 4.00 | COMPLETE | A- | 1801A |
| HRM345 | Building Effective Teams | 4.00 | 4.00 | COMPLETE | A | 1603B |
| MGMT4 5 | Business Capstone | 4.00 | 4.00 | COMPLETE | A- | 1802A |
| OB460 | Creating Change in Individuals and Organizations | 4.00 | 4.00 | COMPLETE | A | 1704A |
| OB470 | Developing Human Resources | 4.00 | 4.00 | COMPLETE | A | 1801A |
| PSYC310 | Organizational Psychology | 4.00 | 4.00 | COMPLETE | A- | 1701B |
| PSYC424 | Diversity | 4.00 | 4.00 | COMPLETE | A- | 1801B |
| **Category Total** | | 32.00 | 32.00 | | | |

- ndicates Student Elected Pass/ ail
- ndicates Pass/ ail Onl  Course

**Concentration: Organizational Behavior Totals**

| | |
|---|---|
| Credits Required | 32.00 |
| Credits Completed | 32.00 |
| Credits Taking | 0.00 |
| Credits Scheduled | 0.00 |

**Boatwright, Shannon**

Student Enrollment

| | | | |
|---|---|---|---|
| Campus | **CTU-Online** | Enroll ID | **BO19122398** |
| Program Version Description | **Management: Organizational Leadership and Change** | | |
| Program Version Comments | **8/1/12 JL** | | |
| Catalog | | | |
| Concentration | **Organizational Leadership and Change** | | |
| Status | **Withdraw** | Advisor | **Samuel Brown** **SBrown4@coloradotech.edu** |
| Enroll Date | **12/16/2019** | | |
| Start Date | **1/7/2020** | | |
| Credits Req'd | **48.00** | Hours Req'd | **480.00** |
| Credits Complete | **0.00** | Hours Complete | **0.00** |
| Credits Taking | **0.00** | Hours Taking | **0.00** |
| Cum GPA | **0.00** | | |

Program Categories

## CORE - Core Requirement (28.00 Credits , 7 Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | | Term |
|---|---|---|---|---|---|---|
| FINC615 | Applied Managerial Finance | 4.00 | 0.00 | FUTURE | | |
| INTD670 | Leadership and Ethical Decision-Making | 4.00 | 0.00 | COMPLETE | W | 2001A |
| IT600 | IT Management | 4.00 | 0.00 | FUTURE | | |
| MGMT604 | Organizational Behavior | 4.00 | 0.00 | FUTURE | | |
| MGMT690 | Strategic Management in Dynamic Environments | 4.00 | 0.00 | FUTURE | | |
| MKTG630 | Applied Managerial Marketing | 4.00 | 0.00 | FUTURE | | |
| PM600 | Project Management Processes in Organizations | 4.00 | 0.00 | FUTURE | | |
| | **Category Total** | 28.00 | 0.00 | | | |

## CONCEN - Concentration Option (20.00 Credits , 5 Courses)

| Course | Description | Required Credits | Earned Credits | Status / Grade | Term |
|---|---|---|---|---|---|
| MGMT659 | Management Capstone (or MGMT655) | 4.00 | 0.00 | FUTURE | |
| MGMT671 | Introduction to Organization Leadership and Change | 4.00 | 0.00 | FUTURE | |
| MGMT672 | Strategic Change Management | 4.00 | 0.00 | FUTURE | |
| MGMT673 | Foundation of Organizational Design | 4.00 | 0.00 | FUTURE | |
| MGMT675 | Leadership and Organizational Power | 4.00 | 0.00 | FUTURE | |
| | **Category Total** | 20.00 | 0.00 | | |

\# - Indicates Student Elected Pass/Fail
\#\# - Indicates Pass/Fail Only Course

**Program Totals**

| | |
|---|---|
| Credits Required | 48.00 |
| Credits Completed | 0.00 |
| Credits Taking | 0.00 |

Credits Scheduled        0.00

Hindawi Publishing Corporation
Behavioural Neurology
Volume 2014, Article ID 536503, 4 pages
http://dx.doi.org/10.1155/2014/536503



Hindawi

## Case Report
# Bipolar Disorder and Multiple Sclerosis: A Case Series

**Youssef Sidhom, Mouna Ben Djebara, Yosr Hizem, Istabrak Abdelkefi, Imen Kacem, Amina Gargouri, and Riadh Gouider**

*Department of Neurology, Razi Hospital, Manouba, 2010 Tunis, Tunisia*

Correspondence should be addressed to Riadh Gouider; riadh.gouider@gnet.tn

Received 20 May 2013; Accepted 21 July 2013; Published 17 March 2014

Academic Editor: Stefano F. Cappa

Copyright © 2014 Youssef Sidhom et al. This is an open access article distributed under the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

*Background.* The prevalence of psychiatric disturbance for patients with multiple sclerosis (MS) is higher than that observed in other chronic health conditions. We report three cases of MS and bipolar disorder and we discuss the possible etiological hypothesis and treatment options. *Observations.* All patients fulfilled the McDonald criteria for MS. Two patients were followed up in psychiatry for manic or depressive symptoms before developing MS. A third patient was diagnosed with MS and developed deferred psychotic symptoms. Some clinical and radiological features are highlighted in our patients: one manic episode induced by high dose corticosteroids and one case of a new orbitofrontal MRI lesion concomitant with the emergence of psychiatric symptoms. All patients needed antipsychotic treatment with almost good tolerance for high dose corticosteroids and interferon beta treatment. *Conclusions.* MRI lesions suggest the possible implication of local MS-related brain damage in development of pure "psychiatric fits" in MS. Genetic susceptibility is another hypothesis for this association. We have noticed that interferon beta treatments were well tolerated while high dose corticosteroids may induce manic fits.

## 1. Introduction

Emotional disturbances are highly prevalent with an early onset in patients with multiple sclerosis (MS) [1]. The presence of psychiatric symptoms in MS was underlined and systematically described as early as in 1877 by Charcot. However, it was only in the last two decades that more detailed studies were carried out [2]. Many of these symptoms are described and are not necessarily related to the psychological impact of such a chronic and disabling disease. Depression is the most common psychiatric manifestation with a prevalence of 22–54% [3]. Other manifestations are anxiety, euphoria, and psychosis [4]. Bipolar disorder and MS coexistence is not common but well proven. A few cases have been already reported [5–8]. The link between these two disorders is not fully determined. Herein, we present three cases of MS and bipolar disorder and we discuss the possible etiological hypothesis and treatment options.

## 2. Case Reports

*2.1. Case 1.* A 39-year-old man, with no family medical history, was followed up since 1992 at the age of 20 for bipolar disorder with mainly manic fits. He was treated with a mood stabilizer (lithium carbonate). In October 2003, he presented a decrease in visual acuity that resolved spontaneously after 15 days. In September 2004, he reported paresthesia and weakness of the left side of the body associated with urinary incontinence. The symptoms regressed after a five-day course of intravenous methylprednisolone (1 g per day). Neurological examination revealed a left hemiparesis and left pyramidal syndrome. Cerebrospinal MRI showed multiple T2-weighted hyperintense lesions in periventricular white matter and in corpus callosum, as well as the cervical spine at C2 and C3 (Figure 1). Radiological Barkhof criteria for MS were fulfilled. Autoantibody (ANA, anti-DNA, anti-SSA, anti-SSB, and anti-SM) and serology (syphilis, hepatitis B and C, and HIV) tests were negative. Visual evoked potentials showed increased latencies. Based on these findings, the patient was diagnosed with relapsing-remitting MS, and interferon beta-1A treatment had been initiated since December 2004. During the seven years of follow-up, the patient presented two neurological fits in December 2005 and February 2007. His last EDSS score was 1. He repeatedly discontinued his mood stabilizer treatment and had concomitant manic fits.



FIGURE 1: Axial cerebral T2-weighted image showing multiple lesions in periventricular and subcortical white matter. Dawson's finger (arrow) is a characteristic finding in multiple sclerosis.



FIGURE 2: Axial cerebral T1-weighted image revealing a right orbitofrontal active lesion with gadolinium enhancement (arrow).

*2.2. Case 2.* A 38-year-old woman, with a family history of bipolar disorder in a maternal uncle, has been followed up since the age of 20 for manic depressive psychosis with mainly manic episodes. A mood stabilizer treatment was prescribed (lithium carbonate). She consulted in 2005 about an episode of weakness of both lower limbs. She reported a similar episode in 2004 that resolved spontaneously after a few days. Neurological examination revealed a quadripyramidal syndrome with right kinetic cerebellar syndrome. Cerebrospinal MRI displayed multiple ovoid and confluent T2 hyperintense lesions in periventricular and semioval white matter and a cervical lesion at the level of C6. No gadolinium-enhanced lesions were identified. Serological tests for syphilis, hepatitis B and C, and HIV, inflammatory tests, and anti-nuclear antibodies were negative. The diagnosis of clinically definite MS was made. On follow-up, she presented one motor fit per year and was treated with high doses of methylprednisolone in each episode. The last fit was in June 2010. She consulted about an episode of weakness of both lower limbs. A three-day course of high doses of intravenous methylprednisolone was prescribed. Two days later, she presented a manic fit requiring hospitalization in a psychiatric department. Cerebrospinal MRI showed no new lesions. The patient was treated with atypical antipsychotics (olanzapine) associated with lithium carbonate with resolution of the manic episode.

*2.3. Case 3.* A 23-year-old woman, with a family history of bipolar disorder in a sister, had no past personal history. In April 2005, she presented clumsiness in the right side of her body that completely regressed after two months. In February 2007, she reported weakness in her left hemibody with blurred vision, completely regressed after one month. In November 2008, the patient was hospitalized for a motor deficiency in the right hemibody associated with diplopia and bladder dysfunction. Neurological examination showed right hemiparesis with quadripyramidal syndrome and static and kinetic cerebellar syndrome. Cerebral MRI revealed multiple T2 hyperintense lesions in periventricular and subcortical "white matter", mainly in frontal and temporal lobes, right cerebellar peduncle, and corpus callosum and two cervical lesions at the level of C2 and C3. Analysis of the cerebrospinal fluid (CSF) detected the presence of oligoclonal bands. The diagnosis of relapsing-remitting MS was confirmed according to McDonald criteria. The patient received a 5-day course of intravenous methylprednisolone (1 g per day). Six months later, the patient developed psychiatric symptoms with irritability, frequent crying, social withdrawal, and insomnia. She has not consulted and received no treatment. A few months later, the clinical picture changed spontaneously and the patient was hospitalized for a manic episode with euphoria, grandiosity, hyperactivity, and reduced need to sleep. Neurological examination was normal. Cerebral MRI showed a right orbitofrontal active lesion with gadolinium enhancement (Figure 2). She was treated with an antipsychotic (haloperidol 15 mg t.i.d) in association with a mood stabilizer (sodium valproate 600 mg t.i.d) with resolution of the manic episode. An interferon beta-1A treatment was started in April 2011 with good tolerance.

## 3. Discussion

The first case report describes a man with a long term history of bipolar disorder who developed MS. In this case, the most likely hypothesis advanced to explain this comorbidity would be a casual association. In fact, MS is a relatively rare disease with an estimated prevalence in Tunisia of 20.1 per 100,000 inhabitants [9], yet bipolar disorder affects 1% of the population [10]. As patients with bipolar disorder have at least the same risk of developing MS as subjects not suffering from bipolar disorder, it is possible that both conditions coexist with no direct link between them. However, Joffe et al. have shown that manic depressive psychosis appears to be significantly more common in MS patients than in the general population, prompting the search for alternative hypotheses [11]. Etiopathogenic bases explaining this association are not yet understood. One hypothesis is that mood disorders could be an inaugural manifestation in MS [12] or may be the

presenting symptom of MS years before the development of neurological signs as shown in the first two patients [13]. In fact, Lyoo et al. performed brain MRI on 2783 patients who were referred as part of their psychiatric evaluation. Their findings indicated that 0.83% of the patients had T2-weighted white matter hyperintensities consistent with MS, which was almost 15 times the reported prevalence of MS in the general population in the United States [14]. These results suggest the possibility of pure "psychiatric fits" in MS. This hypothesis has been reported by several authors [15, 16]. However, a study of 7301 autopsies of patients followed in psychiatry has led to the anatomopathological confirmation of MS in 14 patients, none of whom has a pure psychiatric form without any associated neurological manifestations [17].

The second case report illustrates the occurrence of a manic episode following high doses of methylprednisolone. Corticosteroids have long been implicated in the precipitation of the onset of certain psychiatric symptoms. The most common adverse effects of short-term corticosteroid therapy are mood disorder, euphoria, and hypomania. Conversely, long-term therapy tends to induce depressive symptoms [18]. Dosage is directly related to the incidence of adverse effects but is not related to the timing, severity, or duration of these effects [19]. Among MS patients treated with corticosteroids or ACTH, two systematic studies reported that 40% became depressed, 31% hypomanic, and 11% developed a mixed state and 16% a psychotic state [20]. Interestingly, these symptoms do not occur with every drug exposure and appear more frequently in case of a discontinuous treatment [21].

Although research of the etiopathogenesis of the association between MS and bipolar disorder is still limited, a common genetic susceptibility to both diseases was discussed. In a series of 56 patients, Schiffer et al. noted a higher frequency of the HLA-DR2 and -DR3 haplotype and a decrease in the frequency of HLA-DR1 and -DR4 in patients with both MS and bipolar disorder with a family history of affective disorders [5]. More recently, Bozikas et al. investigated this possible association based on the study of the HLA system in family members of a patient with both MS and bipolar disorder and family history of bipolar disorder. This study showed that HLA-DR2 haplotype appears to be a susceptible locus for bipolar disorder. These studies suggest that genes near the HLA region on chromosome 6 could be involved in the multifactorial pathogenesis underlying the clinical comorbidity of the two disorders [7]. Our patient in the third case has a family history of bipolar disorder and could therefore have a genetic susceptibility for this disorder. The hypothesis of a common vulnerability between MS and bipolar disorder could be advanced.

The manic symptoms may also be related to white matter lesions location [22]. Indeed, the orbitofrontal cortex is the main structure involved in regulating social behavior. Its disconnection from subcortical structures due to white matter damage in MS may explain, at least in part, the symptoms in the manic syndrome (exalted mood and disinhibition). This was noted in the third case as a new active lesion was found in the orbitofrontal cortex concomitant with the manic episode.

Bipolar disorder in MS patients is usually treated in the same way as in the general population. A treatment with mood stabilizers (sodium valproate, carbamazepine, and lithium) associated with atypical antipsychotics is generally effective on manic fits. This was the case in our three patients. The use of lithium must be with caution in patients with sphincter disorders since they tend to reduce their fluid intake and may thus have high serum levels of lithium approaching toxic doses [23]. Remission of psychiatric symptoms was noted using high doses of methylprednisolone even when fits were purely psychiatric [10]. This positive effect of corticosteroids against psychological fits supports the hypothesis of an organic cause for MS and bipolar comorbidity. It should be emphasized that the risk of exacerbation of psychiatric disorders using corticosteroids, which are not constant and occur more frequently in case of a discontinuous treatment, should not delay their use. In fact, patients maintaining psychiatric symptoms could still be treated with mood stabilizers, neuroleptics, or antidepressants with simultaneous steroid taper, as seen in Case 2. Thus, the main lesson for clinicians is that they should be aware of the possibility of steroid psychosis and be ready to treat it.

Interferon beta (IFN-$\beta$) treatment has been proposed to our patients to prevent relapses with good tolerance. Although initial studies have reported cases of suicide and depression in patients treated with IFN-$\beta$, none of the randomized controlled trials using standardized and validated measures of depression showed a significantly increased risk of depression in patients treated with IFN-$\beta$ [24]. Other studies did not show a worsening of mood disorders in MS patients treated with IFN-$\beta$ for a long period [25]. We can therefore conclude that the presence of major depression is not an absolute contraindication to treatment with IFN-$\beta$. Neurologists should, however, always be alert to the possible development of depression in all patients with MS, whether they are on disease-modifying treatment or not.

## 4. Conclusions

These three case reports highlighted the possible association between MS and bipolar disorder, an association that is still not well studied. We conclude that interferon beta treatments are well tolerated while high dose corticosteroids may induce manic fits. MS and bipolar association may be due to local MS-related brain damage or due to common genetic vulnerability. More studies focusing on specific response to treatment and genetic susceptibility are mandatory.

## Conflict of Interests

The authors declare that there is no conflict of interests regarding the publication of this paper.

## References

[1] S. L. Minden, "Mood disorders in multiple sclerosis: diagnosis and treatment," *Journal of Neurovirology*, vol. 6, no. 2, pp. S160–S167, 2000.

[2] A. Iacovides and E. Andreoulakis, "Bipolar disorder and resembling special psychopathological manifestations in multiple

sclerosis: a review," *Current Opinion in Psychiatry*, vol. 24, no. 4, pp. 336–340, 2011.

[3] C. Lebrun and M. Cohen, "Depression in multiple sclerosis," *Revue neurologique*, vol. 165, pp. S156–S162, 2009.

[4] O. Ghaffar and A. Feinstein, "The neuropsychiatry of multiple sclerosis: a review of recent developments," *Current Opinion in Psychiatry*, vol. 20, no. 3, pp. 278–285, 2007.

[5] R. B. Schiffer, N. M. Wineman, and L. R. Weitkamp, "Association between bipolar affective disorder and multiple sclerosis," *American Journal of Psychiatry*, vol. 143, no. 1, pp. 94–95, 1986.

[6] M. F. Casanova, M. Kruesi, and G. Mannheim, "Multiple sclerosis and bipolar disorder: a case report with autopsy findings," *Journal of Neuropsychiatry and Clinical Neurosciences*, vol. 8, no. 2, pp. 206–208, 1996.

[7] V. P. Bozikas, M. C. Anagnostouli, P. Petrikis et al., "Familial bipolar disorder and multiple sclerosis: a three-generation HLA family study," *Progress in Neuro-Psychopharmacology and Biological Psychiatry*, vol. 27, no. 5, pp. 835–839, 2003.

[8] A. C. De Cerqueira, A. E. Nardi, F. Souza-Lima, and J. M. Godoy-Barreiros, "Bipolar disorder and multiple sclerosis: comorbidity and risk factors," *Revista Brasileira de Psiquiatria*, vol. 32, no. 4, pp. 454–456, 2010.

[9] N. Ammar, N. Gouider-Khouja, and F. Hentati, "A comparative study of clinical and paramedical aspects of multiple sclerosis in Tunisia," *Revue Neurologique*, vol. 162, no. 6, pp. 729–733, 2006.

[10] F. Rouillon, "Bipolar disorders: epidemiology," *Annales Medico-Psychologiques*, vol. 167, no. 10, pp. 793–795, 2009.

[11] R. T. Joffe, G. P. Lippert, T. A. Gray, G. Sawa, and Z. Horvath, "Mood disorder and multiple sclerosis," *Archives of Neurology*, vol. 44, no. 4, pp. 376–378, 1987.

[12] F. Blanc, F. Berna, M. Fleury et al., "Inaugural psychotic events in multiple sclerosis?" *Revue Neurologique*, vol. 166, no. 1, pp. 39–48, 2010.

[13] P. J. Jongen, "Psychiatric onset of multiple sclerosis," *Journal of the Neurological Sciences*, vol. 245, no. 2, pp. 59–62, 2006.

[14] K. Lyoo, H. Y. Seol, H. S. Byun, and P. F. Renshaw, "Unsuspected multiple sclerosis in patients with psychiatric disorders: a magnetic resonance imaging study," *Journal of Neuropsychiatry and Clinical Neurosciences*, vol. 8, no. 1, pp. 54–59, 1996.

[15] K. Skegg, P. A. Corwin, and D. C. Skegg, "How often is multiple sclerosis mistaken for a psychiatric disorder?" *Psychological Medicine*, vol. 18, no. 3, pp. 733–736, 1988.

[16] A. A. Asghar-Ali, K. H. Taber, R. A. Hurley, and L. A. Hayman, "Pure neuropsychiatric presentation of multiple sclerosis," *American Journal of Psychiatry*, vol. 161, no. 2, pp. 226–231, 2004.

[17] L. G. Johannsen, E. Stenager, and K. Jensen, "Clinically unexpected multiple sclerosis in patients with mental disorders: a series of 7301 psychiatric autopsies," *Acta Neurologica Belgica*, vol. 96, no. 1, pp. 62–65, 1996.

[18] S. H. Bolanos, D. A. Khan, M. Hanczyc, M. S. Bauer, N. Dhanani, and E. S. Brown, "Assessment of mood states in patients receiving long-term corticosteroid therapy and in controls with patient-rated and clinician-rated scales," *Annals of Allergy, Asthma and Immunology*, vol. 92, no. 5, pp. 500–505, 2004.

[19] T. P. Warrington and J. M. Bostwick, "Psychiatric adverse effects of corticosteroids," *Mayo Clinic Proceedings*, vol. 81, no. 10, pp. 1361–1367, 2006.

[20] M. I. Ybarra, M. A. Moreira, C. R. Araújo, M. A. Lana-Peixoto, and A. L. Teixeira, "Bipolar disorder and multiple sclerosis," *Arquivos de Neuro-Psiquiatria*, vol. 65, no. 4, pp. 1177–1180, 2007.

[21] S. L. Minden, J. Orav, and J. J. Schildkraut, "Hypomanic reactions to ACTH and prednisone treatment for multiple sclerosis," *Neurology*, vol. 38, no. 10, pp. 1631–1634, 1988.

[22] M. Hutchinson, J. Stack, and P. Buckley, "Bipolar affective disorder prior to the onset of multiple sclerosis," *Acta Neurologica Scandinavica*, vol. 88, no. 6, pp. 388–393, 1993.

[23] T. Paparrigopoulos, P. Ferentinos, A. Kouzoupis, G. Koutsis, and G. N. Papadimitriou, "The neuropsychiatry of multiple sclerosis: focus on disorders of mood, affect and behaviour," *International Review of Psychiatry*, vol. 22, no. 1, pp. 14–21, 2010.

[24] J. A. Wilken and C. Sullivan, "Recognizing and treating common psychiatric disorders in multiple sclerosis," *Neurologist*, vol. 13, no. 6, pp. 343–354, 2007.

[25] J. Porcel, J. Río, A. Sánchez-Betancourt et al., "Long-term emotional state of multiple sclerosis patients treated with interferon beta," *Multiple Sclerosis*, vol. 12, no. 6, pp. 802–807, 2006.





**Amerigroup**

At Anthem Company

Utilization Management
P.O. Box 62509
Virginia Beach, VA 23462-2509

February 26, 2020

SHANNON BOATWRIGHT
7150 estgrand av app 71
Dallas, TX 75223

| | |
|---|---|
| Member ID #: | 418W01556 |
| Reference Number: | 110467028 |
| Date(s) of Service: | 02/24/2020 to 02/26/2020 |
| Servicing Provider: | Garland Behavioral Hospital |
| Requesting Provider: | Ayodele Abraham |
| Service Requested: | Inpatient Psychiatric Facility |

Dear SHANNON BOATWRIGHT:

Thank you for choosing Amerigroup as your health plan. We want to make sure you understand the medical care being provided to you. This letter tells you about a recent decision we made about your health care coverage.

The request for the service(s) listed above has been approved. Your provider has also been notified.

This authorization is not a guarantee of payment/coverage. You must be eligible at the time the services are provided and you may be subject to cost-sharing amounts described in your Evidence of Coverage.

If you have questions or need further help with Amerigroup concerns, please call our Member Services department at the phone number printed on your plan membership card. TTY users should call 711.

Sincerely,

Utilization Management Department
Amerigroup

The benefit information provided is a brief summary, not a complete description of benefits. For more information contact the plan. Limitations, copayments, and restrictions may apply. Benefits may change on January 1 of each year or upon renewal.

Amerigroup Texas, Inc. is an HMO DSNP plan with a Medicare contract and a contract with the State Medicaid program. Enrollment in Amerigroup Texas, Inc. depends on contract renewal.

GOEMSE11 5.UO0
20201109 017717
GOEMSE1F54F
Env [2,691] 2 of 7
20201109 017717

# Details for claims processed in October 2020

as of 10/31/2020

Your share of the cost may be a copay or coinsurance or the amount you need to pay to meet the deductible, if you have one. You may need to pay all of the cost if a service is not covered, is denied for medical reasons or you have not yet met the deductible.

Medicare determines what it will cover and pay. All doctors and facilities that accept Medicare agree to these rates. Also, your plan has negotiated rates with doctors and facilities in your plan.

Doctors, hospitals and health care service providers choose what to charge. This is what you might pay if you did not have coverage.

This is how much your plan pays.

| | | | | | Your share |
|---|---|---|---|---|---|
| eelani, Faraz A.<br>(In your plan)<br>Claim number:<br>9052835O400 | 07/09/20 | X-ray of shoulder,<br>minimum of 2 views -<br>73030 Ⓐ | $38.00 | $9.80 | $0.00 |
| eelani, Faraz A.<br>(In your plan)<br>Claim number:<br>9052835O400 | 07/09/20 | X-ray of shoulder,<br>minimum of 2 views -<br>73030 | $38.00 | $9.80 | $0.00 |
| eelani, Faraz A.<br>(In your plan)<br>Claim number:<br>9052835O400 | 07/09/20 | X-ray of knee, 3 views<br>- 73562 | $38.00 | $9.80 | $0.00 |
| **Subtotal:** | | | **$114.00** | **$29.40** | **$0.00** |

Case 3:21-cv-00182-C-BK   Document 3   Filed 01/27/21   Page 33 of 193   PageID 37

| | | | | | Your share |
|---|---|---|---|---|---|
| **Cassanante, Michael**<br>Claim number:<br>9047529200<br>(Not in your plan) | 08/08/20 | Emergency department visit, problem of high severity - 99284 | $984.00 | $120.70 | $0.00 |
| **Subtotal:** | | | $984.00 | $120.70 | $0.00 |
| **Clinical Pathology Laboratories**<br>(Not in your plan)<br>Claim number:<br>905745503800 | 09/03/20 | Insertion of needle into vein for collection of blood sample - 36415 | $5.25 | $3.00 | $0.00 |
| **Clinical Pathology Laboratories**<br>(Not in your plan)<br>Claim number:<br>905745503800 | 09/03/20 | Obstetric blood test panel - 80055 | $352.06 | $47.81 | $0.00 |

# Details for claims processed in September 2020

as of 09/30/2020

| | | | | | Your share |
|---|---|---|---|---|---|
| **Methodist Dallas Medical Ctr** (In your plan) Claim number: 18924092400 | 09/08/20 | Hospital outpatient clin visit assess & mgmt pt - G0463 | $352.00 | $120.34 | $120.34 | $0.00 |
| **Subtotal:** | | | $352.00 | $120.34 | $120.34 | $0.00 |

| | | | | | Your share |
|---|---|---|---|---|---|
| **Yost, Nicole P.** (In your plan) Claim number: 18927812750 | 09/08/20 | Established patient office or other outpatient, visit typically 40 minutes - 99215 | $160.00 | $113.84 | $113.84 | $0.00 |
| **Subtotal:** | | | $160.00 | $113.84 | $113.84 | $0.00 |

Continues on next page

**Medical and Hospital EOB for Shannon B Boatwright**

GOEMSE11 SJC0 2020101 9809 JE-66
20201018 016006 Env [4,863] 5 of 12

# Details for claims processed in September 2020

as of 09/30/2020

| | | | | Your share |
|---|---|---|---|---|
| **Mehta, Aalap K.** (Not in your plan) | 09/12/20 | Emergency department visit, problem with significant threat to life or function - 99285 | $1,566.00 | $175.23 | $175.23 | $0.00 |
| Claim number: 18968305170 | | | | |
| **Subtotal:** | | | $1,566.00 | $175.23 | $175.23 | $175.23 |

| | | | | Your share |
|---|---|---|---|---|
| **Methodist Dallas Medical Ctr** (In your plan) | 09/12/20 | Complete blood cell count (red cells, white blood cell, platelets), automated test - 85025 | $205.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Claim number: 189701801400 | | | | |
| **Methodist Dallas Medical Ctr** (In your plan) | 09/12/20 | Testing for presence of drug - 80307 | $958.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Claim number: 189701801400 | | | | |

**Medical and Hospital EOB for Shannon B Boatwright**

Continues on next page

# Details for claims processed in September 2020

as of 09/30/2020

GDEN6E11 SJC11
20201018 0/6066   Env [A.S53] 6 of 12
20201018.0/6066 JE48

| Provider(s) | Date of service | Service | | Paid | Your share |
|---|---|---|---|---|---|
| Methodist Dallas Medical Ctr (In your plan)<br><br>Claim number: 18970801400 | 09/12/20 | Blood test, basic group of blood chemicals - 80048 | $539.00 | $0.00 | $0.00<br>The amounts are $0.00 because the cost is covered under another part of this claim. |
| Methodist Dallas Medical Ctr (In your plan)<br><br>Claim number: 18970801400 | 09/12/20 | Gonadotropin, chorionic (reproductive hormone) level - 84702 | $378.00 | $0.00 | $0.00 |
| Methodist Dallas Medical Ctr (In your plan)<br><br>Claim number: 18970801400 | 09/12/20 | Creatine kinase (cardiac enzyme) level - 82550 | $230.00 | $0.00 | $0.00<br>The amounts are $0.00 because the cost is covered under another part of this claim. |
| Methodist Dallas Medical Ctr (In your plan)<br><br>Claim number: 18970801400 | 09/12/20 | Red blood cell sedimentation rate, to detect inflammation - 85651 | $94.00 | $0.00 | $0.00<br>The amounts are $0.00 because the cost is covered under another part of this claim. |

Continues on next page

**Medical and Hospital EOB for Shannon B Boatwright**

# Details for claims processed in September 2020

as of 09/30/2020

| | | | | | Your share |
|---|---|---|---|---|---|
| Methodist Dallas Medical Ctr (In your plan) Claim number: 189701801400 | 09/12/20 | Bacterial colony count, urine - 87086 | $270.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Methodist Dallas Medical Ctr (In your plan) Claim number: 189701801400 | 09/12/20 | Manual urinalysis test with examination using microscope - 81001 | $306.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Methodist Dallas Medical Ctr (In your plan) Claim number: 189701801400 | 09/12/20 | Abdominal ultrasound of pregnant uterus (greater or equal to 14 weeks 0 days) single or first fetus - 76805 | $851.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Methodist Dallas Medical Ctr (In your plan) Claim number: 189701801400 | 09/12/20 | Emergency department visit, problem with significant threat to life or function - 99285 | $1,822.00 | $2,287.47 | $2,287.47 $0.00 |

**Medical and Hospital EOB for Shannon B Boatwright**

## Have a complaint?

**You have the right to make a complaint or appeal**

Making an appeal is a formal way of asking us to change our decision about your coverage. You can appeal if we deny a claim. You can also appeal if we approve a claim but you disagree with how much you are paying for the item or service. To learn more, call us.

**Things to know about your denied claim**

We have denied all or part of one or more claims listed in this report. But there's good news. You don't have to pay because you got the service from, or were referred by, a doctor or facility in your plan.

**Do your claims in this EOB look correct?**



Yes

No

**Great!**

**It may be a simple billing code or other error. Call your doctor or facility to ask.**

**Still have questions?**

Call us.

**1-844-469-6822**

**(TTY: 711)**

Remember, this report is not a bill.

If you owe anything, your doctors and other health care providers will send you a bill.

**See something odd?**

If you notice something that might be dishonest billing, report it. Call **1-800-MEDICARE (1-800-633-4227)**, 24 hours a day, 7 days a week. (TTY: **1-877-486-2048**.)

**Medical and Hospital EOB for Shannon B Boatwright**

GDIEMSE11 SJCO1 20201019609 JE4B
20201018 016096   Env I4,9S3J 10 of 12

# Details for claims processed in September 2020

as of 09/30/2020

| Date of service | | Plan 1 | | Your share |
|---|---|---|---|---|

**Magee, Kevin P.**
(In your plan)

Claim number:
18940781970O

| 09/14/20 | Subsequent hospital inpatient care, typically 15 minutes per day - 99231 | $51.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

| Subtotal: | | $51.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

| Date of service | | Plan 1 | | Your share |
|---|---|---|---|---|

**Pearson, Daniel B.**
(Not in your plan)

Claim number:
18940697550O

| 09/14/20 | Hospital observation care typically 70 minutes per day - 99220 | $290.00 | $188.49 | $188.49 | $0.00 |
|---|---|---|---|---|---|

*only saw him once for 5 min*
*Just talking easey bi-polar*

| Subtotal: | | $290.00 | $188.49 | $188.49 | $0.00 |
|---|---|---|---|---|---|
| Total: | | $28,846.47 | $5,107.01 | $5,107.01 | $0.00 |

Savings Tip

A   You should always go to the ER or call 911 if you think you're in danger. For less serious needs, try urgent care. It could save you time and money.

Continues on next page

19 of 21

**Medical and Hospital EOB for Shannon B Boatwright**

# Details for claims processed in September 2020

as of 09/30/2020

| | | | | | Your share |
|---|---|---|---|---|---|
| Methodist Dallas Medical Ctr (in your plan) Claim number: 18970 1801400 | 09/14/20 | Injection heparin sodium per 1000 units -J1644 | $22.50 | $0.00 | $0.00 The amount is $0.00 because the cost is covered under another part of this claim. |
| Methodist Dallas Medical Ctr (in your plan) Claim number: 18970 1801400 | 09/14/20 | Prescription drug oral nonchemotherapeutic nos - J8499 | $24.00 | $0.00 | $0.00 |
| Methodist Dallas Medical Ctr (in your plan) Claim number: 18970 1801400 | 09/14/20 | Prescription drug oral nonchemotherapeutic nos - J8499 | $5.00 | $0.00 | $0.00 |
| Methodist Dallas Medical Ctr (in your plan) Claim number: 18970 1801400 | 09/14/20 | Other therapeutic services (see also 095x, an extension of 094x)-general - 0940 | $1,797.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |

Medical and Hospital EOB for Shannon B Boatwright

Continues on next page

# Details for claims processed in September 2020

as of 09/30/2020

Medical and Hospital EOB for Shannon B Boatwright

| | Date | Service | Amount | | | Your share |
|---|---|---|---|---|---|---|
| Methodist Dallas Medical Ctr (in your plan) **Claim number:** 18970180140 0 | 09/13/20 | Injection heparin sodium per 1000 units - J1644 | $22.50 | $0.00 | $0.00 | $0.00 |
| Methodist Dallas Medical Ctr (in your plan) **Claim number:** 18970180140 0 | 09/13/20 | Prescription drug oral nonchemotherapeutic nos - J8499 | $12.00 | $0.00 | $0.00 | $0.00 |
| Methodist Dallas Medical Ctr (in your plan) **Claim number:** 18970180140 0 | 09/13/20 | Prescription drug oral nonchemotherapeutic nos - J8499 | $7.50 | $0.00 | $0.00 | $0.00 |
| Methodist Dallas Medical Ctr (in your plan) **Claim number:** 18970180140 0 | 09/13/20 | Prescription drug oral nonchemotherapeutic nos - J8499 | $3.25 | $0.00 | $0.00 | $0.00 |

The amounts are $0.00 because the cost is covered under another part of this claim.

# Have a complaint?

**You have the right to make a complaint or appeal**

Making an appeal is a formal way of asking us to change our decision about your coverage. You can appeal if we deny a claim. You can also appeal if we approve a claim but you disagree with how much you are paying for the item or service. To learn more, call us.

**Things to know about your denied claim**

We have denied all or part of one or more claims listed in this report. But there's good news. You don't have to pay because you got the service from, or were referred by, a doctor or facility in your plan.

**Do your claims in this EOB look correct?**

Yes → Great!

No → It may be a simple billing code or other error. Call your doctor or facility to ask.

Still have questions?
Call us.
1-844-469-6822
(TTY: 711)



Remember, this report is not a bill

If you owe anything, your doctors and other health care providers will send you a bill.

**See something odd?**

If you notice something that might be dishonest billing, report it. Call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. (TTY: 1-877-486-2048.)

Case 3:21-cv-00182-C-BK    Document 1    Filed 01/27/21    Page 43 of 193    PageID 47

GRDMSEII1 SJCIO  20201110808 JE4F
20200109010177172  Env I2,641]15 of 7

# Details for claims processed in October 2020

as of 10/31/2020

| | | | Your share |
|---|---|---|---|
| Willie, Donald S. (In your plan) Claim number: 90527516800 | 09/13/20 | Mri scan brain - 70551 | $293.00 | $76.52 | $0.00 |
| **Subtotal:** | | | $293.00 | $76.52 | $0.00 |
| Willie, Donald S. (In your plan) Claim number: 90765538400 | 09/13/20 | Mri scan brain - 70551 | $293.00 | $0.00 | $0.00 |
| **Subtotal:** | | | $293.00 | $0.00 | $0.00 |
| **Total:** | | | $4,471.60 | $850.90 | $0.00 |

| | | | Your share |
|---|---|---|---|
| | | | $76.52 | $0.00 |
| | | | $76.52 | $0.00 |
| | | | $850.90 | $0.00 |

A    Savings Tip
You should always go to the ER or call 911 if you think you're in danger. For less serious needs, try urgent care. It could save you time and money.

# Details for claims processed in October 2020

as of 10/31/2020

| | | | | Your share |
|---|---|---|---|---|
| Clinical Pathology Laboratories (Not in your plan)<br>Claim number: 1905574503800 | 09/03/20 | Analysis for antibody to varicella-zoster virus (chicken pox) - 86787 | $68.60 | $12.88 | $12.88 | $0.00 |
| Clinical Pathology Laboratories (Not in your plan)<br>Claim number: 1905574503800 | 09/03/20 | Hepatitis c antibody measurement - 86803 | $171.75 | $14.27 | $14.27 | $0.00 |
| Clinical Pathology Laboratories (Not in your plan)<br>Claim number: 1905574503800 | 09/03/20 | Hiv antigen/antibody combination assay screening - G0475 | $114.69 | $0.00 | $0.00 | $0.00 |
| Subtotal: | | | $1,097.35 | $117.73 | $117.73 | $0.00 |

Continues on next page


GQEMSEI 11 SJC5 20201110500 JE4F
20201109 077717 6 Env [2,841] 3 of 7

# Details for claims processed in October 2020

as of 10/31/2020

| | | | | Your share |
|---|---|---|---|---|
| Clinical Pathology Laboratories (Not in your plan) Claim number: 1905745O3800 | 09/03/20 | Alpha-fetoprotein (afp) level, serum - 82105 | $99.03 | $0.00 | $0.00 |
| Clinical Pathology Laboratories (Not in your plan) Claim number: 1905745O3800 | 09/03/20 | Estriol (hormone) level - 82677 | $142.43 | $24.18 | $24.18 | $0.00 |
| Clinical Pathology Laboratories (Not in your plan) Claim number: 1905745O3800 | 09/03/20 | Gonadotropin, chorionic (reproductive hormone) level - 84702 | $51.18 | $0.00 | $0.00 | $0.00 |
| Clinical Pathology Laboratories (Not in your plan) Claim number: 1905745O3800 | 09/03/20 | Inhibin a (reproductive organ hormone) measurement - 86336 | $92.36 | $15.59 | $15.59 | $0.00 |

# Details for claims processed in October 2020

as of 10/31/2020

| | | | | | Your share |
|---|---|---|---|---|---|
| Clinical Pathology Laboratories (Not in your plan) | 09/03/20 | Pap test - 88175 | $92.25 | $26.61 | $0.00 |
| Claim number: 19072566200 | | | | | |
| **Subtotal:** | | | **$250.25** | **$61.70** | **$0.00** |
| Lone Star Ambulance LLC (In your plan) | 09/12/20 | Ambulance service bls emergency transport - A0429 | $1,000.00 | $383.89 | $0.00 |
| Claim number: 9063895550 | | | | | |
| Lone Star Ambulance LLC (In your plan) | 09/12/20 | Ground mileage per statute mile - A0425 | $120.00 | $60.96 | $0.00 |
| Claim number: 9063895550 | | | | | |
| **Subtotal:** | | | **$1,120.00** | **$444.85** | **$0.00** |

GDEMSE11 SJC01 2020111080B JE4F
20201109 017717 Env [2,6141] 4 of 7

# Details for claims processed in October 2020

as of 10/31/2020

| Place and facility | Date of service | Service | Amount billed | Plan discount (charges (deductions)) | Plan paid the provider | Your share |
|---|---|---|---|---|---|---|
| Clinical Pathology Laboratories (Not in your plan) | 09/03/20 | Testing for presence of drug - 80307 | $241.00 | $0.00 | $0.00 | $0.00 |
| **Claim number: 19057761510O** | | | | | | |
| Clinical Pathology Laboratories (Not in your plan) | 09/03/20 | Bacterial colony count, urine - 87086 | $79.00 | $0.00 | $0.00 | $0.00 |
| **Claim number: 19057761510O** | | | | | | |
| **Subtotal:** | | | **$320.00** | **$0.00** | **$0.00** | **$0.00** |
| Clinical Pathology Laboratories (Not in your plan) | 09/03/20 | Detection test for human papillomavirus (hpv) - 87624 | $158.00 | $35.09 | $35.09 | $0.00 |
| **Claim number: 19072566200O** | | | | | | |

## Details for claims processed in September 2020

as of 09/30/2020

**Medical and Hospital EOB for Shannon B Boatwright**

| | | | | | Your share |
|---|---|---|---|---|---|
| Howl, Lynda D. (In your plan) | 09/03/20 | Established patient office or other outpatient, visit typically 25 minutes - 99214 | $109.00 | $68.46 | $68.46 |
| Claim number: 18989774800 | | | | | |
| **Subtotal:** | | | $109.00 | $68.46 | $68.46 |
| Methodist Dallas Medical Ctr (In your plan) | 09/03/20 | Automated urinalysis test - 81003 | $61.00 | $0.00 | $0.00 |
| Claim number: 18991172500 | | | | | |
| Methodist Dallas Medical Ctr (In your plan) | 09/03/20 | Hospital outpatient clin visit assess & mgmt pt - G0463 | $236.00 | $120.34 | $120.34 |
| Claim number: 18991172500 | | | | | |
| **Subtotal:** | | | $297.00 | $120.34 | $120.34 |
|  | | | | | $0.00 |

$0.00 the amounts are $0.00 because the cost is covered under another part of this claim. $0.00

Continues on next page     8 of 21

GGMSE13 SJC8 1 2020101016090 1F48
2020101018 01610965 Env (4,953) 4 of 12

# Details for claims processed in September 2020

as of 09/30/2020

| | DATE | | | | | Your share |
|---|---|---|---|---|---|---|
| UT Southwestern University Hospital (in your plan) | 08/27/20 | Complete blood cell count (red cells), white blood cell, platelets), automated test - 85025 | $76.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Claim number: 188824118500 | | | | | | |
| UT Southwestern University Hospital (in your plan) | 08/27/20 | Automated urinalysis test - 81003 | $19.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Claim number: 188824118500 | | | | | | |
| UT Southwestern University Hospital (in your plan) | 08/27/20 | Urine pregnancy test - 81025 | $62.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Claim number: 188824118500 | | | | | | |
| UT Southwestern University Hospital (in your plan) | 08/27/20 | Emergency department visit, problem of high severity - 99284 | $1,336.00 | $361.74 | $361.74 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Claim number: 188824118500 | | | | | | |
| Subtotal: | | | $1,644.00 | $361.74 | $361.74 | $0.00 |

# Details for claims processed in September 2020

as of 09/30/2020

| | Date | Service | | | | Your share |
|---|---|---|---|---|---|---|
| Rainer, Michael V. (In your plan) Claim number: 88648864000 | 08/27/20 | Emergency department visit, problem of high severity - 99284 | $375.00 | $120.70 | $120.70 | $0.00 |
| **Subtotal:** | | | $375.00 | $120.70 | $120.70 | $0.00 |
| UT Southwestern University Hospital (In your plan) Claim number: 188824118500 | 08/27/20 | Blood test, comprehensive group of blood chemicals - 80053 | $102.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim |
| UT Southwestern University Hospital (In your plan) Claim number: 188824118500 | 08/27/20 | Bilirubin level - 82248 | $49.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |

Medical and Hospital EOB for Shannon B Boatwright

# Details for claims processed in September 2020

as of 09/30/2020

20201018 01060G 5060GDEES H 11SN3SDS JCON GOBU0090.0091010100120020 BF-3F 00960101001001120   Env14(4)(4)of 12   Page 3 of 12

| | | | | Your share |
|---|---|---|---|---|
| **LOGAN, DIANA W.**<br>(In your plan)<br><br>Claim number:<br>188778402300 | 08/19/20 | Established patient office or other outpatient, visit typically 40 minutes - 99215 | $464.00 | $126.80 | $126.80 | $0.00 |
| **Subtotal:** | | | $464.00 | $126.80 | $126.80 | $0.00 |
| **Acadian Ambulance svc Of Texas**<br>(In your plan)<br><br>Claim number:<br>188576876200 | 08/27/20 | Amb service als emergency transport level 1 - A0427 | $1,422.00 | $455.87 | $455.87 | $0.00 |
| **Acadian Ambulance svc Of Texas**<br>(In your plan)<br><br>Claim number:<br>188576876200 | 08/27/20 | Ground mileage per statute mile - A0425 | $216.72 | $68.58 | $68.58 | $0.00 |
| **Subtotal:** | | | $1,638.72 | $524.45 | $524.45 | $0.00 |

**UTSouthwestern**
Medical Center

**The Multiple Sclerosis and Neuroimmunology Clinic**
Clinic Phone: 214-645-8800

August 19, 2020

Shannon Boatwright
7150 E Grand Ave Apt 712
Dallas TX 75223

Dear Ms. Shannon Boatwright:

Our records indicate you missed your scheduled appointment with Diana W. Logan, NP on August, 18 , 2020. We understand circumstances evolve that may require appointments to be rescheduled. To ensure you continue to receive the best possible care, please call our clinic at 214-645-8800 to schedule another appointment, if you have not already rescheduled.

In the future, if you are unavailable for a scheduled appointment, please notify the clinic at least 24-48 hours in advance so the time reserved for you may be made available to another patient.

If you do not wish to reschedule and were referred to us by another physician, please contact your referring physician and let him/her know so appropriate arrangements can be made.

As always, your health is our primary concern. Thank you for choosing UT Southwestern Medical Center.

Sincerely,

The Multiple Sclerosis and Neuroimmunology Clinic

**Letter by Yost, Nicole P., MD on 11/10/2020**



**Methodist**
DALLAS MEDICAL CENTER

GOLDEN CROSS ACADEMIC CLINIC-OB/GYN
122 W. COLORADO BLVD
DALLAS TX 75208-2382
214-947-6700

Shannon Boatwright

November 10, 2020

Shannon Boatwright
7150 E Grand Ave  # 712
Dallas, tx 75223

Dear Ms. Boatwright:

We are sorry that you missed your appointment with HIGH/RISK OB on 11/10/2020.
Per Clinic Policy, if you have missed three or more appointments in a row, you may be
Discharged from the clinic and unable to schedule future appointments.

 Your health and follow-up medical care are important to us. Failure to keep your
appointment may cause harm to you.
   Please call our office as soon as possible so that we may reschedule your
appointment. If you have already rescheduled your appointment, please disregard this
letter.

 If you have already rescheduled your appointment, please disregard this letter.

Sincerely,

Cammy S.

Golden Cross Academic Clinic-OB/GYN
122 W. Colorado Blvd
DALLAS TX 75208-2382
Phone:  214-947-6700
Fax:  214-947-6701

Date: Sep 8, 2020

*Cammy*
*214-947-0588*

## Ambulatory referral to Ophthalmology

**Patient**:  Shannon Boatwright
7150 e grand ave apt 712
DALLAS TX 75223
Phone: 214-836-2012

MRN:  MHD3110041
DOB:  4/27/1990
SSN:
Sex:  F

**Referring Provider Information:**
Authorizing:                          Phone: 214-947-6700              Fax: 214-947-6701
YOST, NICOLE P.                   NPI: 1497782981
Ordering:
BOWLER, BRITTANY  L.

**Referral Information:**
# Visits:  1                                    Referral Type: Evaluation & Treatment  [11700003]
Urgency:  Routine                          Referral Reason: Specialty Services Required
Start Date: Sep 8, 2020                 End Date:  To be determined by Insurer
**Diagnosis:  Supervision of high risk pregnancy, antepartum (O09.90)**
Refer to Dept:

Refer to Provider:

Electronically Signed By:  Nicole Yost, MD at Sep 8, 2020 2:48 PM

This document serves as a request of services and does not constitute Insurance
authorization or approval of services.  To determine eligibility, please contact the
members Insurance carrier to verify and review coverage.

If you have medical questions regarding this request for services. Please contact
Golden Cross Academic Clinic-OB/GYN at 214-947-6700 between the hours of 8:00am
- 5:00pm (Mon-Fri).

Shannon Boatwright
7150 E Grand Ave Apt 712
Dallas TX 75223

**September 10, 2020**

Dear Shannon Boatwright,

Thank You for choosing Methodist Health Center Oak Lawn for your medical care!

Your primary care physician has recommended that you schedule an appointment with the following specialist. In an effort to provide a quality and stress-free experience through your *medical neighborhood*, your physician has provided you the following information about your upcoming appointment.

Please contact the specialist below to schedule your appointment if this has not already been done.

**Specialist Information:**
| | |
|---|---|
| **Provider:** | Hussaini, Syed Mansoor |
| **Specialty:** | Neurology |
| **Reason:** | Multiple sclerosis (CMS/HCC) |
| **Location Address:** | 8230 Walnut Hill Lane POB 3 Ste 300 |
| | Dallas, TX 75231 |
| **Phone:** | 469-786-5890 |
| **Fax:** | 469-786-5780 |

**Primary Coverage/Auth #:** AMERIGROUP MEDICARE MANAGED CARE/

**Referring Physician:**
MOLDENHAUER, JENNIFER L.
3629 Fairmont St
DALLAS, TX 75219

This referral is authorized for 12 visits. Please be aware that your insurance plan may not require a referral to a specialist and/or pre-authorization.

If you have questions about your referral please call Referral Network Management at 214-884-4700 Option 2.

Sincerely,

**Referral Network Specialist**

Golden Cross Academic Clinic-OB/GYN
122 W. Colorado Blvd
DALLAS TX 75208-2382
Phone:  214-947-6700
Fax:  214-947-6701

Date: Sep 8, 2020

*Call For Appt 214-947-3441* (handwritten)

## Transthoracic Echo (TTE) Complete

**Patient**:  Shannon Boatwright
7150 e grand ave apt 712
DALLAS TX 75223
Phone: 214-836-2012

MRN:  MHD3110041
DOB:  4/27/1990
SSN:
Sex:  F

**Referring Provider Information:**
Authorizing:                              Phone: 214-947-6700              Fax: 214-947-6701
YOST, NICOLE P.                     NPI: 1497782981
Ordering:
BOWLER, BRITTANY  L.

**Referral Information:**
# Visits:  1                                           Referral Type: Diagnostic Imaging [4]
Urgency:  Routine                              Referral Reason: Specialty Services Required
Start Date: Sep 8, 2020                     End Date:  To be determined by Insurer
**Diagnosis:  Supervision of high risk pregnancy, antepartum (O09.90)**
Refer to Dept:

Refer to Provider:

Electronically Signed By:  Nicole Yost, MD at Sep 8, 2020 2:48 PM

This document serves as a request of services and does not constitute Insurance
authorization or approval of services.  To determine eligibility, please contact the
members Insurance carrier to verify and review coverage.

If you have medical questions regarding this request for services. Please contact
Golden Cross Academic Clinic-OB/GYN at 214-947-6700 between the hours of 8:00am
- 5:00pm (Mon-Fri).

**Biogen**.

April 02, 2020

SHANNON BOATWRIGHT
7150 east strand ave
apt 712
DALLAS, TX  75223

Dear SHANNON BOATWRIGHT,

Recently, we received a request for assistance from you or your prescribing physician regarding your TYSABRI® (natalizumab). We are here to provide support services, such as financial and insurance resources, access to Biogen Nurse Educators, and additional important information about TYSABRI.

As of 04/02/2020, we have been unable to reach you. **Please call us as soon as possible at 800-456-2255.** You can reach a Support Coordinator Monday through Friday, from 8:30 AM to 8:00 PM, Eastern Time.

We look forward to speaking with you.

Sincerely,

Biogen Support Services

FCH-US-1647v2

GDEMSE01 SJC11   2020051 4906 0367
20200613 009577   Env [1,141] 3 of 6

# Details for claims processed in April 2020

as of 04/30/2020



| Place of service | Date of service | Item | Amount billed | | | Your share |
|---|---|---|---|---|---|---|
| Parkland Health & Hospital System (In your plan) Claim number: 182680782500 | 02/16/20 | Detection test for hiv-1 and hiv-2 - 87389 | $290.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan) Claim number: 182680782500 | 02/16/20 | Complete blood cell count (red cells, white blood cell, platelets), automated test - 85025 | $228.00 | $0.00 | | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan) Claim number: 182680782500 | 02/16/20 | Manual urinalysis test with examination using microscope - 81001 | $172.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan) Claim number: 182680782500 | 02/16/20 | Urine pregnancy test - 81025 | $214.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |

# Details for claims processed in April 2020

as of 04/30/2020

| Provider | Date of service | Service | Amount the doctor or facility billed the plan | Total cost (amount the plan approved) | Plan's share | Your share |
|---|---|---|---|---|---|---|
| Parkland Health & Hospital System (In your plan) Claim number: 1826080782500 | 02/17/20 | Injection beneath the skin or into muscle for therapy, diagnosis, or prevention - 96372 | $205.00 | $0.00 | $0.00 | The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan) Claim number: 1826080782500 | 02/17/20 | Injection aripiprazole extended release 1 mg - J0401 | $10,215.83 | $1,761.92 | $1,726.68 | $0.00 |
| Subtotal: | | | $15,499.11 | $2,116.77 | $2,074.43 | $0.00 |
| Parkland Behavioral Hospital (In your plan) Claim number: 1810342860 | 02/17/20 to 02/25/20 | All-inclusive rate - 0100 | $16,000.00 | $5,600.00 | $5,600.00 | Your share $0.00 |
| Subtotal: | | | $16,000.00 | $5,600.00 | $5,600.00 | $0.00 |

Amerigroup
P.O. Box 659403
San Antonio, TX 78265-9403
Important Amerigroup Information

**Amerigroup**

An Anthem Company

Shannon Boatwright
7150 estgrand av app 712
Dallas, TX 75223

April 29, 2020

# Shannon Boatwright, one of your doctors is leaving your plan.

Our records show you have visited **Crystal Wright** in the past 6 months. Unfortunately, this provider is no longer in the Amerivantage Dual Secure (HMO D-SNP) network effective 05/31/2020.

Except for emergency services, any services you receive from this provider on or after the date above will not be covered under your plan.

Need more time to say goodbye?

If you're seeing your provider for ongoing treatments, call us at **1-844-469-6822** (TTY: 711) and we can talk about options for staying with them a little while longer. You'll need authorization from our Medical Management Department before you receive any additional services.

**Member Details**

**Name**
Shannon Boatwright

**Member ID**
418W01556

**Need help?**
Call us at **1-844-469-6822** (TTY: 711), 8 a.m. to 8 p.m., seven days a week (except Thanksgiving and Christmas) from October 1 through March 31, and Monday to Friday (except holidays) from April 1 through September 30.

We also have interpreters who can help in your language for free — just ask!

1

500836MUSENMUB

We know your providers are important to you. If you need medical care from the same or similar kind of provider, we're here to help.

**Four ways to find a provider:**

1. Visit **www.amerigroup.com/medicare** for a list of providers who are in your plan.
2. Call Customer Service at **1-844-469-6822** (TTY: **711**) to get help finding the best fit for you.
3. Ask for a directory of providers. You can request one from Customer Service, or by logging in to your member portal at **www.amerigroup.com/medicare.**
4. You can also contact your Primary Care Physician for the name of another provider in our network.

We're committed to giving you access and choice in your medical care, but sometimes our provider network can change. We'll always let you know if this happens. Thank you for choosing Amerigroup for your health plan.

Interested in the fine print? Here it is:

Amerigroup Texas, Inc. is an HMO DSNP plan with a Medicare contract and a contract with the State Medicaid program. Enrollment in Amerigroup Texas, Inc. depends on contract renewal.

2

Amerigroup
P.O. Box 659403
San Antonio, TX 78265-9403
Important Amerigroup Information

**Amerigroup**
An Anthem Company

Shannon Boatwright                                                April 29, 2020
7150 estgrand av app 712
Dallas, TX 75223

# Shannon Boatwright, one of your doctors is leaving your plan.

Our records show you have visited **Anitha Joseph** in the past 6 months. Unfortunately, this provider is no longer in the Amerivantage Dual Secure (HMO D-SNP) network effective 05/31/2020.

Except for emergency services, any services you receive from this provider on or after the date above will not be covered under your plan.

Need more time to say goodbye?

If you're seeing your provider for ongoing treatments, call us at **1-844-469-6822** (TTY: 711) and we can talk about options for staying with them a little while longer. You'll need authorization from our Medical Management Department before you receive any additional services.

### Member Details

**Name**
Shannon Boatwright

**Member ID**
418W01556

**Need help?**
Call us at **1-844-469-6822** (TTY: 711), 8 a.m. to 8 p.m., seven days a week (except Thanksgiving and Christmas) from October 1 through March 31, and Monday to Friday (except holidays) from April 1 through September 30.

We also have interpreters who can help in your language for free — just ask!

Y0114_19_107873_I_C 05/07/2019                          500836MUSENMUB
MEMEM391

We know your providers are important to you. If you need medical care from the same or similar kind of provider, we're here to help.

**Four ways to find a provider:**

1. Visit **www.amerigroup.com/medicare** for a list of providers who are in your plan.
2. Call Customer Service at **1-844-469-6822** (TTY: **711**) to get help finding the best fit for you.
3. Ask for a directory of providers. You can request one from Customer Service, or by logging in to your member portal at **www.amerigroup.com/medicare.**
4. You can also contact your Primary Care Physician for the name of another provider in our network.

We're committed to giving you access and choice in your medical care, but sometimes our provider network can change. We'll always let you know if this happens. Thank you for choosing Amerigroup for your health plan.

Interested in the fine print? Here it is:

Amerigroup Texas, Inc. is an HMO DSNP plan with a Medicare contract and a contract with the State Medicaid program. Enrollment in Amerigroup Texas, Inc. depends on contract renewal.

2


**Amerigroup**
An Anthem Company

Medicare Complaints, Appeals & Grievances
OH0205-A537
4361 Irwin Simpson Rd
Mason, OH 45040

March 26, 2020

SHANNON B BOATWRIGHT
7150 estgrand av app 712
Dallas, TX 75223

Member Name: SHANNON B BOATWRIGHT
Member ID: 418W01556

Provider: Munoz, Shanan B.
Re: Provider Quality of Care
Case Number: MAGRV-76230

Dear SHANNON B BOATWRIGHT:

This letter is to notify you that an investigation has been completed on your behalf regarding your recent grievance (complaint).

Based upon our review, our records indicate you are enrolled in the Amerivantage Dual Secure (HMO D-SNP) plan. The Medicare Complaints, Appeals & Grievances (MCAG) Department has reviewed your concerns regarding the poor quality of care you received from your provider, Shanan Munoz. You explained in your grievance, your provider entered on your medical records, that you have Bipolar Disorder, and took Multiple Sclerosis (MS) off your chart as your primary diagnosis, when you have never been diagnosed with Bipolar Disorder. You advised, due to this, the provider gave you medication that had adverse effects on your body, and made your situation and health worse.

Quality of care grievances at Amerivantage Dual Secure (HMO D-SNP) are reviewed by medical professionals, including physicians and/or nurses. While specific actions taken cannot be disclosed due to confidentiality, we can tell you that your complaint was thoroughly investigated and appropriate action taken.

As an Amerivantage Dual Secure (HMO D-SNP) member, you also have the right to file a complaint with a Beneficiary and Family-Centered (BFCC) Quality Improvement Organization (QIO). A BFCC QIO is a group of doctors and other health care experts paid by the Federal Government to investigate quality of care complaints, in order to improve the care given to Medicare patients. The name, address and toll-free number of the BFCC QIO in Texas is Kepro, 5201 W. Kennedy Blvd., Suite 900, Tampa, FL 33609 and contact number for the BFCC QIO is 1-888-315-0636.

We strive to provide you with the best possible service, and when you feel that it fails to meet your expectations, it's important for us to know. We are sorry that you received service that prompted you to contact us with a complaint, and we regret any inconvenience or frustration that your experience has caused you. Thank

11/29/2020

## HOW WE FIGURED YOUR PAYMENT FOR January 2021 ON

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $794.00 |
| Minus (-) "Total income we count" (see below) | −432.00 |

**Total Monthly SSI Payment
for January 2021 on**          $362.00

### Your Income Other Than Your SSI

Income you receive in November 2020 on affects your payment for January 2021 on

| | |
|---|---|
| January 2021 amount of Social Security benefits | $452.00 |
| By law we don't count $20.00 of above income | − 20.00 |

**Total income we count**          $432.00



SSA-L8151

Amerigroup
P.O. Box 659403
San Antonio, TX 78265-9403
Important Amerigroup Information



**Amerigroup**
An Anthem Company

P-0 T1 ********************SNGLP   UMO005927
Shannon Boatwright
7150 E Grand Ave App 712
Dallas TX 75223
‖ⅼⅼⅼⅼ‖ⅼⅼⅼ‖ⅼⅼⅼ‖ⅼⅼⅼ‖ⅼ‖ⅼⅼⅼⅼ‖ⅼⅼ‖ⅼⅼ‖ⅼⅼ

May 22, 2020

# Shannon Boatwright, we have good news about Anitha Joseph

We recently sent a letter explaining that Anitha Joseph was leaving our Amerivantage Dual Secure (HMO D-SNP) network.

**Good news!** Anitha Joseph is remaining in the plan, so you can continue seeing your provider as in-network.

We're sorry if this caused any confusion or inconvenience for you. We're committed to giving you access and choice in your medical care, but sometimes our provider network can change. We'll always let you know if this happens. Thank you for choosing Amerigroup for your health plan.

Interested in the fine print? Here it is:

Amerigroup Texas, Inc. is an HMO DSNP plan with a Medicare contract and a contract with the State Medicaid program. Enrollment in Amerigroup Texas, Inc. depends on contract renewal.

## Member Details

**Name**
Shannon Boatwright

**Member ID**
418W01556

**Need help?**

Call us at **1-844-469-6822** (TTY: **711**), 8 a.m. to 8 p.m., seven days a week (except Thanksgiving and Christmas) from October 1 through March 31, and Monday to Friday (except holidays) from April 1 through September 30.

We also have interpreters who can help in your language for free — just ask!

5927



**Medical and Hospital EOB for Shannon B Boatwright**

# Details for claims processed in April 2020

as of 04/30/2020

| | | | Your share |
|---|---|---|---|
| Parkland Health & Hospital System (in your plan) Claim number: 182680782500 | 02/16/20 | Blood test, comprehensive group of blood chemicals - 80053 | $515.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (in your plan) Claim number: 182680782500 | 02/16/20 | Testing for presence of drug - 80307 | $736.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (in your plan) Claim number: 182680782500 | 02/16/20 | Blood test, thyroid stimulating hormone (tsh) - 84443 | $334.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (in your plan) Claim number: 182680782500 | 02/16/20 | Syphilis detection test - 86592 | $149.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |

# Details for claims processed in April 2020

as of 04/30/2020

Your share of the cost may be a copay or coinsurance or the amount you need to pay to meet the deductible, if you have one. You may need to pay all of the cost if a service is not covered, is denied for medical reasons or you have not yet met the deductible.

This is how much your plan pays.

Medicare determines what it will cover and pay. All doctors and facilities that accept Medicare agree to these rates. Also, your plan has negotiated rates with doctors and facilities in your plan.

Doctors, hospitals and health care service providers choose what to charge. This is what you might pay if you did not have coverage.

| | | | | | Your share |
|---|---|---|---|---|---|
| Parkland Health & Hospital System (In your plan) Claim number: 9826078250O | 02/14/20 | Injection beneath the skin or into muscle for therapy, diagnosis, or prevention - 96372 **A** | $410.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan) Claim number: 9826078250O | 02/14/20 | Emergency department visit, problem of high severity - 99284 | $2,010.00 | $354.85 | $347.75 $0.00 |
| Parkland Health & Hospital System (In your plan) Claim number: 9826078250O | 02/14/20 | Injection lorazepam 2 mg - J2060 | $20.28 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |

Medical and Hospital EOB for Shannon B Boatwright

Continues on next page

3 of 10

GOEM8E11 S.AC0 | 2020121S808.JF4S
2020121D 01B326 | Env (11.619) 2 of 6

# Details for claims processed in November 2020

as of 11/30/2020

Your share of the cost may be a copay or coinsurance or the amount you need to pay to meet the deductible, if you have one. You may need to pay all of the cost if a service is not covered, is denied for medical reasons or you have not yet met the deductible.

Medicare determines what it will cover and pay. All doctors and facilities that accept Medicare agree to these rates. Also, your plan has negotiated rates with doctors and facilities in your plan.

This is how much your plan pays.

Doctors, hospitals and health care service providers choose what to charge. This is what you might pay if you did not have coverage.

| Provider and Claim Number | Date of Service | Service | Amount the provider or facility billed plan | Total to be deducted from plan benefit | Plan paid | Your share |
|---|---|---|---|---|---|---|
| Parkland Health & Hospital System (In your plan) | 02/14/20 | Injection beneath the skin or into muscle for therapy, diagnosis, or prevention - 96372 Ⓐ | $410.00 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Claim number: 182680782501 | | | | | | |
| Parkland Health & Hospital System (In your plan) | 02/14/20 | Emergency department visit, problem of high severity - 99284 | $2,010.00 | $354.85 | $347.75 | $0.00 |
| Claim number: 182680782501 | | | | | | |
| Parkland Health & Hospital System (In your plan) | 02/14/20 | Injection lorazepam 2 mg - J2060 | $20.28 | $0.00 | $0.00 | $0.00 The amounts are $0.00 because the cost is covered under another part of this claim. |
| Claim number: 182680782501 | | | | | | |

Continues on next page

**Medical and Hospital EOB for Shannon B Boatwright**

3 of 9

# Details for claims processed in November 2020

as of 11/30/2020

| Provider of service | Date of service | Service | Amount the doctor or facility billed your plan | Total cost (amount the plan approved) | Plan paid | Your share |
|---|---|---|---|---|---|---|
| Parkland Health & Hospital System (In your plan)<br><br>Claim number: 182680782501 | 02/16/20 | Blood test, comprehensive group of blood chemicals - 80053 | $515.00 | $0.00 | $0.00 | $0.00<br>The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan)<br><br>Claim number: 182680782501 | 02/16/20 | Testing for presence of drug - 80307 | $736.00 | $0.00 | $0.00 | $0.00<br>The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan)<br><br>Claim number: 182680782501 | 02/16/20 | Blood test, thyroid stimulating hormone (tsh) - 84443 | $334.00 | $0.00 | $0.00 | $0.00<br>The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan)<br><br>Claim number: 182680782501 | 02/16/20 | Syphilis detection test - 86592 | $149.00 | $0.00 | $0.00 | $0.00 |

**Medical and Hospital EOB for Shannon B Boatwright**

Continues on next page

Case 3:21-cv-00182-C-BH Document 1 Filed 01/27/21 Page 71 of 193 PageID 75

# Details for claims processed in November 2020

| Name of facility or provider | Date of service | Service | Amount billed by the facility or provider | Plan's share (the amount the plan approved) | Plan paid | Your share |
|---|---|---|---|---|---|---|
| Parkland Health & Hospital System (In your plan)  Claim number: 182680782501 | 02/16/20 | Detection test for hiv-1 and hiv-2 - 87389 | $290.00 | $0.00 | $0.00 | $0.00  The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan)  Claim number: 182680782501 | 02/16/20 | Complete blood cell count (red cells, white blood cell, platelets), automated test - 85025 | $228.00 | $0.00 | $0.00 | $0.00  The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan)  Claim number: 182680782501 | 02/16/20 | Manual urinalysis test with examination using microscope - 81001 | $172.00 | $0.00 | $0.00 | $0.00  The amounts are $0.00 because the cost is covered under another part of this claim. |
| Parkland Health & Hospital System (In your plan)  Claim number: 182680782501 | 02/16/20 | Urine pregnancy test - 81025 | $214.00 | $0.00 | $0.00 | $0.00  The amounts are $0.00 because the cost is covered under another part of this claim. |

**Medical and Hospital EOB for Shannon B Boatwright**

Continues on next page

GDENSE11 SJOI 20201215908 JF45
20201210 018028  Env I1,619) 3 of 6

# Details for claims processed in November 2020

as of 11/30/2020

| | | | | | Your share |
|---|---|---|---|---|---|
| Parkland Health & Hospital System (In your plan) | 02/17/20 | Injection beneath the skin or into muscle for therapy, diagnosis, or prevention - 96372 | $205.00 | $0.00 | $0.00 |
| Claim number: 182680782501 | | | | | |
| Parkland Health & Hospital System (In your plan) | 02/17/20 | Injection aripiprazole extended release 1 mg - J0401 | $10,215.83 | $0.00 | $0.00 |
| Claim number: 182680782501 | | | | | |
| **Subtotal:** | | | **$15,499.11** | **$354.85** | **$347.75** |

The amounts are $0.00 because the cost is covered under another part of this claim.

| | | | | | Your share |
|---|---|---|---|---|---|
| DROP OFF (Not in your plan) | 07/20/20 | Non er transport parking fees - A0170 | $5.00 | $5.00 | $5.00 |
| Claim number: 125387745 | | | | | |

$0.00

Case 3:21-cv-00182-C-BK  Document 3  Filed 01/27/21  Page 73 of 193  PageID 77

# Details for claims processed in November 2020

| Date of service | Service | Amount billed | Total cost (amount the plan approved) | Your share |
|---|---|---|---|---|

**DROP OFF (Not in your plan)**

Claim number: 12538774S

| Date of service | Service | Amount billed | Total cost | Your share |
|---|---|---|---|---|
| 07/20/20 | Non-emergency transportation; encounter/trip - T2003 | $6.00 | $6.00 | $0.00 |
| **Subtotal:** | | **$11.00** | **$11.00** | **$0.00** |

**Magee, Kevin P. (In your plan)**

Claim number: 9248180340O

| Date of service | Service | Amount billed | Total cost | Your share |
|---|---|---|---|---|
| 09/14/20 | Subsequent hospital inpatient care, typically 15 minutes per day - 99231 | $51.00 | $40.02 | $0.00 |
| **Subtotal:** | | **$51.00** | **$40.02** | **$0.00** |
| **Total:** | | **$15,561.11** | **$405.87** | **$0.00** |

**A** Savings Tip
You should always go to the ER or call 911 if you think you're in danger. For less serious needs, try urgent care. It could save you time and money.

Medical and Hospital EOB for Shannon B Boatwright

## You have the right to make a complaint or appeal

Making an appeal is a formal way of asking us to change our decision about your coverage. You can appeal if we deny a claim. You can also appeal if we approve a claim but you disagree with how much you are paying for the item or service. To learn more, call us.

## Things to know about your denied claim

We have denied all or part of one or more claims listed in this report. But there's good news. You don't have to pay because you got the service from, or were referred by, a doctor or facility in your plan.

# Have a complaint?

**Do your claims in this EOB look correct?**

**Yes** → **Great!**

**No** → **It may be a simple billing code or other error. Call your doctor or facility to ask.**

**Still have questions?**
Call us.
**1-844-469-6822**
**(TTY: 711)**



Remember, this report is not a bill

If you owe anything, your doctors and other health care providers will send you a bill.

## See something odd?

If you notice something that might be dishonest billing, report it. Call **1-800-MEDICARE (1-800-633-4227)**, 24 hours a day, 7 days a week. (TTY: **1-877-486-2048**.)

# Also good to know

The benefit information provided is a brief summary, not a complete description, of benefits. For more information, contact the plan. Benefi formulary, pharmacy network, provider network, premium, copayments and coinsurance may change each year.

Amerigroup Texas, Inc. is an HMO DSNP plan with a Medicare contract and a contract with the State Medicaid program. Enrollment in Amerigroup Texas, Inc. depends on contract renewal.

Y0114_18_30934_I_C 09/27/2018

66007MUSENA

GDEMSE11.8JC0 ⬛⬛⬛ 20201215808 JF45
20201210 018326 ⬛⬛⬛ Env{1,6|6} 5 of 6

Medical and Hospital EOB for Shannon B Boatwright





Medicare Complaints, Appeals and Grievances
4361 Irwin Simpson Rd.
OH0205-A537
Mason, OH 45040

**Important Amerigroup Information**

SHANNON BOATWRIGHT
7150 Estrand Ave
Apt. 712
Dallas, Texas 75223

November 2, 2020

| Member Details |
| --- |

**Name**
Shannon Boatwright

**Member ID**
418W01556

**Need help?**
Call us at **1-844-469-6822**
(TTY: **711**), 8 a.m. to 8 p.m.,
seven days a week (except
Thanksgiving and Christmas)
from October 1 through March
31, and Monday to Friday
(except holidays) from April 1
through September 30.

We also have interpreters who
can help in your language for
free — just ask!

## We've reviewed your grievance

You filed a grievance with us on October 3, 2020 regarding Provider
Quality of Care. We've completed an investigation on your behalf,
and we wanted to update you on our findings.

Here is the information we have about your grievance:

Date(s) of Service: N/A
Provider: UT Southwestern University Hospital
Claim Number: N/A
Case Number: VAM-20201005-43645

You are enrolled in Amerivantage Dual Secure (HMO D-SNP). The
Medicare Complaints, Appeal & Grievances (MCAG) Department has
reviewed your concerns regarding Provider Quality of Care. Based
on our review, you expressed dissatisfaction about hospitals
falsifying your information. You indicated the medication the
providers have you on are causing brain damage, you cannot walk,
have back pain, memory loss and are pregnant.

Quality of care grievances at Anthem are reviewed by medical
professionals, including physicians and/or nurses. While specific
actions taken cannot be disclosed due to confidentiality, we can tell
you that your complaint was thoroughly investigated and appropriate
action taken.

As an Anthem member, you also have the right to file a complaint
with a Beneficiary and Family-Centered (BFCC) Quality Improvement
Organization (QIO). A BFCC QIO is a group of doctors and other
health care experts paid by the Federal Government to investigate
quality of care complaints, in order to improve the care given to

Amerigroup
P.O. Box 659403
San Antonio, TX 78265-9403
Important Amerigroup Information



**Amerigroup**

An Anthem Company

P-0 T1 ********************SNGLP    UMO005929
Shannon Boatwright
7150 E Grand Ave App 712
Dallas TX 75223

May 22, 2020

# Shannon Boatwright, we have good news about Crystal Wright

We recently sent a letter explaining that Crystal Wright was leaving our Amerivantage Dual Secure (HMO D-SNP) network.

**Good news!** Crystal Wright is remaining in the plan, so you can continue seeing your provider as in-network.

We're sorry if this caused any confusion or inconvenience for you. We're committed to giving you access and choice in your medical care, but sometimes our provider network can change. We'll always let you know if this happens. Thank you for choosing Amerigroup for your health plan.

Interested in the fine print? Here it is:

Amerigroup Texas, Inc. is an HMO DSNP plan with a Medicare contract and a contract with the State Medicaid program. Enrollment in Amerigroup Texas, Inc. depends on contract renewal.

## Member Details

**Name**
Shannon Boatwright

**Member ID**
418W01556

**Need help?**
Call us at **1-844-469-6822** (TTY: **711**), 8 a.m. to 8 p.m., seven days a week (except Thanksgiving and Christmas) from October 1 through March 31, and Monday to Friday (except holidays) from April 1 through September 30.

We also have interpreters who can help in your language for free — just ask!



Y0114_19_109157_I_C 06/18/2019          1          501466MUSENMUB

5929



# Crime Victim Rights

A victim of crime is defined by Chapter 56 of the Code of Criminal Procedure, as (1) someone who is the victim of sexual assault, kidnapping, or aggravated robbery or who has suffered bodily injury or death because of the criminal conduct of another, (2) the close relative (spouse, parent, adult brother or sister, or child) of a deceased victim or (3) the guardian of a victim. The law also applies to victims of juvenile crime, including victims who suffer property loss.

The State of Texas intends that victims of crime receive the following safeguards, assurances and considerations:

- Receive adequate protection from harm and threats of harm arising from cooperation with prosecution efforts;

- have their safety considered by the magistrate when setting bail;

- receive information, on request, of relevant court proceedings, including appellate proceedings, of cancellations and rescheduling prior to the event, and appellate court decisions after the decisions are entered but before they are made public;

- be informed, when requested, by a peace officer about the defendant's right to bail and criminal investigation procedures, and from the prosecutor's office about general procedures in the criminal justice system, including plea agreements, restitution, appeals and parole;

- provide pertinent information concerning the impact of the crime to the probation department prior to sentencing;

- information about the Texas Crime Victims' Compensation Fund and payment for a medical examination for a victim of sexual assault, and, on request, referral to social service agencies that provide additional assistance;

- information, on request, about parole procedures; notification of parole proceedings and of the inmate's release; and the opportunity to participate in the parole process by submitting written information to the Board of Pardons and Paroles for inclusion in the defendant's file for consideration by the Board prior to parole;

- a separate or secure waiting area at all public court proceedings;

- prompt return of any property that is no longer needed as evidence;

- have the prosecutor notify, upon request, an employer that the need for the victim's testimony may involve the victim's absence from work;

- on request, counseling and testing regarding AIDS and HIV infection and testing for victims of sexual assault

- request victim-offender mediation coordinated by the Victim Services Division of the Texas Department of Criminal Justice;

- be informed of the use and purpose of a victim impact statement, to complete a victim impact statement and to have the statement considered before sentencing and acceptance of a plea bargain and before an inmate is released on parole.

Victims should also know that they can have a victim advocate accompany them during the sexual assault exam if an advocate is available at the time of the examination.

Please call your crime victim services contacts in law enforcement and the prosecutor's office for more information about victim services in your community.

Source: https://texasattorneygeneral.gov/cvs/victim-rights-pub



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

September 18, 2019

SHANNON BOATWRIGHT
3349 GUIDING LIGHT DR
DALLAS, TX 75228-6116

Claim Number:  VC20012887
Victim:    SHANNON BOATWRIGHT

Dear Ms. BOATWRIGHT:

We have received your application for Crime Victims' Compensation benefits specifically for the emergency medical care (EMC) program. You will be notified by mail within a reasonable amount of time of our decision.

If you have any questions about this letter or your application, please call me at +1 512 936 1244 in Austin. Please refer to the above claim number when you contact us.

Sincerely,

Silvina Solis, Reviewer
Documentation Unit
Crime Victim Services Division



Amerigroup
3350 Peachtree Rd. NE
Atlanta, GA 30326

09/24/2019

SHANNON B. BOATWRIGHT
3349 Guiding Light Dr

Dallas, TX 75228

Member ID: 418W01556
Reference Number: PA-2652435
Date(s) of Service: 09/20/2019
Servicing Provider: Munoz, Shanan B.
Requesting Provider: Munoz, Shanan B.
Service Requested: TYSABRI 300MG/15ML CONCENTRATE

Dear SHANNON B. BOATWRIGHT:

Thank you for choosing Amerigroup as your health plan. We want to make sure you understand the medical care being provided to you. This letter tells you about a recent decision we made about your health care coverage.

The request for the service(s) listed above has been approved. Your provider has also been notified.

This authorization is not a guarantee of payment/coverage. You must be eligible at the time the services are provided, and you may be subject to cost-sharing amounts described in your Evidence of Coverage.

If you have questions or need further help with Amerigroup concerns, please call our Member Services department at the phone number printed on your plan membership card. TTY users should call 711.

Sincerely,

Pharmacy Department
Amerigroup

Amerigroup Texas, Inc. is an HMO DSNP plan with a Medicare contract and a contract with the

Amerigroup
P.O. Box 659403
San Antonio, TX 78265-9403
Important Amerigroup Information

**Amerigroup**
An Anthem Company

Shannon Boatwright
7150 estgrand av app 712
Dallas, TX 75223

April 29, 2020

# Shannon Boatwright, one of your doctors is leaving your plan.

Our records show you have visited **Venkata Mukkavilli** in the past 6 months. Unfortunately, this provider is no longer in the Amerivantage Dual Secure (HMO D-SNP) network effective 05/31/2020.

Except for emergency services, any services you receive from this provider on or after the date above will not be covered under your plan.

Need more time to say goodbye?

If you're seeing your provider for ongoing treatments, call us at **1-844-469-6822** (TTY: 711) and we can talk about options for staying with them a little while longer. You'll need authorization from our Medical Management Department before you receive any additional services.

**Member Details**

**Name**
Shannon Boatwright

**Member ID**
418W01556

**Need help?**
Call us at **1-844-469-6822** (TTY: 711), 8 a.m. to 8 p.m., seven days a week (except Thanksgiving and Christmas) from October 1 through March 31, and Monday to Friday (except holidays) from April 1 through September 30.

We also have interpreters who can help in your language for free — just ask!

1

500836MUSENMUB

We know your providers are important to you. If you need medical care from the same or similar kind of provider, we're here to help.

**Four ways to find a provider:**

1. Visit **www.amerigroup.com/medicare** for a list of providers who are in your plan.
2. Call Customer Service at **1-844-469-6822** (TTY: **711**) to get help finding the best fit for you.
3. Ask for a directory of providers. You can request one from Customer Service, or by logging in to your member portal at **www.amerigroup.com/medicare.**
4. You can also contact your Primary Care Physician for the name of another provider in our network.

We're committed to giving you access and choice in your medical care, but sometimes our provider network can change. We'll always let you know if this happens. Thank you for choosing Amerigroup for your health plan.

Interested in the fine print? Here it is:

Amerigroup Texas, Inc. is an HMO DSNP plan with a Medicare contract and a contract with the State Medicaid program. Enrollment in Amerigroup Texas, Inc. depends on contract renewal.

2

20S1253F93019
07/02/2020

Page  9 of 10

## HOW WE FIGURED YOUR PAYMENT FOR July 2020

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $783.00 |
| Minus (-) "Total income we count" (see below) | -426.00 |
| **Total SSI Payment for July 2020** | $357.00 |

### Your Income Other Than Your SSI

Income you receive in May 2020 affects your payment for July 2020

| | |
|---|---|
| Social Security benefits | $446.00 |
| By law we don't count $20.00 of above income | - 20.00 |
| **Total income we count** | $426.00 |



SSA-L8151

20S1253F93019
07/02/2020

## HOW WE FIGURED YOUR PAYMENT FOR August 2020 ON

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $783.00 |
| Minus (-) "Total income we count" (see below) | −426.00 |

**Total Monthly SSI Payment
for August 2020 on**      $357.00

### Your Income Other Than Your SSI

Income you receive in June 2020 on affects your payment for August 2020 on



| | |
|---|---|
| Social Security benefits | $446.00 |
| By law we don't count $20.00 of above income | − 20.00 |

**Total income we count**      $426.00

SSA-L8151

*IRS/Social security disability Fraud!*

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

For SSA Use Only
SSN 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 A
TOEL _____

Social Security Administration
1500 WOODLAWN DRIVE
BALTIMORE MD 21241

SHANNON B BOATWRIGHT
7150 EAST GRAND AVENUE
APT 712
DALLAS TX 75223-3658

Date:  November 9, 2020
Claim Number:  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 A

We are writing to you because we need to know more about your work.  Please tell us about your work since 01/17.  We will use this information to decide if you can receive or continue to receive disability benefits.

## What You Need To Do

Please complete and return the completed form **within 15 days** to the address shown above.  It is important to fill out the form carefully and completely. Remember to sign and date the form.  If you do not return this form, we may contact your employer or make our determination based on the evidence we have in our records.

## Some Information To Help You Complete This Form

Our records show the employers and yearly earnings for you.  This list may not be complete.  It may not show your work for this year or last year.  You should add any additional work information as you complete the form.

| Employer Name | Year | Earnings |
|---|---|---|
| TYLER INDEPENDENT SCHOOL DISTR | 2017 | $525.00 |
| EASTWIN 88 INC | 2019 | $45,322.97 |
| | 2018 | $5,538.48 |

See Next Page

Form **SSA-821-BK** (04-2012) ef(04-2012)

# Details for claims processed in September 2020

as of 09/30/2020

| | | | | | Your share |
|---|---|---|---|---|---|
| Lone Star Ambulance, LLC (In your plan) Claim number: 18728205300 | 08/08/20 | Ambulance service bls emergency transport - A0429 | $1,000.00 | $383.89 | $0.00 |
| **Subtotal:** | | | $375.00 | $120.70 | $0.00 |

| | | | | | Your share |
|---|---|---|---|---|---|
| Lone Star Ambulance, LLC (In your plan) Claim number: 18728205300 | 08/08/20 | Ground mileage per statute mile - A0425 | $190.50 | $99.06 | $0.00 |
| **Subtotal:** | | | $1,190.50 | $482.95 | $0.00 |



# Details for claims processed in September 2020

as of 09/30/2020

4F3E 6096101010202002 Env (4,383)14 of 12
GCNSCD 11.38NSCD1 2020010410609050

Your share of the cost may be a copay or coinsurance or the amount you need to pay to meet the deductible, if you have one. You may need to pay all of the cost if a service is not covered, is denied for medical reasons or you have not yet met the deductible.

Medicare determines what it will cover and pay. All doctors and facilities that accept Medicare agree to these rates. Also, your plan has negotiated rates with doctors and facilities in your plan.

Doctors, hospitals and health care service providers choose what to charge. This is what you might pay if you did not have coverage.

This is how much your plan pays.

| | | | | | Your share |
|---|---|---|---|---|---|
| **Joshi, Parag H.** (In your plan)  Claim number: 18715137900 | 07/25/20 | Routine electrocardiogram (ekg) using at least 12 leads with interpretation and report - 93010 Ⓐ | $36.00 | $8.69 | $0.00 |
| **Subtotal:** | | | $36.00 | $8.69 | $0.00 |
| **Roy, Sonika** (In your plan)  Claim number: 18714159600 | 07/25/20 | Emergency department visit, problem of high severity - 99284 | $375.00 | $120.70 | $0.00 |
| | | | $8.69 | $120.70 | $0.00 |

Continues on next page

# Details for claims processed in September 2020

as of 09/30/2020

| | | | | | | Your share |
|---|---|---|---|---|---|---|
| Simon, Fay E. (In your plan) Claim number: 893421195100 | 09/13/20 | Subsequent observation care, typically 25 minutes per day - 99225 | $159.00 | $74.18 | $74.18 | $0.00 |
| Subtotal: | | | $311.00 | $212.62 | $212.62 | $0.00 |
| Chapel, Ashley K. (In your plan) Claim number: 8961439110 0 | 09/14/20 | Subsequent observation care, typically 25 minutes per day - 99225 | $159.00 | $0.00 | $0.00 | $0.00 |
| Chapel, Ashley K. (In your plan) Claim number: 8961439110 0 | 09/15/20 | Hospital observation care discharge - 99217 | $91.00 | $74.19 | $74.19 | $0.00 |
| Subtotal: | | | $250.00 | $74.19 | $74.19 | $0.00 |

Medical and Hospital EOB for Shannon B Boatwright

Continues on next page

BF3F 60980101020020M SGMS43-11 SGM43... En m (4,958) 9 6 9 of 12

# Details for claims processed in September 2020

as of 09/30/2020

| | Date | Service | | | Your share |
|---|---|---|---|---|---|
| Methodist Dallas Medical Ctr (In your plan) Claim number: 18970801400 | 09/15/20 | Injection heparin sodium per 1000 units - J1644 | $11.25 | $0.00 | $0.00 |
| Methodist Dallas Medical Ctr (In your plan) Claim number: 18970801400 | 09/15/20 | Prescription drug oral nonchemotherapeutic nos - J8499 | $2.50 | $0.00 | $0.00 |
| **Subtotal:** | | | **$19,737.25** | **$2,287.47** | **$2,287.47** |
| Simon, Fay E. (In your plan) Claim number: 189342195.00 | 09/12/20 | Hospital observation care typically 50 minutes - 99219 | $152.00 | $138.44 | $138.44 |

The amount is $0.00 because the cost covered under our part of this claim.

Your share $0.00

$0.00

# TYLER BOY WRECKER SERVICE, INC.

2923 PEACHTREE RD
BALCH SPRINGS, TEXAS 75180
TDLR VSF #0001644

Phone: 972-557-3121
Fax: 972-557-4878

**REGISTERED OWNER**
SHANNON BOATWRIGHT
1902 PRAIRIE VIEW
DALLAS, TX 75235

**LIENHOLDER**
SANTANDER CONSUMER
PO BOX 961288
FT WORTH, TX 76161

DATE OF IMPOUND: 04/15/19
YR, MAKE, MODEL: 2018 Ford Focus
LP: TX 28906J4

RECOVERED FROM: 175 @ LAKE JUNE RD, DALLAS
VIN #1FADP3K29JL242823

This letter is to inform you that the above vehicle has been impounded by Tyler Boy Wrecker Service, Inc. and is being stored at **2923 PEACHTREE RD, BALCH SPRINGS, TX 75180.**

Storage fees are accumulating daily at $20.00. The towing and/or labor charge is **$159.00.** An additional fee of $50.00 is charged for this notice and related expenses as provided by law. State sales tax must be collected on storage charges. **CREDIT CARD, CASH, MONEY ORDER OR CASHIERS CHECKS ARE THE PREFERRED FORM OF PAYMENT OF CHARGES.**

Total storage charges cannot be computed until vehicle is claimed. The storage charge will accrue daily until vehicle is released.

All parties are advised that the Texas Tow Act requires presentation of documentary proof of ownership or right of possession along with positive identification (a picture ID) at the time the vehicle is claimed. All charges must be paid at the time the vehicle is claimed.

Possession was acquired either by contract with governmental agencies, including police agencies, or by contracts with private property owners.

Owner and Lienholder will forfeit all rights and claims to vehicles not claimed. Not claiming a vehicle is a consent to sell at public auction.

For fee information, you may contact our office at 972-557-3121 during regular business hours of 8:00 A.M. through 5:00 P.M., Monday through Friday. You are hereby notified of your rights under Transportation Code 685, to challenge the legality of this tow. Any questions or complaints should be directed to Texas Dept. of License & Regulations.

NOTIFICATION DATE:05/05/19

TX DEPT OF LICENSE & REGULATIONS
WWW.LICENSE.STATE.TX.US
TOWING@LICENSE.STATE.TX.US
POB 12157, AUSTIN TX 78711  512-463-6599

DALLAS COUNTY/SHERIFF
133 N INDUSTRAIL LB31
DALLAS, TX 75207
214-749-8641

The court may charge a filing fee of $20.00 for a hearing, and may award court cost to the prevailing party
To view the list of applicable Justice of the Peace Courts for Tow Hearings under Texas Occupations Code 2308, please visit:
http://card.txcourts.gov/Directorysearch.aspx and enter the county from which the owner or operator of the vehicle was towed or booted.

## SECOND NOTICE



## KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

October 16, 2019

SHANNON BOATWRIGHT
3349 GUIDING LIGHT DR
DALLAS, TX 75228-6116

Claim Number: VC20012887
Bill Case ID: 4466539
Victim: SHANNON BOATWRIGHT

Dear Ms. BOATWRIGHT:

Please find attached a copy of the denial notice sent to your service provider for services rendered. In accordance with the law that governs the Crime Victims' Compensation (CVC) program, our medical bill review staff has determined that CVC cannot recommend payment at this time.

If you have any information that would change this decision, please forward this additional information to CVC as soon as possible.

If you disagree with this decision, you have the right to request reconsideration within 30 days of the date of this letter. Your request must be in writing and must state the reasons why you disagree with this decision. If you do not request a reconsideration of this decision within the 30 day period, it will become the final ruling of the Attorney General.

If you have any questions, please contact our office at 1-800-983-9933 and refer to the claim number listed above. When sending correspondence to our office, please send it in care of the Crime Victims' Compensation program.

Sincerely,
Amanda Ruiz
Payment Operations Section
Crime Victim Services Division



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 16, 2019

TEXAS MEDICINE RESOURCES
PO BOX 8549
FORT WORTH, TX 761240549

Claim Number: VC20012887
Bill Case ID: 4466539
Victim: SHANNON BOATWRIGHT

Dear Provider,

This letter is to inform you that after careful review of your claim, your request for payment on the enclosed bill(s) has been denied.

The Texas Code of Criminal Procedure, Chapter 56, Subchapter B, requires that specific criteria be met in order to warrant the disbursement of monies by the Crime Victims' Compensation (CVC) program. It has been determined that the following criterion has not been met:

**Available collateral resources have not been utilized.**

When sending correspondence to our office, please send it in care of the Crime Victims' Compensation Program, Post Office Box 12198, Austin, Texas 78711-2198 with your claim number listed above.
Sincerely,

Amanda Ruiz
Payment Operations Section
Crime Victim Services Division

COLLATERAL SOURCES NOT UTILIZED

**HEALTH INSURANCE CLAIM FORM**

CRIME VICTIMS
PO BOX 12198
AUSTIN, TX 78711-2198

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

emc C

CARRIER

PICA □□□ CRIME VICTIMS                                                                    PICA □□

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 1842912019  VC20012887 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| BOATWRIGHT SHANNON B | 04 27 90  M☐ F☒ | BOATWRIGHT SHANNON B |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1902 PRAIRIE VIEW DR | Self ☒ Spouse ☐ Child ☐ Other ☐ | 3349 GUIDINE LIGHT DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| DALLAS | TX | | DALLAS | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 75235 | (214) 336 4062 | 75228 | (214) 336 4062 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| BOATWRIGHT SHANNON B | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH  04 27 90  M☐ F☒ |
| 418W01556 | | |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? ☐ YES ☒ NO  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  CRIME VICTIMS |
| d. INSURANCE PLAN NAME OR PROGRAM NAME  AMERIGROUP MEDICAI | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ YES ☐ NO  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.  SIGNED  SIGNATURE ON FILE   DATE  09 24 19 | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.  SIGNED  SIGNATURE ON FILE |
|---|---|

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  09 10 19  QUAL. 431 | 15. OTHER DATE  QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a.  17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0 | 22. RESUBMISSION CODE  ORIGINAL REF. NO. |
|---|---|
| A. T74.21XA   B.    C.    D.  E.    F.    G.    H.  I.    J.    K. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 10 19 | 09 10 19 | 23 | Y | 99284 | A | 952 00 | 1 | | NPI | 1942243365 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN  752737522 ☐ ☒ | 26. PATIENT'S ACCOUNT NO.  TMR00665142601 | 27. ACCEPT ASSIGNMENT?  ☒ YES ☐ NO | 28. TOTAL CHARGE  $ 952 00 | 29. AMOUNT PAID  $ | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  OTTO M MARQUEZ MD  SIGNED  09 24 19  DATE | 32. SERVICE FACILITY LOCATION INFORMATION  TEXAS HEALTH DALLAS  8200 WALNUT HILL LANE  DALLAS TX 75231-4496  a. 1396779948b | 33. BILLING PROVIDER INFO & PH #  (800) 378 4134  TEXAS MEDICINE RESOURCES  PO BOX 8549  FORT WORTH TX 76124-0549  a. 1376581900b |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     CR061653     APPROVED OMB-0938-1197 FORM 1500 (02-12)

CLASS  100



**TEXAS**
Health and Human
Services

**Texas Health and Human Services Commission**

**Charles Smith**
*Executive Commissioner*

## Information Sheet for Sexual Assault Patients

If you are a child, an elderly person, or a disabled individual, the law requires any suspected sexual assault to be reported.

If you are age 18 or older, you may choose to report the sexual assault to law enforcement.  You may request a medical forensic exam regardless of whether you choose to report the sexual assault.

**Informed Consent**: You (or your parent or guardian) will be provided information before you are examined or receive treatment. You may ask the medical provider to explain why questions are being asked, why certain evidence is collected or not collected, or which tests or treatments are necessary. You will then be asked to sign a consent form. You may decline to answer any question or decline any portion of the exam or treatment, even after you have provided written consent. A child may be examined and treated without parental consent.

**Medical Forensic Exam:**  During the medical portion of the examination, injuries or other medical conditions are identified and treated. Results from medical testing will be available from this medical facility. Pictures may be taken of body surface injuries or genital injuries during the examination.

During the forensic portion of the examination, evidence is collected. The evidence may be used in an investigation. Depending on the nature of the assault, the following items may be collected during the exam: hair combings, swabs from areas of the body with potential DNA deposits, swabs from areas of genital contact, fingernail swabs/clippings, debris items and clothing.

If you are age 18 or older, medical forensic exams are usually not conducted if more than
96 hours (4 days) have passed since the assault. For children, a medical forensic exam should always be conducted, regardless of how long ago the assault occurred.

You may choose to have a support person (friend, family member, or advocate) in the exam room with you during the medical forensic exam. You may also choose not to have anyone in the exam room except for you and the medical staff. The exam may take several hours.

**Reporting and Evidence:** If you are age 18 or older and choose not to report the sexual assault now, you may still choose to have evidence collected in case you decide to report later. The Department of Public Safety crime laboratory is required to store the collected evidence for two years. The collected evidence will not be tested unless you report the sexual assault.  To report the sexual assault at a later date, contact the law enforcement authority that serves the area where the assault occurred. You may also contact this law enforcement authority for the results of the forensic portion of your examination.

**Sexually Transmitted Infections (STIs):** The risk of contracting a STI after sexual assault is not known. Emergency treatment for STIs following sexual assault may include a combination of antibiotics designed to prevent most common STIs (gonorrhea, chlamydia, and trichomoniasis). Children and the elderly often do not receive preventive treatment for STIs.

**HIV/AIDS:** You may be concerned about the risk of HIV/AIDS. If the assault happened within the last 72 hours (3 days), there is a course of medication, called antiretroviral (ARV) therapy that may prevent HIV/AIDS transmission. ARV therapy may be available at the hospital or you may need a prescription to fill at a pharmacy. You may also go to a local health department or community clinic for testing and treatment of HIV/AIDS at a reduced cost. Treatment lasts 28 days and common side effects include feelings of tiredness, diarrhea, nausea, and flu-like symptoms. Talk with your medical provider for more information about the risk and preventive treatment of HIV/AIDS.

**Pregnancy:** You may be concerned about the risk of pregnancy. If the assault happened within the last 120 hours (5 days), there is medication called emergency contraception that may prevent pregnancy. Emergency contraception may be available at the hospital or you may choose to talk with a pharmacist for emergency contraception that is available without a prescription. The sooner emergency contraception is taken, the more likely it is to be effective. Talk with your medical provider for more information about the risk of pregnancy or emergency contraception. Emergency contraception is not given if you were already pregnant at the time of the sexual assault.

**Drug Facilitated Sexual Assault:** If you think you may have been drugged within the past 96 hours, immediately notify your medical provider so that she or he can obtain a urine and/or blood specimen as quickly as possible.

**Payment:** The medical forensic exam results in two bills, one for medical costs and one for forensic costs.

<u>Medical costs,</u> such as medications, x-rays, stitches, facility or provider fees, may be your responsibility.  Your medical insurance may cover your medical costs.  The attorney general may make a payment to you or on behalf of you for the reasonable costs incurred for medical care provided whether or not the crime is reported.

<u>Forensic costs,</u> such as swabbing for DNA, photographing injuries, or collecting debris, will not be your responsibility. The law enforcement authority you reported to or the Department of Public Safety will pay the forensic costs.

**Crime Victims' Compensation:** Crime Victims' Compensation may reimburse you for a variety of costs, including medical costs.  Learn more about Crime Victims' Compensation by visiting www.oag.state.tx.us/victims/about comp.shtml or calling 1-800-983-9933.

**Advocacy:** FREE and confidential information, counseling, and support are available through rape crisis centers. Call 1-800-656-HOPE to be connected to your closest rape crisis center or go to www.taasa.org for more information. Children's Advocacy Centers provide a child-friendly approach to the investigation process and provide services including counseling and support for children and their families. Go to www.cactx.org to find your closest child advocacy center.

Revised April 2, 2018

*Date of the sexual assault*

## Adolescent and Adult Sexual Assault Discharge Instructions
### (Please keep this information in a safe place for future reference)

Patient Name_____     DOB_____

This exam and treatment has been performed on an emergency basis. This is not a substitute for on-going medical care. This examination has been completed by a Sexual Assault Nurse Examiner (SANE) for provision of medical treatment and evidence collection related to the patient history or concerns of sexual assault.

| Hospital Name: Texas Health Dallas | Phone #: 214-345-3191 |
|---|---|
| SANE: Lauren Rius | Advocate: Hannah |
| Exam date: 9-10-19 | Law Enforcement Agency and case #: Dallas P.D. 184291-2019 |

☒ Evidence collected for investigative purposes

Note: Evidence will be assessed by law enforcement and the crime lab. Please direct all questions regarding evidence processing to the detective investigating your case.

❑ Evidence collected for storage only (non-report) *:   Non-report # _____

*Important: Evidence is submitted to police Texas Department of Public Safety Crime Lab in Houston without your identity being revealed and will be stored anonymously for 2 years. It will not be sent to the forensic lab for testing unless a report is made. You may choose to make a report to law enforcement at any time. After 2 years, evidence may be destroyed. You have been provided TX DPS LAB-NRSA-03 form: Consent for Release of Sexual Assault Evidence; please provide this to law enforcement if you choose to report.

❑ No evidence collected

1.   Follow the recommendations below:
- If you experience discomfort in the genital area soak in warm water for 15-30 minutes, two times a day for healing and comfort.
- Get plenty of rest. Take good care of yourself.
- It is recommended that you use condoms or abstain from intercourse until Sexually Transmitted Infections (STI) prophylactic treatment is completed and any follow up testing for STI is negative.
- If you notice any new bruising in the next few days, contact the law enforcement agency you reported to so they may take additional photos.
- Contact the hospital for results of any medical tests or you have questions regarding the medical care provided.

2.   You have received the following medications today for:
- ☑ Plan B (levonorgestrel)* for possible exposure to pregnancy (emergency contraception)
- ☑ Zithromax (azithromycin) 1gm for possible exposure to Chlamydia
- ☑ Rocephin (ceftriaxone) 250mg for possible exposure to Gonorrhea
- ☑ Flagyl (metronidazole) 2g for possible exposure to Vaginosis/Trichomoniasis prevention –
  —No alcohol for 48 hours after taking this medication.
- ❑ Hepatitis B vaccine (first dose only) _____
- ❑ Tetanus vaccine _____
- ❑ CDC HIV decision algorithm provided and explained: Yes____ No ☒ _____
- ☑ HIV post-exposure Prophylaxis for possible exposure to HIV/AIDS; 1ˢᵗ dose and/or prescription. See specific Emergency Department discharge instructions if given.
- ❑ Nausea (actual or to prevent) –Zofran (ondansteron) 4mg
- ❑ Pain _____
- ❑ Other _____

*If you vomit within 1-2 hours of taking Plan B, you will need to call or return to the Emergency Department for a repeat dosage. It is very important that you do this right away in order for the medication to be effective.

Patient Initials_____ date/time _____   SANE Initials _____





## Texas Health
Resources®_____

Page 1 of 4  Rev (8/18)

9443047370 (1616863)
Boatwright,Shannon B
4/27/1990 (29 yrs) female
9/10/2019

SANE

# Adolescent and Adult Sexual Assault Discharge Instructions
### (Please keep this information in a safe place for future reference)

Patient Name_____     DOB_____

- **Important:** You should receive medication information sheets for each medication received in addition to this discharge instruction sheet.
- Taking prophylactic medications does not guarantee you will not contract a sexually transmitted infection or not get pregnant. It is important to follow up with a clinic or your personal physician as noted on page 2 of this document.

3. Cultures were / were not obtained during this examination. Contact the hospital for results of any medical tests or you have questions regarding the medical care provided.

4. ☐ If indicated by history strangulation post-care instructions provided; see separate discharge instruction page.

5. **Counseling**

As a survivor of sexual assault, it will be very important for you to take very good care of yourself. You may experience sleep disturbances, anxiety, irritability, depression, and other symptoms. These are normal reactions for people who have experienced trauma. There are people and resources available to you and your family. You are encouraged to seek help in dealing with the effects of surviving an assault. Rape crisis centers offer free counseling services. Always remember this is not your fault; someone else chose to hurt you through no fault of your own. See list of counseling services on page 3 of this document.

6. **Follow-up Health Care**

   IF YOUR CONDITION WORSENS, RETURN IMMEDIATELY TO THE EMERGENCY ROOM OR CONTACT YOUR PHYSICIAN. See lists of health clinics in North Texas by county on page 3 of this document.

| 2 Week recommendations (if needed) | 6 Week recommendations |
|---|---|
| • If you have symptoms of infections listed below: --burning or painful urination; "flu-like" symptoms; abnormal discharge; unexplained bleeding; sores, blisters or small, white and/or gray growths or warts; pelvic pain or painful intercourse; rash on groin, mouth, palm of hands, arms, legs, or torso; swollen areas in groin<br>• Screening for trichomonas, bacterial vaginosis, herpes, HPV<br>• 1st HPV vaccine (if needed)<br>• Re-check injuries if needed | • Serologic testing for syphilis<br>• HIV testing, lab work<br>• 2nd Hepatitis B vaccination (if needed)<br>• 2nd HPV vaccination (if needed)<br>• Re-evaluate for the development of ano-genital warts ✓<br>• Pregnancy test (if no menses since assault) ✓ |
| **3-month recommendations** | **6-month recommendations** ✓ |
| • Serologic testing for syphilis<br>• HIV testing, lab work<br>• Re-evaluate for the development of ano-genital warts ✓ | • HIV testing, lab work<br>• 3rd Hepatitis B vaccination (if needed)<br>• 3rd HPV vaccination (if needed)<br>• Re-evaluate for the development of ano-genital warts |

7. **Referrals**
   - Advocacy agency/phone number _____ *DARCC*
   - Follow-up care/phone number _____ *PCP or Maple Clinic*

☐ The Emergency Medical Care (EMC) CVC application covers the cost of the ED exam only whether you report to police or not. Additional cost coverage can be obtained as discussed with Crime Victims Compensation. Please call 1-800-983-9933 regarding information for additional services.

Patient Initials_____ date/time _____     SANE Initials _____

**Texas Health Resources®**
Page 2 of 4  Rev (8/18)

SANE

9443047370 (1616863)
Boatwright,Shannon B
4/27/1990 (29 yrs) female
9/10/2019

 TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

**COMMISSIONER**
Jaime Masters

Shannon Boatwright
7150 E GRAND AVE
APT 712
DALLAS, TX 75223-3658

Date: 12/10/2020

INTAKE NUMBER (CALL ID):         74198762

CHILD'S INITIALS:                AH

Dear Shannon Boatwright:

Thank you for contacting our office on 12/08/2020 concerning the care of the above named child(ren).

Garland Pd (email) +cac

Your concerns have been forwarded to the following agency because
they do appear to have jurisdiction in such matters:

I appreciate your concern for the welfare of these children (this child) and hope that you will promptly report your
concerns for any child whom you feel may be at risk of abuse or neglect. It is through the actions of concerned citizens
like yourself that we are aided in the protection of children.

Sincerely,

Sarah Wheeler, INVESTIGATOR V

 Gmail     Shannon Boatwright <sboatwright18@gmail.com>

---

## Help getting my police reports
3 messages

---

**Shannon Boatwright** <sboatwright18@gmail.com>      Tue, Dec 10, 2019 at 8:05 AM
To: GPDPIAREQUESTS@garlandtx.gov

My name is Shannon Boatwright and I am trying to obtain my police reports. My phone number is 469-866-0033.

---

**GPDPIARequests** <GPDPIARequests@garlandtx.gov>      Thu, Dec 19, 2019 at 2:14 PM
To: Shannon Boatwright <sboatwright18@gmail.com>

We received your email requesting certain information pursuant to the Texas Public Information Act. This is to inform you that we cannot process your request at this time due to insufficient information. The following information is needed to properly process your request: complete address of incident, date or time period, name and date of birth of person(s) involved, and type of record requested.

Please resubmit your request with additional information for processing.

Regards,

Garland Police Department

Open Records

1891 Forest Lane

Garland, TX 75042

Phone: 972-205-1961

Fax: 972-485-4867

[Quoted text hidden]

---

**Shannon Boatwright** <sboatwright18@gmail.com>      Thu, Dec 19, 2019 at 4:48 PM
To: GPDPIARequests <GPDPIARequests@garlandtx.gov>

Hello my name is Shannon Boatwright, the date of the incidents are September 12, 2019, November 6, 2019, November 7, 2019 and November 9, 2019. The people involved are Rick and Brenda Sadberry. The records that I am requesting are the police reports. Please call me at 469-866-0033, when the reports are ready.

Thanks Again,
Shannon Boatwright
[Quoted text hidden]



# KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

August 28, 2020

SHANNON BOATWRIGHT
7150 E GRAND AVE APT 712
DALLAS, TX 75223-3658

Claim Number:  VC20243028
Victim:     SHANNON BOATWRIGHT

Dear Ms. BOATWRIGHT:

Your application for Crime Victims' Compensation benefits has been reviewed. I regret to inform you that based on information received by our office, you are not eligible for benefits under this program because we have determined that:

There is not enough evidence at this time to support the fact that the crime against you took place. In order to be eligible for benefits, Article 56.32 (a)(4) & (11) of the Texas Code of Criminal Procedures requires that the victim must have suffered personal injury, threat of personal injury or death as a result of a crime. The facts of the incident must be apparent so we can determine that such a crime did occur.

If you do not agree with this decision, you may request reconsideration of the decision. To ask for a review, you must send us a letter within 30 days of the date of this letter. Your letter must be signed and clearly ask for a review and you need to tell us the reason(s) why you feel the decision is wrong. If you have any additional information that you think is important for us to have in reviewing this decision, please send that information, also.

If you do not request reconsideration of this decision within 30 days of the date of this letter, this decision becomes the final ruling of the attorney general. In order to appeal the final ruling by the attorney general you must then ask for a judicial review by the courts. The procedure for judicial review is found in Art. 56.48, Texas Crime Victims' Compensation Act, Chapter 56, Subchapter B, C.C.P.

If you have any questions about the reconsideration process, or address changes, please call me at +1 512 936 1269 in Austin. Please refer to the above claim number when you contact me.

Sincerely,

Latarsha Addison
Eligibility Section
Crime Victim Services Division

## Lakewood Greens

## NOTICE OF NON-SUFFICIENT FUNDS

Date:        03/09/2020

From:        Lakewood Greens
             7150 E Grand Ave
             Dallas, TX 75223-1000
             (214) 320-0494
             lakewoodgreens@greystar.com

To:          Aaron Acuna, Shannon Boatwright
             7150 E Grand Avenue #0712
             Dallas, TX 75223

We regret to inform you that the check you presented to us in the amount of $___483.00_____ drawn on _____
_____3/4/2020_____has been returned, marked:

   _X_       Insufficient Funds
   ___       Account Closed
   ___       Other

Unfortunately, we are not able to accept another personal check, nor do we permit a check to be deposited twice.
Therefore, please remit an eMoney Order for the total amount due (listed below) within 24 hours. This includes:

| Rental Payment Due: | $558.35 |
| Late Charges Due: | $118.48 |
| NSF Charge Due: | $75.00 |
| Total Amount Due as of Today's Date: | $751.83 |

All late charges will be assessed according to your lease agreement. Your immediate attention to this matter is
appreciated and will prevent us from taking legal action. If you should have any questions or require additional
information, please do not hesitate to contact our office to speak with our Assistant Manager/Bookkeeper.

Sincerely,

Lakewood Greens

By: Brenda Mora, Community Manager

NOTICE OF ABANDONED DWELLING

(to be posted inside of main entry door)

June 12, 2020

Date

Re: Notice of abandoned dwelling

**Shannon Boatwright**

TAA Lease Contract signed ____ **November 18, 2019**

between residents named above, and

**Aaron Acuna**

(Names of all residents)

**AHC Metro Lakewood, LP**

**7150 E Grand Avenue #0712, #0712**

(Street address and dwelling unit number, if applicable)

**Dallas, TX 75223**

(owner)

(City, State, Zip)

Dear Resident(s):

Your dwelling appears to be abandoned as defined in paragraph 41 of your TAA Lease Contract. We have posted this notice on the inside of your main entry door. Unless you notify management within two days from the date of posting that you have not abandoned the dwelling, we will assume conclusively that you have abandoned the dwelling. We may remove and dispose of personal property inside the dwelling as provided in paragraph 14 of the TAA Lease Contract.

Signature of owner's representative

**6/12/2020**

Date notice was posted on the inside of main entry door of resident's dwelling

Signature of witness (optional)

ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:   $9,488.00

DOCKET NO.   JE20-52520P

AHC METRO LAKEWOOD AKA
LAKEWOOD GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)   320  0494

PLAINTIFF
VS.

ACUNA, AARON & OCC.
BOATWRIGHT; SHANNON & OCC.
7150 E GRAND AVE 712
DALLAS, TX 75223

This Process was delivered to you at:
DEFENDANT    M
_____ day _____ o'clock

This _____ day_TON_CITATION _____
MICHAEL HUGHES (GO) (DONONILE)
Dallas County, Texas, Precinct 5
By:_____   Badge #

FILED ON: 11-05-2020
CITATION ISSUED: 11-05-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON NOVEMBER  20, 2020

# 510.4 ATTACHED

JUAN JASSO
JUSTICE OF THE PEACE
PRECINCT  5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214)  943-5___

# THE STATE OF TEXAS

TO THE DEFENDANT: ACUNA, AARON AND ALL OCCUPANTS
          BOATWRIGHT; SHANNON AND ALL OCCUPANTS

GREETINGS: YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE ME, A JUSTICE OF
THE PEACE, 5-2 IN AND FOR DALLAS, DALLAS COUNTY, TEXAS, IN THE CITY OF
DALLAS          AT 09:00 AM , ON NOVEMBER  20, 2020 THEN AND THERE TO
ANSWER THE COMPLAINT OF THE PLAINTIFF

THE NATURE OF THE PLAINTIFF'S DEMAND BEING SUIT UPON POSSESSION OF PREMISES
KNOWN AS 7150 E GRAND AVE 712, DALLAS, TX 75223
IN SAID PRECINCT, FOR BACK RENT IN THE SUM OF $ 9,488.00 FOR RENT ACCRUING,
FOR COSTS, AND ATTORNEY'S FEES, IF ANY.

IF YOU DESIRE TRIAL BY JURY, IT MUST BE REQUESTED AND THE JURY FEE PAID NO
LATER THAN 3 DAYS BEFORE THE DAY SET FOR TRIAL.

TO THE DEFENDANT: FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT
BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. IF A
JUDGMENT FOR POSSESSION IS ENTERED, THE  PLAINTIFF WILL HAVE THE RIGHT TO HAVE
YOUR POSSESSIONS REMOVED FROM THE PROPERTY BY ORDER OF THE COURT.

THE CENTERS FOR DISEASE CONTROL ISSUED AN ORDER STOPPING SOME EVICTIONS. YOU
MAY BE ABLE TO STOP YOUR EVICTION IF YOU SIGN THE ATTACHED DECLARATION UNDER
PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTIONS
TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19 AND PROVIDE
IT TO YOUR LANDLORD AND THE COURT. BEFORE SIGNING THE DECLARATION, READ IT
CAREFULLY AND MAKE SURE ALL THE STATEMENTS ARE TRUE. THE DECLARATION IS SWORN,
MEANING YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF ANY OF THE
STATEMENTS ARE NOT TRUE. FIND OUT MORE ABOUT THE ORDER AT TEXASLAWHELP.ORG

LOS CENTROS PARA EL CONTROL DE ENFERMEDADES EMITIERON UNA ORDEN PARA DETENER
ALGUNOS DESALOJOS. ES POSIBLE QUE PUEDA DETENER SU DESALOJO SI FIRMA LA
DECLARACION BAJO PENA DE PERJURIO PARA EL CONTROL DE ENFERMEDADES Y PARA
PREVENCION Y DETENCION TEMPORAL EN DESALOJOS PARA PREVENIR UNA MAYOR
PROPAGACION DE COVID-19 Y SE LA PROPORCIONA AL PROPIETARIO Y AL TRIBUNAL.
ANTES DE FIRMAR LA DECLARACION, LEALA DETENIDAMENTE Y ASEGURESE DE QUE TODAS
LAS DECLARACIONES SEAN VERDADERAS. LA DECLARACION ES JURADA, LO QUE SIGNIFICA
QUE PUEDE SER PROCESADO, IR A LA CARCEL O PAGAR UNA MULTA SI ALUNA DE LAS
DECLARACIONES NO SON CIERTAS. OBTENGA MAS INFORMACION SOBRE LA ORDEN EN
TEXASLAWHELP.ORG

FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE,
WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

**SUIT TO EVICT:  THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES.  A TENANT
WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF
RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL
RELIEF ACT (50 U.S.C. APP. SECTION 501ET SEQ.), OR STATE LAW, INCLUDING
SECTION 92.017, TEXAS PROPERTY CODE.**

CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR IF YOU NEED HELP LOCATING AN ATTORNEY.  IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSSISTANCE.

DEMANDA DE DESALOJO:  ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LIMITE INMEDIATA.  UN INQUILINO QUE ESTA ACTIVO EN EL SERVICIO MILITAR PUEDE TENER DERECHOS O ALIVIO ESPECIALES RELACION ADO CON ESTA DEMANDA BAJO LA LEY FEDERAL, INCLUYENDO SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), O LEY ESTATAL SECTION 92.017, TEXAS PROPERTY CODE. PARA ASISTENCIA  EN LOCALIZAR ABOGADO COMUNIQUESE A LA ASOCIACION DE ABOGADOS DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR EN CASO DE NO PODER PAGAR UN ABOGADO.  TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O BAJO-COSTO.

A COPY OF THE PLAINTIFF S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS NOVEMBER 05, 2020.

_____
JUSTICE OF THE PEACE



ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:  $9,488.00

DOCKET NO.  JE20-52520P

AHC METRO LAKEWOOD AKA
LAKEWOOD GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)   320  0494

PLAINTIFF
VS.
ACUNA, AARON & OCC.
BOATWRIGHT; SHANNON & OCC.
7150 E GRAND AVE 712
DALLAS, TX 75223

DEFENDANT

EVICTION CITATION
IN THE JUSTICE COURT

_____

FILED ON: 11-05-2020
CITATION ISSUED: 11-05-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON NOVEMBER  20, 2020

JUAN  JASSO
JUSTICE OF THE PEACE
PRECINCT  5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214) 943-5981

DECLARATION UNDER PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTION'S TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19

THIS DECLARATION IS FOR TENANTS, LESSEES, OR RESIDENTS OF RESIDENTIAL PROPERTIES WHO ARE COVERED BY THE CDC'S ORDER TEMPORARILY HALTING RESIDENTIAL EVICTIONS (NOT INCLUDING FORCLOSURES ON HOME MORTGAGES) TO PREVENT THE FURTHER SPREAD OF COVID-19. UNDER THE CDC'S ORDER YOU MUST PROVIDE A COPY OF THIS DECLARATION TO YOUR LANDLORD, OWNER OF THE RESIDENTIAL PROPERTY WHERE YOU LIVE, OR OTHER PERSON WHO HAS A RIGHT TO HAVE YOU EVICTED OR REMOVED FROM WHERE YOU LIVE. EACH ADULT LISTED ON THE LEASE, RENTAL AGREEMENT, OR HOUSING CONTRACT SHOULD COMPLETE THIS DECLARATION. UNLESS THE CDC ORDER IS EXTENDED, CHANGED, OR ENDED, THE ORDER PREVENTS YOU FROM BEING EVICTED, OR REMOVED FROM WHERE YOU ARE LIVING THROUGH DECEMBER 31, 2020. YOU ARE STILL REQUIRED TO PAY RENT AND FOLLOW ALL THE OTHER TERMS OF YOUR LEASE AND RULES OF THE PLACE WHERE YOU LIVE. YOU MAY ALSO STILL BE EVICTED FOR REASONS OTHER THAN NOT PAYING RENT OR MAKING A HOUSING PAYMENT. THIS DECLARATION IS SWORN TESTIMONY, MEANING THAT YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF YOU LIE, MISLEAD, OR OMIT IMPORTANT INFORMATION.

I CERTIFY UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C 1746, THAT THE FOLLOWING ARE TRUE AND CORRECT:
* I HAVE USED BEST EFFORTS TO OBTAIN ALL AVAILABLE GOVERMNMENT ASSISTANCE FOR RENT OR HOUSING;
* I EITHER EXPECT TO EARN NO MORE THAN $99,000 IN ANNUAL INCOME FOR CALENDAR YEAR 2020 (OR NO MORE THAN $198,000 IF FILING A JOINT TAX RETURN), WAS NOT REQUIRED TO REPORT ANY INCOME IN 2019 TO THE I.R.S., OR RECEIVED AN ECONOMIC IMPACT PAYMENT (STIMULUS CHECK) PURSUANT TO SECTION 2201 OF THE CARES ACT;
* I AM UNABLE TO PAY MY FULL RENT OR MAKE A FULL HOUSING PAYMENT DUE TO SUBSTANTIAL LOSS OF HOUSEHOLD INCOME, LOSS OF COMPENSABLE HOURS OF WORK OR WAGES, LAY-OFFS, OR EXTRAORDINARY OUT-OF POCKET MEDICAL EXPENSES;
* I AM USING BEST EFFORTS TO MAKE TIMELY PARTIAL PAYMENTS THAT ARE AS CLOSE TO THE FULL PAYMENT AS THE INDIVIDUAL'S CIRCUMSTANCES MAY PERMIT, TAKING INTO ACCOUNT OTHER NONDISCRETIONARY EXPENSES.
* IF EVICTED I WOULD LIKELY BECOME HOMELESS, NEED TO MOVE INTO A HOMELESS SHELTER, OR NEED TO MOVE INTO A NEW RESIDENCE SHARED BY OTHER PEOPLE WHO LIVE IN CLOSE QUARTERS BECAUSE I HAVE NO OTHER AVAILABLE HOUSING OPTIONS.
* I UNDERSTAND THAT I MUST STILL PAY RENT OR MAKE A HOUSING PAYMENT, AND COMPLY WITH OTHER OBLIGATIONS THAT I MAY HAVE UNDER MY TENANCY, LEASE AGREEMENT, OR SIMILAR CONTRACT. I FURTHER UNDERSTAND THAT FEES, PENALTIES, OR INTEREST FOR NOT PAYING RENT OR MAKING A HOUSING PAYMENT ON TIME AS REQUIRED BY MY TENANCY, LEASE AGREEMENT, OR SIMILAR CONTRACT MAY STIL BE CHARGED OR COLLECTED.
* I FURTHER UNDERSTAND THAT AT THE END OF THIS TEMPORARY HALT ON EVICTIONS, ON DECEMBER 31, 2020, MY HOUSING PROVIDER MAY REQUIRE PAYMENT IN FULL FOR ALL PAYMENTS NOT MADE PRIOR TO AND DURING THE TEMPORARY HALT AND FAILURE TO PAY MAY MAKE ME SUBJECT TO EVICTION PURSUANT TO STATE AND LOCAL LAWS. I UNDERSTAND THAT ANY FALSE OR MISLEADING STATEMENTS OR OMMISSIONS MAY RESULT IN CRIMINAL AND CIVIL ACTIONS FOR FINES, PENALTIES, DAMAGES, OR IMPRISONMENT.


_____           _____
SIGNATURE OF DECLARANT                                       DATE

"AVAILABLE GOVERNMENT ASSISTANCE" MEANS ANY GOVERNMENTAL RENTAL OR HOUSING PAYMENT BENEFITS AVAILABLE TO THE INDIVIDUAL OR ANY HOUSHOLD MEMBER.
AN "EXTRAORDINARY" MEDICAL EXPENSE IS ANY UNREIMBURSED MEDICAL EXPENSE LIKELY TO EXCEED 7.5% OF ONE'S AJUSTED GROSS INCOME FOR THE YEAR.
"AVAILABLE HOUSING MEANS ANY AVAILABLE, UNOCCUPIED RESIDENTIAL PROPERTY, OR OTHER SPACE FOR OCCUPANCY IN ANY SEASONAL OR TEMORARY HOUSING, THAT WOULD NOT VIOLATE FEDERAL, STATE, OR LOCAL OCCUPANCY STANDARDS AND THAT WOULD NOT RESULT IN AN OVERALL INCREASE OF HOUSING COST TO YOU.

CASE NO. JE 205-2520 P     Court Date: NOV 0 2020 @ 9

Case 3:21-cv-00182-C-BK    Document 3    Filed 01/27/21    Page 108 of 193    PageID 112

AHC Metro Lakewood aka Lakewood Greens §    IN THE JUSTICE COURT

**PLAINTIFF/LANDLORD**

**vs.**                    §        PRECINCT 5, PLACE 2

Aaron Acuna & Shannon Boatwright     §       DALLAS COUNTY, TEXAS

**DEFENDANT/TENANT**

# PETITION for EVICTION

**PLEASE NOTE:** (For all addresses, you _MUST_ include number, street, apartment number, city, state, & zip code.)
**MAKE SURE TO _WRITE LEGIBLY_,** if not, you may end up paying $85 to amend the citation _NO EXCEPTIONS_

**PLAINTIFF,** being duly sworn on oath, files this written complaint against the above named Defendant(s) to evict Defendant(s) from Plaintiff's premises, which is described as:

7150 E Grand Ave       712       Dallas       TX       75223
**STREET ADDRESS**        **UNIT # (IF ANY)**      **CITY**       **STATE**      **ZIP CODE**

GATE CODE 8662      DEFENDANT'S PHONE: (214) 554-3826

Plaintiff and Defendant(s) have established a landlord tenant relationship by: **(check one)** ☑ a written lease or agreement,
☐ an oral agreement, ☐ occupancy after foreclosure sale, ☐ occupancy after contract for deed default,
☐ (other)_____

GROUNDS FOR EVICTION are: (check) ☑ non-payment of rent, ☐ holding over, ☐ non-rent default by (describe default)
_____

WRITTEN NOTICE to VACATE for the grounds stated above was delivered to Defendant(s) at the above described premises
on the 25 day of August , 20 20, (check one) ☑ in person to the tenant(s). ☐ in person to an occupant at
east sixteen years of age. ☐ by mail. ☐ by affixing to the inside of the main entry door.
☐ (other) _____

Thereafter, Defendant(s) failed to surrender possession of the above described premises by the date specified in the notice to
vacate thereby committing a forcible detainer.

☑(check) I have _NOT_ received a Declaration from the Tenant of being a COVERED PERSON under the CDC Order.

PLAINTIFF REQUESTS judgment for Plaintiff(s) against Defendant(s) for possession of the above described premises, for writ
of possession, plus $ 9,488.00 rent due through today, plus accruing rent at the **daily rate of $** 39.53 per
day until the date of judgment, plus reasonable attorney fees in the amount of $_____, plus all costs of court, plus
post-judgment interest at the highest legal rate. RENT ONLY **(NO LATE FEES)**

Chris Orozco          x Chris Orozco
**LAINTIFF/REPRESENTATIVE/ATTORNEY**     **PLAINTIFF/REPRESENTATIVE/ATTORNEY**
**RINTED NAME**                  **SIGNATURE**

Rental Subsidy (if any):     ☒

ddress 7150 E. Grand Ave          Tenant's Portion:     ☒

ity, State, ZIP Code Dallas TX 75223      **TOTAL MONTHLY RENT:** $1,186.00
                                       NOV 5 2020
hone (214) 320-0494     Fax (214) 320-9736

SWORN to and SUBSCRIBED before me this _____ day of_____, 20___.

_____
Notary Public or Clerk of Court

## ECONOMIC HARDSHIP STATEMENT

**PURPOSE.** The purpose of this document is to inform the Owner about the Resident's current economic hardship. The information will be used to assist the Owner in responding to Resident's request for relief.

**1. DWELLING UNIT DESCRIPTION.**
Unit No. Apt: 0712, 7150 E Grand Avenue #0712 (*street address*), Dallas (*city*), TX (*state*) 75223 (*zip code*).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: 11/18/2019
Owner's name: Lakewood Greens
Residents (*list all Residents*): Aaron Acuna, Shannon Boatwright

**3. PROOF OF DEMONSTRATED ECONOMIC HARDSHIP.** Resident provides the following as proof of demonstrated economic hardship. Owner can rely on the information I provide. Please check/complete only one that applies:

☐ **Job Loss -** Proof of job loss, e.g. layoff or termination letter from employer, confirmation of unemployment filing, etc. (***please attach proof***). Details: _____

☐ **Income Reduction -** I confirm that I have suffered a reduction in income and am currently unable to pay the amounts due under my lease. Details:

_____

☐ **Other Financial Hardship** – I confirm that I have suffered a financial hardship, other than loss of job or reduction in income, and am currently unable to pay the amounts due under my lease. Details:

_____

**4. OPTIONAL:** Is your financial hardship related to COVID-19?   ☐YES   ☐NO
**5. ADDITIONAL INFORMATION.** Provide any additional information you wish to convey and on which Owner can rely. _____

I certify under the penalty of perjury that the foregoing is true and correct.

Resident (signature): *Aaron Acuna  Shannon Boatwright*
Resident (printed): *Aaron Acuna    Shannon Boatwright*
Date: 07/21/2020

**PAYMENT PLAN AGREEMENT**

This Payment Plan Agreement (the "Agreement") relates to the TAA Lease Contract, signed 11/18/2019 for Apt. No. 0712 in the Lakewood Greens Apartments in Dallas,

Texas, OR the house, duplex, etc. located at (street address) 7150 E Grand Ave in

Dallas , Texas.

We understand COVID-19, the coronavirus, has directly affected many of our residents. Some residents have experienced a loss of wages, incurred new medical expenses or been laid off from their place of employment as a result of the COVID-19 pandemic.

For those who have been directly affected by this virus, we are willing to enter into an agreement with you to provide temporary flexibility for paying rent and other sums that come due: during the month of the Lease term during which this Agreement is executed; during the month of the Lease term following the month in which this Agreement is executed; or for the following period of time April, May, June and July of 2020 .

In order to qualify for the terms of this Agreement, you must provide written documentation of your loss of job, income, or other monetary hardship to us. This may be done via any method normally permitted under the Lease. The determination of the sufficiency of such documentation to qualify for this Agreement is solely within our discretion.

For good and valuable consideration, the receipt and sufficiency are hereby acknowledged, we (as Owner) and you (as Resident) agree to a temporary payment plan for rent and other sums due as further described below. You agree to make payments as follows:

| Future Due Date(s) | Amounts Due | Future Due Date(s) | Amounts Due |
|---|---|---|---|
| 7/25/2020 | $2500 | | |
| 7/31/2020 | $2615.28 | | |
| | | | |
| | | | |
| | | | |
| | | | |

The other terms of the Lease continue to apply, including the obligation to timely pay utilities, future months' rent and other charges when they come due according to the Lease.

You understand and agree that your failure to comply with this Agreement is a material breach by you of the Lease and a default under paragraph 32.1(A) of the Lease for which we may sue you for eviction and entitles us to pursue any and all other legal remedies.

If you do not timely comply with all payment provisions set forth herein, we may in our sole discretion charge late fees, pursue eviction and any other remedy under the lease and Texas property code. After entering into this Agreement, we may still accept partial payments of rent or other sums due, the acceptance of which doesn't waive our right of eviction, to past or future rent or other sums, or to enforcement of this Agreement in seeking any other contractual or statutory right.

Our choice to enforce, not enforce or delay enforcement of the due date or amount of any payment due under this Agreement or the Lease isn't a waiver of our rights under any circumstances.

Date 07-23-20     Resident Aaron S. Acuna

Date 07-23-20     Resident Shannon B Boatwright

Date _____     Resident _____

Date _____     Resident _____

Date _____     Resident _____

Date _____     Resident _____

Date _____     Owner's Representative _____

Texas Apartment Association

# COVID NOTICE OF POSSIBLE EVICTION

## THIS NOTICE IS TO PROVIDE YOU WITH AN OPPORTUNITY TO PAY DELINQUENT RENTS INCURRED WHILE THERE IS A STATE OF DISASTER BECAUSE OF THE COVID-19 PANDEMIC TO AVOID EVICTION. YOU DO NOT HAVE TO MOVE WHEN YOU GET THIS NOTICE BUT YOU MAY HAVE TO MOVE IF YOU AND YOUR LANDLORD DO NOT WORK OUT AN AGREEMENT REGARDING THE PAYMENT OF DELINQUENT RENT. THIS NOTICE DOES NOT EXCUSE YOUR OBLIGATION TO PAY AND YOU CAN BE EVICTED IF YOUFAIL TO PAY AS REQUIRED UNDER THE LEASE. YOU ARE REQUESTED TO DISCUSS THIS NOTICE WITH YOUR LANDLORD AS SOON AS POSSIBLE BUT NO LATER THAN 21 DAYS FROM WHEN YOU RECEIVE THIS NOTICE.

_July 21st_ , 2020

_Aaron Acuna_
_Shannon Boatwright_

You are in default for not paying your rent as required in your lease.

You should contact your landlord and immediately attempt to work out a payment plan or lease modification in order to stay in your residence. If you have not responded within 21 days of this notice, Landlord can proceed with a Notice to vacate and file an eviction proceeding to remove the residents from the subject property to the extent permitted by applicable law.

If you are in default because of financial hardship caused by COVID-19, and you can provide verifiable documentation to your landlord, your response to this notice could give you up to 60 days before an eviction will be filed. However, you are responsible for full payment of all rents through this time unless and until you negotiate a binding agreement with your landlord.

You may also apply for rental assistance to help you pay the required rent from any local, state, federal, or nonprofit organization who may be offering assistance during this COVID-19 pandemic and beyond.

Please note that the landlord may still institute eviction proceedings immediately if you, members of your household or guests pose an immediate threat or physical harm to any person or engage in criminal activity.

Please do not ignore this notice as your failure to respond may result in the landlord sending a Notice to Vacate requesting you to vacate the premises, followed by a judicial action before the Justice of the Peace to evict you.

# AVISO DE COVID DE POSIBLE DESALOJO

## ESTE A VISO ES PROPORCIONARLE UNA OPORTUNIDAD DE PAGAR LOS ALQUILERS DELINQUENTES INCURRIDOS MIENTRAS HAY UN ESTADO DE DESASTRE PORQUE DE LA PANDADEADEO COVID-19 PARA EVITAR EL DESPLANTO. USTED NO TIENE QUE MUDARSE CUANDO RECIBE ESTE AVISO, PERO PUEDE QUE TENGA QUE MUDARSE SI USTED Y SU PROPIETARIO NO TRABAJAN UN ACUERDO CON RESPECTO AL PAGO DEL ALQUILER MOROSO. ESTE AVISO NO EXCUSA SU OBLIGACIÓN DE PAGAR Y USTED PUEDE SER EVICTED SI NO PAGA COMO SE REQUIERE BAJO EL ARRENDAMIENTO. SE LE PIDE QUE DISCUTA ESTE AVISO CON SU ARRENDADOR TAN PRONTO COMO SEA POSIBLE, PERO NO MÁS TARDE DE 21 DÍAS A PARTIR DE LA FECHA EN QUE RECIBA ESTE A VISO.

_____, 2020

_____

_____

_____

Usted está en incumplimiento/delincuencia de pago por no pagar el alquiler como se requiere en su contrato de arrendamiento.

Debe ponerse en contacto con su dueño/propietario e inmediatamente intentar elaborar un plan de pago o una modificación de arrendamiento para permanecer en su residencia. Si no ha respondido dentro de los 21 días de esta notificación, el Dueño/Propietario puede proceder con un Aviso para desocupar y presentar un procedimiento de desalojo para eliminar a los residentes de la propiedad sujeta.

Si usted está en incumplimiento/delincuencia debido a dificultades financieras causadas por COVID-19, y puede proporcionar documentación verificable a su dueño/propietario, su respuesta a este aviso podría darle hasta 60 días antes de que se presente un desalojo. Sin embargo, usted es responsable del pago total de todas las rentas a través de este tiempo a menos y hasta que negocie un acuerdo vinculante con su arrendador.

También puede solicitar asistencia de alquiler para ayudarle a pagar el alquiler requerido de cualquier organización local, estatal, federal u sin fines de lucro que pueda estar ofreciendo asistencia durante esta pandemia COVID-19 y más allá.

Tenga en cuenta que el dueño/propietario todavía puede instituir procedimientos de desalojo inmediatamente si usted, miembros de su hogar o invitados representan una amenaza inmediata o daño físico a cualquier persona, o si participa en actividades delictivas.

Por favor, no ignore este aviso, ya que su falta de respuesta puede resultar en que el dueño/propietario envíe una Notificación a Desalojar solicitándole que desaloje las instalaciones, seguida de una acción judicial ante el Juez de Paz para desalojarlo.

PROOF OF DELIVERY OF COVID NOTICE OF POSSIBLE EVICTIN TO RESIDENT

PER DALLAS CITY ORDINANCE

On __7/21/2020__ (Insert Date of Delivery), I served the COVID NOTICE OF POSSIBLE EVICTION in both English and Spanish to the following Resident(s):

Aaron Acuna

Shannon Boatwright

This notice was served by: (check one)

_____ regular, registered, or certified mail -return receipt requested

__✓__ hand delivery to a person 16 years of age or older residing at the premises

I HAND DELIVERED a copy of the Notice to the following Resident(s):
*(Insert Name of the Person(s) that you left the Notice with who is a Resident and at least 16 years old)* Aaron Acuna

_____ affixing the notice to the inside of the main entry door

__✓__ affixing the notice to the outside of the main entry door and mailing notice

I posted copies of the Notice on the outside of the dwelling's main entry door **because** (1) the dwelling has no mailbox and a keyless bolting device, alarm system or dangerous animal prevents entry, or (2) the owner reasonably believes harm to a person would result from personal delivery. After I posted the Notice, on the same date, I also MAILED copies of the NOTICE to the Resident(s) by depositing a sealed envelope in the United States Mail, addressed to the Resident(s) at the premises.

On __7/21/2021__   By:__Brenda Mora__
      (date)          (Signature of person delivering Notice)

      __Brenda Mora__
          (Printed Name)

Witness: __Che Diggs__      (signature of person witnessing delivery).

CTADZ000B93432J

(214) 836 0012

Torrence.thompson INC.

Cause Number: **JE2052520P**

**IN THE JUSTICE COURT**

PLAINTIFF: AHC METRO LAKEWOOD AKA LAKEWOOD GREENS

VS

DEFENDANT[S]: ACUNA, AARON & OCC.

**PRECINCT 5 PLACE: 2**

(Note: List All Tenants Who are Named
In Plaintiff's Sworn Complaint)

**Court Date:** NOVEMBER 20 2020 @ 9:00 A.M. .

### ORDER AUTHORIZING ALTERNATIVE SERVICE UNDER RULE 510.4

This court finds that deputy J. GOMEZ badge # 536 having the above citation for service of progress, executed and filed written declarations under the penalty of perjury and pursuant to section 132.001, Texas civic practices & remedies code, the court further finds that the deputy was unsuccessful in serving citation and that all requirements for authorizing alternative service under rule 510.4 have been met. Accordingly, such deputy is authorized to service such citation on the following defendant:

ACUNA, AARON & OCC.                    7150 E GRAND AVE 712 DALLAS, TX. 75223

ACCORDING TO THE FOLLOWING PROCEDURES:

(A) The deputy shall place the citation in the premises in question by placing it through the door mail chute or by slipping it under the front door; and if neither method is possible or practical, the deputy shall securely affix the citation to the front door of the main entry to the premise:
(B) On the same day, as service under (A) (ABOVE) or the next day, the deputy shall deposit in the mail a true copy of such citation with a copy of the sworn complaint attached thereto, addressed to defendant at the premises in question and sent by first class mail;
(C) The deputy shall note on the return of such citation the date of delivery under (A) (ABOVE) the date of mailing under (B) ABOVE – and;
(D) Such delivery and mailing to the premises shall occur at least six (6) days before the days of citation, or on or before the day assigned by trial. The deputy shall return the citation with their action written thereon, to this court.

Entered & Sign this _10th_ day of _November_ 20 _20_

Justice of the Peace Precinct 5 Place 2

Cause Number: JE2052520P

| IN THE JUSTICE COURT PRECINCT 5 PLACE: 2 | Plaintiff: AHC METRO LAKEWOOD AKA LAKEWOOD GREENS |

VS

Defendants: ACUNA, AARON & OCC.

**DALLAS COUNTY, TEXAS**

### OFFICER'S WRITTEN DECLARATION FOR ALTERNATIVE SERVICE UNDER RULE 510.4

**TO THE HONORABLE COURT:**

As the law enforcement officer receiving the above styled citation for service of process. I hereby request the court to authorized alternative service under rule 510.4 on the following defendant(s):

I have made diligent efforts to deliver/serve such citation on at least two (2) occasions at the home or other address [es] provided by the Plaintiff of the Defendant[s] who's information is listed below. The Plaintiff has stated in his sworn complaint that he knows of no other home or work address [es] of the Defendant[s] in the county. I have attempted service under 510.4 rule at the following location[s] on the following dates and time and was unsuccessful. Therefore, I have satisfied the requirements under rule 510.4 as listed below;

| DEFENDANT: | LOCATION: | DATE: | TIME: |
|---|---|---|---|
| ACUNA, AARON & OCC. | 7150 E GRAND AVE 712 DALLAS, TX. 75223 | 11/09/20 | 10:18 A.M. |
| ACUNA, AARON & OCC. | 7150 E GRAND AVE 712 DALLAS, TX. 75223 | 11/09/20 | 1:50 P.M. |

Therefore, pursuant to section 132.001, Texas civil practice & remedies code, I declare under the penalty of perjury that the foregoing information provide by me, herein is true & correct.
Executed in Dallas County, Texas, this 9TH day of NOVEMBER , 2020 .

Signature- Deputy Constable- Badge#

**MICHAEL OROZCO,**
**CONSTABLE-DALLAS COUNTY PRECINCT 5**
**410 SOUTH BECKLEY,**
**DALLAS, TEXAS 75203 (214) 943-1765**

1st Eviction Notice

ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:   $9,488.00

DOCKET NO.  JE20-52520P

AHC METRO LAKEWOOD AKA
LAKEWOOD GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)   320  0494

                    PLAINTIFF
                    VS.

ACUNA, AARON & OCC.
BOATWRIGHT; SHANNON & OCC.
7150 E GRAND AVE 712
DALLAS, TX 75223

This Process was delivered to you at
_____ o'clock ____ M
                    DEFENDANT

This _____ day of ____ CITATION
MICHAEL (Registered) CONSTABLE
Dallas County, Texas, Precinct 5
By:_____  Badge #_____

FILED ON: 11-05-2020
CITATION ISSUED: 11-05-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON NOVEMBER  20, 2020

## 510.4 ATTACHED

JUAN  JASSO
JUSTICE OF THE PEACE
PRECINCT  5, PLACE  2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214) 943-5981

## THE STATE OF TEXAS

TO THE DEFENDANT: ACUNA, AARON AND ALL OCCUPANTS
              BOATWRIGHT; SHANNON AND ALL OCCUPANTS
GREETINGS: YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE ME, A JUSTICE OF
THE PEACE, 5-2 IN AND FOR DALLAS, DALLAS COUNTY, TEXAS, IN THE CITY OF
DALLAS         AT 09:00 AM   ON NOVEMBER  20, 2020 THEN AND THERE TO
ANSWER THE COMPLAINT OF THE PLAINTIFF

THE NATURE OF THE PLAINTIFF'S DEMAND BEING SUIT UPON POSSESSION OF PREMISES
KNOWN AS 7150 E GRAND AVE 712, DALLAS, TX 75223
IN SAID PRECINCT, FOR BACK RENT IN THE SUM OF $ 9,488.00 FOR RENT ACCRUING,
FOR COSTS, AND ATTORNEY'S FEES, IF ANY.

IF YOU DESIRE TRIAL BY JURY, IT MUST BE REQUESTED AND THE JURY FEE PAID NO
LATER THAN 3 DAYS BEFORE THE DAY SET FOR TRIAL.

TO THE DEFENDANT: FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT
BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. IF A
JUDGMENT FOR POSSESSION IS ENTERED, THE PLAINTIFF WILL HAVE THE RIGHT TO HAVE
YOUR POSSESSIONS REMOVED FROM THE PROPERTY BY ORDER OF THE COURT.

THE CENTERS FOR DISEASE CONTROL ISSUED AN ORDER STOPPING SOME EVICTIONS. YOU
MAY BE ABLE TO STOP YOUR EVICTION IF YOU SIGN THE ATTACHED DECLARATION UNDER
PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTIONS
TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19 AND PROVIDE
IT TO YOUR LANDLORD AND THE COURT. BEFORE SIGNING THE DECLARATION, READ IT
CAREFULLY AND MAKE SURE ALL THE STATEMENTS ARE TRUE. THE DECLARATION IS SWORN,
MEANING YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF ANY OF THE
STATEMENTS ARE NOT TRUE. FIND OUT MORE ABOUT THE ORDER AT TEXASLAWHELP.ORG

LOS CENTROS PARA EL CONTROL DE ENFERMEDADES EMITIERON UNA ORDEN PARA DETENER
ALGUNOS DESALOJOS. ES POSIBLE QUE PUEDA DETENER SU DESALOJO SI FIRMA LA
DECLARACION BAJO PENA DE PERJURIO PARA EL CONTROL DE ENFERMEDADES Y PARA
PREVENCION Y DETENCION TEMPORAL EN DESALOJOS PARA PREVENIR UNA MAYOR
PROPAGACION DE COVID-19 Y SE LA PROPORCIONA AL PROPIETARIO Y AL TRIBUNAL.
ANTES DE FIRMAR LA DECLARACION, LEALA DETENIDAMENTE Y ASEGURESE DE QUE TODAS
LAS DECLARACIONES SEAN VERDADERAS. LA DECLARACION ES JURADA, LO QUE SIGNIFICA
QUE PUEDE SER PROCESADO, IR A LA CARCEL O PAGAR UNA MULTA SI ALUNA DE LAS
DECLARACIONES NO SON CIERTAS. OBTENGA MAS INFORMACION SOBRE LA ORDEN EN
TEXASLAWHELP.ORG

FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE,
WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

**SUIT TO EVICT: THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT
WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF
RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL
RELIEF ACT (50 U.S.C. APP. SECTION 501ET SEQ.), OR STATE LAW, INCLUDING
SECTION 92.017, TEXAS PROPERTY CODE.**

## ADVANCE NOTICE OF LEASE TERMINATION AT END OF LEASE TERM OR RENEWAL PERIOD

**January 5, 2021**
Date

**Shannon Boatwright**                    Re: Notice to vacate at end of lease term or renewal period

TAA Lease Contract signed _____ **11/18/2019**

**Aaron Acuna**                           between residents named above, and
(Names of all residents)
                                          **AMC Metro Lakeside, LP**
**7150 E Grand Avenue #0712,**
(Street address and dwelling unit number, if applicable)

**Dallas, TX 75223**
(City, State, Zip)

Dear Resident(s):

Your current TAA Lease Contract ends on _____ ... want your lease term to
automatically renew month-to-month. According to ... to give you sufficient
notice that your lease will not automatically renew ... dwelling unit to us on
**February 8th** ...

**1/05/2021**
Date notice was given by the method checked below

The notice was: *(check at least one)*

☑ hand delivered to any one of the          ☐ ...                    ... mail;
   residents named;                                                  ... certified mail,
☐ hand delivered to any person 16 or        ☐ ...                    ... return receipt requested; or
   older residing in the dwelling;                                   ☐ sent by registered mail.

**Attc Metro Lakewood aka Lakewood Greens** § IN THE JUSTICE COURT
PLAINTIFF/LANDLORD

VS. § PRECINCT 5, PLACE 2

**Aaron Acuna & Shannon Boatwright** § DALLAS COUNTY, TEXAS
DEFENDANT/TENANT

## PETITION for EVICTION

*PLEASE NOTE: (For all addresses, you MUST include number, street, apartment number, city, state, & zip code.)*
*MAKE SURE TO WRITE LEGIBLY, if not, you may end up paying $85 to amend the citation NO EXCEPTIONS*

PLAINTIFF, being duly sworn on oath, files this written complaint against the above named Defendant(s) to evict Defendant(s) from Plaintiff's premises, which is described as:

**7150 E. Grand Ave #712 Dallas TX 75223**
STREET ADDRESS          UNIT # (IF ANY)     CITY          STATE     ZIP CODE

GATE CODE **0494**     DEFENDANT'S PHONE: (**469**) **866-0033**

Plaintiff and Defendant(s) have established a landlord tenant relationship by: *(check one)* ☑ a written lease or agreement, ☐ an oral agreement, ☐ occupancy after foreclosure sale, ☐ occupancy after contract for deed default, ☐ *(other)*_____

GROUNDS FOR EVICTION are: *(check)* ☑ non-payment of rent, ☐ holding over, ☐ non-rent default *(describe default)*
_____

WRITTEN NOTICE to VACATE for the grounds stated above was delivered to Defendant(s) at the above described premises on the **20** day of **November**, 20**20** *(check one)* ☑ in person to the tenant(s). ☐ in person to an occupant at least sixteen years of age. ☐ by mail. ☐ by affixing to the inside of the main entry door.
☐ *(other)* _____

Thereafter, Defendant(s) failed to surrender possession of the above described premises by the date specified in the notice to vacate thereby committing a forcible detainer.

☑ *(check)* I have *NOT* received a Declaration from the Tenant of being a COVERED PERSON under the CDC Order.

PLAINTIFF REQUESTS judgment for Plaintiff(s) against Defendant(s) for possession of the above described premises, for writ of possession, plus $ **9488** rent due through today, plus accruing rent at the daily rate of $ **39.53** per day until the date of judgment, plus reasonable attorney fees in the amount of $_____, plus all costs of court, plus post-judgment interest at the highest legal rate. RENT ONLY (NO LATE FEES)

**Brenda Mora** X **Brenda Mora**
PLAINTIFF/REPRESENTATIVE/ATTORNEY     PLAINTIFF/REPRESENTATIVE/ATTORNEY
PRINTED NAME                          SIGNATURE

Address **7150 E. Grand Ave**

City, State, ZIP Code **Dallas, TX 75223**

Phone (**214**) **320-0494** Fax (**214**) **320-9736**

Rental Subsidy (if any): Ø

Tenant's Portion: Ø

TOTAL MONTHLY RENT: $ **1186**

SWORN to and SUBSCRIBED before me this ____ day of _____, 20____ 2020

_____
Notary Public or Clerk of Court

ADDRESS:
7150 E GRAND AVE   712
DALLAS, TX 75223

RENT:   $9,488.00

DOCKET NO.   JE20-52520P

AHC METRO LAKEWOOD AKA
LAKEWOOD GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)   320  0494

PLAINTIFF
VS.

ACUNA, AARON & OCC.
BOATWRIGHT; SHANNON & OCC.
7150 E GRAND AVE 712
DALLAS, TX 75223

DEFENDANT

EVICTION CITATION
IN THE JUSTICE COURT

FILED ON: 11-05-2020
CITATION ISSUED: 11-05-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON NOVEMBER  20, 2020

JUAN JASSO
JUSTICE OF THE PEACE
PRECINCT 5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214) 943-5981

CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR  IF YOU NEED HELP
LOCATING AN ATTORNEY.  IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE
ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSSISTANCE.

DEMANDA DE DESALOJO:  ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LIMITE
INMEDIATA.  UN INQUILINO QUE ESTA ACTIVO EN EL SERVICIO MILITAR PUEDE TENER
DERECHOS O ALIVIO ESPECIALES RELACION ADO CON ESTA DEMANDA BAJO LA LEY
FEDERAL, INCLUYENDO SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP.
SECTION 501 ET SEQ.), O LEY ESTATAL SECTION 92.017, TEXAS PROPERTY CODE.
PARA ASISTENCIA  EN LOCALIZAR ABOGADO COMUNIQUESE A LA ASOCIACION DE ABOGADOS
DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR EN CASO DE NO PODER PAGAR UN
ABOGADO.  TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O BAJO-COSTO.

A COPY OF THE PLAINTIFF S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF
AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS NOVEMBER 05, 2020.



JUSTICE OF THE PEACE

DECLARATION UNDER PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTION'S TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19.

THIS DECLARATION IS FOR TENANTS, LESSEES, OR RESIDENTS OF RESIDENTIAL PROPERTIES WHO ARE COVERED BY THE CDC'S ORDER TEMPORARILY HALTING RESIDENTIAL EVICTIONS (NOT INCLUDING FORCLOSURES ON HOME MORTGAGES) TO PREVENT THE FURTHER SPREAD OF COVID-19. UNDER THE CDC'S ORDER YOU MUST PROVIDE A COPY OF THIS DECLARATION TO YOUR LANDLORD, OWNER OF THE RESIDENTIAL PROPERTY WHERE YOU LIVE, OR OTHER PERSON WHO HAS A RIGHT TO HAVE YOU EVICTED OR REMOVED FROM WHERE YOU LIVE. EACH ADULT LISTED ON THE LEASE, RENTAL AGREEMENT, OR HOUSING CONTRACT SHOULD COMPLETE THIS DECLARATION. UNLESS THE CDC ORDER IS EXTENDED, CHANGED, OR ENDED, THE ORDER PREVENTS YOU FROM BEING EVICTED, OR REMOVED FROM WHERE YOU ARE LIVING THROUGH DECEMBER 31, 2020. YOU ARE STILL REQUIRED TO PAY RENT AND FOLLOW ALL THE OTHER TERMS OF YOUR LEASE AND RULES OF THE PLACE WHERE YOU LIVE. YOU MAY ALSO STILL BE EVICTED FOR REASONS OTHER THAN NOT PAYING RENT OR MAKING A HOUSING PAYMENT. THIS DECLARATION IS SWORN TESTIMONY, MEANING THAT YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF YOU LIE, MISLEAD, OR OMIT IMPORTANT INFORMATION.

I CERTIFY UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C 1746, THAT THE FOLLOWING ARE TRUE AND CORRECT:
* I HAVE USED BEST EFFORTS TO OBTAIN ALL AVAILABLE GOVERNMENT ASSISTANCE FOR RENT OR HOUSING;
* I EITHER EXPECT TO EARN NO MORE THAN $99,000 IN ANNUAL INCOME FOR CALENDAR YEAR 2020 (OR NO MORE THAN $198,000 IF FILING A JOINT TAX RETURN), WAS NOT REQUIRED TO REPORT ANY INCOME IN 2019 TO THE I.R.S., OR RECEIVED AN ECONOMIC IMPACT PAYMENT (STIMULUS CHECK) PURSUANT TO SECTION 2201 OF THE CARES ACT;
* I AM UNABLE TO PAY MY FULL RENT OR MAKE A FULL HOUSING PAYMENT DUE TO SUBSTANTIAL LOSS OF HOUSEHOLD INCOME, LOSS OF COMPENSABLE HOURS OF WORK OR WAGES, LAY-OFFS, OR EXTRAORDINARY OUT-OF POCKET MEDICAL EXPENSES;
* I AM USING BEST EFFORTS TO MAKE TIMELY PARTIAL PAYMENTS THAT ARE AS CLOSE TO THE FULL PAYMENT AS THE INDIVIDUAL'S CIRCUMSTANCES MAY PERMIT, TAKING INTO ACCOUNT OTHER NONDISCRETIONARY EXPENSES.
* IF EVICTED I WOULD LIKELY BECOME HOMELESS, NEED TO MOVE INTO A HOMELESS SHELTER, OR NEED TO MOVE INTO A NEW RESIDENCE SHARED BY OTHER PEOPLE WHO LIVE IN CLOSE QUARTERS BECAUSE I HAVE NO OTHER AVAILABLE HOUSING OPTIONS.
* I UNDERSTAND THAT I MUST STILL PAY RENT OR MAKE A HOUSING PAYMENT, AND COMPLY WITH OTHER OBLIGATIONS THAT I MAY HAVE UNDER MY TENANCY, LEASE AGREEMENT, OR SIMILAR CONTRACT. I FURTHER UNDERSTAND THAT FEES, PENALTIES, OR INTEREST FOR NOT PAYING RENT OR MAKING A HOUSING PAYMENT ON TIME AS REQUIRED BY MY TENANCY, LEASE AGREEMENT, OR SIMILAR CONTRACT MAY STILL BE CHARGED OR COLLECTED.
* I FURTHER UNDERSTAND THAT AT THE END OF THIS TEMPORARY HALT ON EVICTIONS, ON DECEMBER 31, 2020, MY HOUSING PROVIDER MAY REQUIRE PAYMENT IN FULL FOR ALL PAYMENTS NOT MADE PRIOR TO AND DURING THE TEMPORARY HALT AND FAILURE TO PAY MAY MAKE ME SUBJECT TO EVICTION PURSUANT TO STATE AND LOCAL LAWS. I UNDERSTAND THAT ANY FALSE OR MISLEADING STATEMENTS OR OMMISSIONS MAY RESULT IN CRIMINAL AND CIVIL ACTIONS FOR FINES, PENALTIES, DAMAGES, OR IMPRISONMENT.


_____                    _____
SIGNATURE OF DECLARANT                                      DATE


"AVAILABLE GOVERNMENT ASSISTANCE" MEANS ANY GOVERNMENTAL RENTAL OR HOUSING PAYMENT BENEFITS AVAILABLE TO THE INDIVIDUAL OR ANY HOUSHOLD MEMBER.
AN "EXTRAORDINARY" MEDICAL EXPENSE IS ANY UNREIMBURSED MEDICAL EXPENSE LIKELY TO EXCEED 7.5% OF ONE'S AJUSTED GROSS INCOME FOR THE YEAR.
"AVAILABLE HOUSING MEANS ANY AVAILABLE, UNOCCUPIED RESIDENTIAL, PROPERTY, OR OTHER SPACE FOR OCCUPANCY IN ANY SEASONAL OR TEMORARY HOUSING, THAT WOULD NOT VIOLATE FEDERAL, STATE, OR LOCAL OCCUPANCY STANDARDS AND THAT WOULD NOT RESULT IN AN OVERALL INCREASE OF HOUSING COST TO YOU.

CASE NO. JE 20S25220

AHC Metro Lakewood aka Lakewood Greens
**PLAINTIFF/LANDLORD**

vs.

Aaron Keune & Shannon Boatwright
**DEFENDANT/TENANT**

p

§ IN THE JUSTICE COURT

§ PRECINCT 5, PLACE 2

§ DALLAS COUNTY, TEXAS

Court Date: _____ @ ____

# PETITION for EVICTION

*PLEASE NOTE: (For all addresses, you MUST include apartment number, street, city, state, & zip code.)*
*MAKE SURE TO WRITE LEGIBLY, if not, you may end up paying $85 to amend the citation NO EXCEPTIONS*

**PLAINTIFF**, being duly sworn on oath, files this written complaint against the above named Defendant(s) to evict Defendant(s) from Plaintiff's premises, which is described as:

| STREET ADDRESS | UNIT # (IF ANY) | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 1150 E. Grand Ave | | Dallas | TX | 75223 |

GATE CODE: Bulce2   DEFENDANT'S PHONE: (214) 554-3826

Plaintiff and Defendant(s) have established a landlord tenant relationship by: (check one) ☒ a written lease or agreement, ☐ an oral agreement, ☐ occupancy after foreclosure sale, ☐ occupancy after contract for deed default, ☐ (other)

GROUNDS FOR EVICTION are: (check) ☒ non-payment of rent, ☐ holding over, ☐ non-rent default by (describe default) ☐ (other)

WRITTEN NOTICE to VACATE for the grounds stated above was delivered to Defendant(s) at the above described premises on the 25 day of August, 20 20, (check one) ☒ in person to the tenant(s); ☐ in person to an occupant at least sixteen years of age, ☐ by mail; ☐ by affixing to the inside of the main entry door.

Thereafter, Defendant(s) failed to surrender possession of the above described premises by the date specified in the notice to vacate hereby committing a forcible detainer.

(check) I have NOT received a Declaration from the Tenant of being a COVERED PERSON under the CDC Order.

PLAINTIFF REQUESTS judgment for Plaintiff's against Defendant(s) for possession of the above described premises, for writ of possession, plus $ 9,488. 10 rent due through today, plus accruing rent at the daily rate of $ 39.53 per until the date of judgment, plus reasonable attorney fees in the amount of $ _____ plus all costs of court, plus post-judgment interest at the highest legal rate. RENT ONLY (NO LATE FEES)

X _Chris Orozco_
**PLAINTIFF/REPRESENTATIVE/ATTORNEY SIGNATURE**

Chris Orozco
**PLAINTIFF/REPRESENTATIVE/ATTORNEY PRINTED NAME**

ess 1150 E. Grand Ave

State, ZIP Code: Dallas TX 75223

e (214) 320-0444        Fax (214) 320-9736

Rental Subsidy (if any): X

Tenant's Portion: X

TOTAL MONTHLY RENT: # 1,186. ??

Sworn and Subscribed to before me on this
NOV 5 2020

Cause Number: JE2052520P

| IN THE JUSTICE COURT | Plaintiff: | AHC METRO LAKEWOOD AKA LAKEWOOD GREENS |
|---|---|---|
| PRECINCT 5 PLACE: 2 | | VS |
| | Defendants: | BOATWRIGHT, SHANNON & OCC. |

**DALLAS COUNTY, TEXAS**

## OFFICER'S WRITTEN DECLARATION FOR ALTERNATIVE SERVICE UNDER RULE 510.4

**TO THE HONORABLE COURT:**

As the law enforcement officer receiving the above styled citation for service of process. I hereby request the court to authorized alternative service under rule 510.4 on the following defendant(s):

I have made diligent efforts to deliver/serve such citation on at least two (2) occasions at the home or other address [es] provided by the Plaintiff of the Defendant[s] who's information is listed below. The Plaintiff has stated in his sworn complaint that he knows of no other home or work address [es] of the Defendant[s] in the county. I have attempted service under 510.4 rule at the following location[s] on the following dates and time and was unsuccessful. Therefore, I have satisfied the requirements under rule 510.4 as listed below;

| DEFENDANT: | LOCATION: | DATE: | TIME: |
|---|---|---|---|
| BOATWRIGHT, SHANNON & OCC. | 7150 E GRAND AVE 712 DALLAS, TX. 75223 | 11/09/20 | 10:18 A.M. |
| BOATWRIGHT, SHANNON & OCC. | 7150 E GRAND AVE 712 DALLAS, TX. 75223 | 11/09/20 | 1:50 P.M. |

Therefore, pursuant to section 132.001, Texas civil practice & remedies code, I declare under the penalty of perjury that the foregoing information provide by me, herein is true & correct.
Executed in Dallas County, Texas, this ___9TH___ day of_NOVEMBER___ , ___2020___ .

Signature- Deputy Constable- Badge#

**MICHAEL OROZCO,**
**CONSTABLE-DALLAS COUNTY PRECINCT 5**
**410 SOUTH BECKLEY,**
**DALLAS, TEXAS 75203 (214) 943-1765**



Cause Number: __JE2052520P__

IN THE JUSTICE COURT

PLAINTIFF: AHC METRO LAKEWOOD AKA LAKEWOOD GREENS
VS
DEFENDANT[S]: BOATWRIGHT, SHANNON & OCC.

PRECINCT 5 PLACE: __2__

(Note: List All Tenants Who are Named
In Plaintiff's Sworn Complaint)

Court Date: __NOVEMBER 20 2020__ @ __9:00 A.M.__ .

### ORDER AUTHORIZING ALTERNATIVE SERVICE UNDER RULE 510.4

This court finds that deputy __J. GOMEZ__ badge # __536__ having the above citation for service of progress, executed and filed written declarations under the penalty of perjury and pursuant to section 132.001, Texas civic practices & remedies code, the court further finds that the deputy was unsuccessful in serving citation and that all requirements for authorizing alternative service under rule 510.4 have been met. Accordingly, such deputy is authorized to service such citation on the following defendant:

BOATWRIGHT, SHANNON & OCC.          7150 E GRAND AVE 712 DALLAS, TX. 75223

ACCORDING TO THE FOLLOWING PROCEDURES:

(A) The deputy shall place the citation in the premises in question by placing it through the door mail chute or by slipping it under the front door; and if neither method is possible or practical, the deputy shall securely affix the citation to the front door of the main entry to the premise:

(B) On the same day, as service under (A) (ABOVE) or the next day, the deputy shall deposit in the mail a true copy of such citation with a copy of the sworn complaint attached thereto, addressed to defendant at the premises in question and sent by first class mail;

(C) The deputy shall note on the return of such citation the date of delivery under (A) (ABOVE) the date of mailing under (B) ABOVE – and;

(D) Such delivery and mailing to the premises shall occur at least six (6) days before the days of citation, or on or before the day assigned by trial. The deputy shall return the citation with their action written thereon, to this court.

Entered & Sign this __10th__ day of __November__ 20 __20__

_____
Justice of the Peace Precinct 5 Place __2__

*122105278*
03/02/2020
3331518632

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

RETURN REASON - C
STOP PAYMENT

CHECK THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

2569128335

February 7, 2020

PAY Two Hundred and 00/100 Dollars

$ *******200.00

VOID 90 DAYS AFTER ISSUE

TO THE ORDER OF

SHANNON BOATWRIGHT
7151 E GRAND AVE APT 712
DALLAS TX 75223-3655

⑈2569128335⑈ ⑆075901480⑆ 9179001221106 7⑈

⑈ 2569128335⑈     ⑆075901480⑆     9179001221106 7⑈     ⑆00000 20000⑆

200318000456

8221714402

<0100001796 02/28/2020

For mobile deposit only

↓Do not endorse or write below this line.↓

07100028A 02/28/2020
17005170P0   RR - C
07100028A 02/28/2020
17005170P0   RR - C
0P100014L 03/03/2020
1P0519554S   RR - C
222105278* 03/02/2020
33J151PL32   RR - C





**WELLS FARGO**

Claims Assistance Center
ATM/Debit Card Claims
P.O. Box 563966
Charlotte, NC 28256-3966

4/13/2020

SHANNON B BOATWRIGHT
7150 E GRAND AVE APT 712

DALLAS, TX 75223-3658

Subject: Closure of your debit and/or ATM card ending in 6125
Claim #: 10404202027/2004040003256

Dear SHANNON B BOATWRIGHT:

Periodically, we review our customers' accounts to ensure that they continue to meet our guidelines. As a result of a recent review of your account, we closed your debit and/or ATM card on 04/13/2020 to prevent further risk to your account. Please review the information below, and take the necessary action to ensure you're prepared for this change.

**What you need to know about your debit card**

- Because your card(s) is now closed, we are unable to process any automatic or recurring payments that you have scheduled using the card.
  - Contact merchants and financial institutions to provide them with alternate payment methods, as appropriate.
- Any deposit account features or benefits related to the closed debit and/or ATM card are no longer applicable or have been forfeited.
- We may not issue additional debit and/or ATM cards to you for a minimum of 12 months.
- However, your deposit account is still open, and you may still write checks, and access your money by going into a branch or through Online Banking.

If you have questions, please call us at 1-800-548-9554, Monday – Friday, 7:00 a.m. to 12:00 a.m., or Saturday, 8:00 a.m. to 8:00 p.m. Eastern Time. We can provide language assistance services, if you prefer.

Sincerely,

Claims Assistance Center
ATM/Debit Card Claims

dcmisuse.v4

**WELLS FARGO**

Claims Assistance Center
ATM/Debit Card Claims
P.O. Box 563966
Charlotte, NC 28256-3966

03/11/20

0016427    01 AB 0.419 **AUTO  T5 2 2971 75223-365887   -C01-P16443-I

SHANNON B BOATWRIGHT
7150 E GRAND AVE APT 712
DALLAS, TX 75223-3658

Subject: Resolution of your claim
Claim #:10306205286

Dear SHANNON B:

We have completed our research of your inquiry, and credited $8.75 to your account
ending in 8181. We also reversed any related fees and adjusted interest, as applicable.
Please consider your claim closed.

If you have questions, please call us at 1-800-548-9554, Monday - Friday, 7:00 a.m. to
12:00 a.m., or Saturday, 8:00 a.m. to 8:00 p.m. Eastern Time. We can provide language
assistance services, if you prefer.

Thank you. We appreciate your business.

Sincerely,

*Casandra Carter*

Casandra Carter
Senior Vice President
Claims Assistance Center
ATM/Debit Card Claims

lj9/dat

CCP006.v11



**WELLS FARGO**

**Wells Fargo Deposit Product Support Services**
PO Box 9165
Minneapolis, MN 55480-9165

wellsfargo.com

April 19, 2020

002032 L2TDO10A  LTR20200419085731119989705
SHANNON B BOATWRIGHT
7150 E GRAND AVE APT 712
DALLAS, TX 75223-3658

Subject: Signature needed on the Account Application for your account ending in 1545

Dear SHANNON B BOATWRIGHT:

To ensure we have the signatures of all owners on your consumer account or users on your business account, please sign and return the corresponding application in the envelope provided.

**Important**: We need these signatures to help with fraud detection and protect your account. If you continue using this account without sending us your signed application, you are agreeing that you will be responsible for all deposits, checks, or withdrawals made to or from this account by any person designated as an authorized signer and whose signature we do not have on file.

If you would like to make additional updates to any information on the application, please call us at the number listed below, or go to your local branch location. To find a branch near you, visit us online at **wellsfargo.com/locator.**

If you have questions, please call *Wells Fargo Phone Bank*SM at 1-800-TO-WELLS (1-800-869-3557), 24 hours a day, 7 days a week.

Thank you. We appreciate your business.

Sincerely,


Deposit Product Support Services

Enclosure

VLTR02

Wells Fargo Bank, N.A.

FS#: 592919280
Office of the Attorney General - Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048



**KEN PAXTON**
ATTORNEY GENERAL *of* TEXAS
CHILD SUPPORT DIVISION

BOATWRIGHT, SHANNON BRIANA
7150 E GRAND AVE APT 712
DALLAS, TX 75223

Date: **August 27, 2020**
Other Parent: **MICHAEL HARVEY**
Attorney General Case #: **0013974598**

┌─────────────────────────────────────────────┐
│ Si necesita asistencia para leer esta carta, │
│ por favor llame al número: (214) 752-5508    │
└─────────────────────────────────────────────┘

Dear **BOATWRIGHT, SHANNON BRIANA**:

**Legal action has been filed on the above child support case. You are scheduled for a VIRTUAL court hearing on 09/14/2020 at 09:00AM. Your hearing will be held via ZOOM. The ZOOM Meeting ID:  748 430 1285; ZOOM Password:   848517  Please DO NOT APPEAR at the courthouse. You will visit WWW.ZOOM.US to participate in the hearing. You may participate using electronic device that has internet capability. One of our child support staff may be contacting you prior to or the morning of the virtual hearing. It is important that you update your email address and telephone number, so that you can appear for this virtual hearing. If you need to update your information, please contact us using one of the following: By Phone: (800) 252-8014; in Child Support Interactive click the chat icon to speak with an agent or select Send a Question to send an email. Pursuant to Texas Family Code Chapter 231, the ATTORNEY GENERAL'S OFFICE represents only the interests of the State of Texas and does not represent your interests. The interests of the State of Texas may be different from your interests. You may hire a private attorney to represent your interests if you desire.**

Sincerely,

**CHILD SUPPORT OFFICER**
**DALLAS METRO OFFICE**
**CHILD SUPPORT OFFICE**
**400 S. ZANG BLVD**
**DALLAS, TX 75208-6646**
**(214) 752-5508**

┌──────────────────────────────────────────────────────────────────────────────────────────────────────┐
│ *Privacy Act of 1974 Notice*. Disclosure of your social security number,  and the social security numbers of your children, is required by federal law  (42 USC 666). │
│ The Child Support Division will use these social security numbers for the purpose of establishing and enforcing support for you and your family. │
└──────────────────────────────────────────────────────────────────────────────────────────────────────┘

# THE STATE OF TEXAS

TO THE DEFENDANT: ACUNA, AARON AND ALL OCCUPANTS
BOATWRIGHT; SHANNON AND ALL OCCUPANTS

GREETINGS: YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE ME, A JUSTICE OF
THE PEACE, 5-2 IN AND FOR DALLAS, DALLAS COUNTY, TEXAS, IN THE CITY OF
DALLAS              AT 09:00 AM , ON NOVEMBER   20, 2020 THEN AND THERE TO
ANSWER THE COMPLAINT OF THE PLAINTIFF

THE NATURE OF THE PLAINTIFF'S DEMAND BEING SUIT UPON POSSESSION OF PREMISES
KNOWN AS 7150 E GRAND AVE 712, DALLAS, TX 75223
IN SAID PRECINCT, FOR BACK RENT IN THE SUM OF $ 9,488.00 FOR RENT ACCRUING,
FOR COSTS, AND ATTORNEY'S FEES, IF ANY.

IF YOU DESIRE TRIAL BY JURY, IT MUST BE REQUESTED AND THE JURY FEE PAID NO
LATER THAN 3 DAYS BEFORE THE DAY SET FOR TRIAL.

TO THE DEFENDANT: FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT
BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. IF A
JUDGMENT FOR POSSESSION IS ENTERED, THE  PLAINTIFF WILL HAVE THE RIGHT TO HAVE
YOUR POSSESSIONS REMOVED FROM THE PROPERTY BY ORDER OF THE COURT.

THE CENTERS FOR DISEASE CONTROL ISSUED AN ORDER STOPPING SOME EVICTIONS. YOU
MAY BE ABLE TO STOP YOUR EVICTION IF YOU SIGN THE ATTACHED DECLARATION UNDER
PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTIONS
TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19 AND PROVIDE
IT TO YOUR LANDLORD AND THE COURT. BEFORE SIGNING THE DECLARATION, READ IT
CAREFULLY AND MAKE SURE ALL THE STATEMEMTS ARE TRUE. THE DECLARATION IS SWORN,
MEANING YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF ANY OF THE
STATEMENTS ARE NOT TRUE. FIND OUT MORE ABOUT THE ORDER AT TEXASLAWHELP.ORG

LOS CENTROS PARA EL CONTROL DE ENFERMEDADES EMITIERON UNA ORDEN PARA DETENER
ALGUNOS DESALOJOS. ES POSIBLE QUE PUEDA DETENER SU DESALOJO SI FIRMA LA
DECLARACION BAJO PENA DE PERJURIO PARA EL CONTROL DE ENFERMEDADES Y PARA
PREVENCION Y DETENCION TEMPORAL EN DESALOJOS PARA PREVENIR UNA MAYOR
PROPAGACION DE COVID-19 Y SE LA PROPORCIONA AL PROPIETARIO Y AL TRIBUNAL.
ANTES DE FIRMAR LA DECLARACION, LEALA DETENIDAMENTE Y ASEGURESE DE QUE TODAS
LAS DECLARACIONES SEAN VERDADERAS. LA DECLARACION ES JURADA, LO QUE SIGNIFICA
QUE PUEDE SER PROCESADO, IR A LA CARCEL O PAGAR UNA MULTA SI ALUNA DE LAS
DECLARACIONES NO SON CIERTAS. OBTENGA MAS INFORMACION SOBRE LA ORDEN EN
TEXASLAWHELP.ORG

FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE,
WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

**SUIT TO EVICT:  THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES.  A TENANT
WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF
RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL
RELIEF ACT (50 U.S.C. APP. SECTION 501ET SEQ.), OR STATE LAW, INCLUDING
SECTION 92.017, TEXAS PROPERTY CODE.**

---

ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:      $9,488.00

DOCKET NO. JE20-52520P

AHC METRO LAKEWOOD AKA
LAKEWOOD GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)    320  0494

PLAINTIFF
VS.

ACUNA, AARON & OCC.
BOATWRIGHT; SHANNON & OCC.
7150 E GRAND AVE 712
DALLAS, TX 75223

This Process having come to you at



MICHAEL OROZCO CONSTABLE
Dallas County, Texas Precinct 5
By:

FILED ON: 11-05-2020
CITATION ISSUED: 11-05-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON NOVEMBER  20, 2020

# 510.4 ATTACHED

JUAN JASSO
JUSTICE OF THE PEACE
PRECINCT  5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214) 943-5981

CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR  IF YOU NEED HELP
LOCATING AN ATTORNEY.  IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE
ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.

DEMANDA DE DESALOJO:  ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LIMITE
INMEDIATA.  UN INQUILINO QUE ESTA ACTIVO EN EL SERVICIO MILITAR PUEDE TENER
DERECHOS O ALIVIO ESPECIALES RELACIONADO CON ESTA DEMANDA BAJO LA LEY
FEDERAL, INCLUYENDO SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP.
SECTION 501 ET SEQ.), O LEY ESTATAL SECTION 92.017, TEXAS PROPERTY CODE.
PARA ASISTENCIA EN LOCALIZAR ABOGADO COMUNIQUESE A LA ASOCIACION DE ABOGADOS
DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR EN CASO DE NO PODER PAGAR UN
ABOGADO.  TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O BAJO-COSTO.

A COPY OF THE PLAINTIFF S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF
AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS NOVEMBER 05, 2020.

_____
JUSTICE OF THE PEACE

JUSTICE OF THE PEACE

ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:  $9,488.00

DOCKET NO.  JE20-52520P

AHC METRO LAKEWOOD AKA
LAKEWOOD GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)   320   0494

PLAINTIFF
VS.
ACUNA, AARON & OCC.
BOATWRIGHT: SHANNON & OCC.
7150 E GRAND AVE 712
DALLAS, TX 75223

DEFENDANT

EVICTION CITATION
IN THE JUSTICE COURT

FILED ON: 11-05-2020
CITATION ISSUED: 11-05-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON NOVEMBER 20, 2020

JUAN  JASSO
JUSTICE OF THE PEACE
PRECINCT 5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214)  943-5981

DECLARATION UNDER PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTION'S TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19.

THIS DECLARATION IS FOR TENANTS, LESSEES, OR RESIDENTS OF RESIDENTIAL PROPERTIES WHO ARE COVERED BY THE CDC'S ORDER TEMPORARILY HALTING RESIDENTIAL EVICTIONS (NOT INCLUDING FORECLOSURES ON HOME MORTGAGES) TO PREVENT THE FURTHER SPREAD OF COVID-19. UNDER THE CDC'S ORDER YOU MUST PROVIDE A COPY OF THIS DECLARATION TO YOUR LANDLORD, OWNER OF THE RESIDENTIAL PROPERTY WHERE YOU LIVE, OR OTHER PERSON WHO HAS A RIGHT TO HAVE YOU EVICTED OR REMOVED FROM WHERE YOU LIVE. EACH ADULT LISTED ON THE LEASE, RENTAL AGREEMENT, OR HOUSING CONTRACT SHOULD COMPLETE THIS DECLARATION. UNLESS THE CDC ORDER IS EXTENDED, CHANGED, OR ENDED, THE ORDER PREVENTS YOU FROM BEING EVICTED, OR REMOVED FROM WHERE YOU ARE LIVING THROUGH DECEMBER 31, 2020. YOU ARE STILL REQUIRED TO PAY RENT AND FOLLOW ALL THE OTHER TERMS OF YOUR LEASE AND RULES OF THE PLACE WHERE YOU LIVE. YOU MAY ALSO STILL BE EVICTED FOR REASONS OTHER THAN NOT PAYING RENT OR MAKING A HOUSING PAYMENT. THIS DECLARATION IS SWORN TESTIMONY, MEANING THAT YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF YOU LIE, MISLEAD, OR OMIT IMPORTANT INFORMATION.

* I CERTIFY UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C 1746, THAT THE FOLLOWING ARE TRUE AND CORRECT:
* I HAVE USED BEST EFFORTS TO OBTAIN ALL AVAILABLE GOVERNMENT ASSISTANCE FOR RENT OR HOUSING;
* I EITHER EXPECT TO EARN NO MORE THAN $99,000 IN ANNUAL INCOME FOR CALENDAR YEAR 2020 (OR NO MORE THAN $198,000 IF FILING A JOINT TAX RETURN), WAS NOT REQUIRED TO REPORT ANY INCOME IN 2019 TO THE I.R.S., OR RECEIVED AN ECONOMIC IMPACT PAYMENT (STIMULUS CHECK) PURSUANT TO SECTION 2201 OF THE CARES ACT;
* I AM UNABLE TO PAY MY FULL RENT OR MAKE A FULL HOUSING PAYMENT DUE TO SUBSTANTIAL LOSS OF HOUSEHOLD INCOME, LOSS OF COMPENSABLE HOURS OF WORK OR WAGES, LAY-OFFS, OR EXTRAORDINARY OUT-OF-POCKET MEDICAL EXPENSES;
* I AM USING BEST EFFORTS TO MAKE TIMELY PARTIAL PAYMENTS THAT ARE AS CLOSE TO THE FULL PAYMENT AS THE INDIVIDUAL'S CIRCUMSTANCES MAY PERMIT, TAKING INTO ACCOUNT OTHER NONDISCRETIONARY EXPENSES.
* IF EVICTED I WOULD LIKELY BECOME HOMELESS, NEED TO MOVE INTO A HOMELESS SHELTER, OR NEED TO MOVE INTO A NEW RESIDENCE SHARED BY OTHER PEOPLE WHO LIVE IN CLOSE QUARTERS BECAUSE I HAVE NO OTHER AVAILABLE HOUSING OPTIONS.
* I UNDERSTAND THAT I MUST STILL PAY RENT OR MAKE A HOUSING PAYMENT, AND COMPLY WITH OTHER OBLIGATIONS THAT I MAY HAVE UNDER MY TENANCY, LEASE AGREEMENT, OR SIMILAR CONTRACT. I FURTHER UNDERSTAND THAT FEES, PENALTIES, OR INTEREST FOR NOT PAYING RENT OR MAKING A HOUSING PAYMENT ON TIME AS REQUIRED BY MY TENANCY, LEASE AGREEMENT, OR SIMILAR CONTRACT MAY STILL BE CHARGED OR COLLECTED.
* I FURTHER UNDERSTAND THAT AT THE END OF THIS TEMPORARY HALT ON EVICTIONS, ON DECEMBER 31, 2020, MY HOUSING PROVIDER MAY REQUIRE PAYMENT IN FULL FOR ALL PAYMENTS NOT MADE PRIOR TO AND DURING THE TEMPORARY HALT AND FAILURE TO PAY MAY MAKE ME SUBJECT TO EVICTION PURSUANT TO STATE AND LOCAL LAWS. I UNDERSTAND THAT ANY FALSE OR MISLEADING STATEMENTS OR OMISSIONS MAY RESULT IN CRIMINAL AND CIVIL ACTIONS FOR FINES, PENALTIES, DAMAGES, OR IMPRISONMENT.

_____
SIGNATURE OF DECLARANT

_____
DATE

"AVAILABLE GOVERNMENT ASSISTANCE" MEANS ANY GOVERNMENTAL RENTAL OR HOUSING PAYMENT BENEFITS AVAILABLE TO THE INDIVIDUAL OR ANY HOUSEHOLD MEMBER.

AN "EXTRAORDINARY" MEDICAL EXPENSE IS ANY UNREIMBURSED MEDICAL EXPENSE LIKELY TO EXCEED 7.5% OF ONE'S ADJUSTED GROSS INCOME FOR THE YEAR.

"AVAILABLE HOUSING MEANS ANY AVAILABLE, UNOCCUPIED RESIDENTIAL PROPERTY, OR OTHER SPACE FOR OCCUPANCY IN ANY SEASONAL OR TEMPORARY HOUSING, THAT WOULD NOT VIOLATE FEDERAL, STATE, OR LOCAL OCCUPANCY STANDARDS AND THAT WOULD NOT RESULT IN AN OVERALL INCREASE OF HOUSING COST TO YOU.

AHC Metro Lakewood aka Lakewood Greens    §     IN THE JUSTICE COURT
**PLAINTIFF/LANDLORD**

**VS.**                             §      PRECINCT 5, PLACE 2

Aaron Acuna & Shannon Boatwright       §      DALLAS COUNTY, TEXAS
**DEFENDANT/TENANT**

# PETITION for EVICTION

*PLEASE NOTE: (For all addresses, you <u>MUST</u> include number, street, apartment number, city, state, & zip code.)*
*MAKE SURE TO <u>WRITE LEGIBLY</u>, if not, you may end up paying $85 to amend the citation <u>NO EXCEPTIONS</u>*

**PLAINTIFF**, being duly sworn on oath, files this written complaint against the above named Defendant(s) to evict Defendant(s) from Plaintiff's premises, which is **described as**:

7150 E Grand Ave         712      Dallas     TX     75223
**STREET ADDRESS**             UNIT # (IF ANY)    CITY      STATE     ZIP CODE

GATE CODE 8662      **DEFENDANT'S PHONE:** (214) 554-3826

Plaintiff and Defendant(s) have established a **landlord tenant** relationship by: *(check one)* ☑ a written lease or agreement,
☐ an oral agreement, ☐ occupancy after foreclosure sale, ☐ occupancy after contract for deed default,
☐ *(other)*_____

**GROUNDS FOR EVICTION** are: *(check)* ☑ non-payment of rent, ☐ holding over, ☐ non-rent default by *(describe default)*

**WRITTEN NOTICE to VACATE** for the grounds stated above was delivered to Defendant(s) at the above described premises
on the 25 day of August , 20 20, *(check one)* ☑ in person to the tenant(s). ☐ in person to an occupant at
least sixteen years of age. ☐ by mail. ☐ by affixing to the **inside** of the main entry door.
☐ *(other)* _____
Thereafter, Defendant(s) failed to surrender possession of the above described premises by the date specified in the notice to
**vacate** thereby committing a **forcible detainer**.

☑ *(check)* I have **NOT** received a Declaration from the Tenant of being a COVERED PERSON under the CDC Order.
**PLAINTIFF REQUESTS** judgment for Plaintiff(s) against Defendant(s) for possession of the above described premises, for writ
of possession, plus $ 9,488.00 rent due through today, plus accruing rent at the **daily rate of** $ 39.53 per
day until the date of judgment, plus reasonable attorney fees in the amount of $_____, plus all costs of court, plus
post-judgment interest at the highest legal rate. **RENT ONLY (NO LATE FEES)**

x Chris Orozco           x Chris Orozco
**PLAINTIFF/REPRESENTATIVE/ATTORNEY**     **PLAINTIFF/REPRESENTATIVE/ATTORNEY**
**PRINTED NAME**                  **SIGNATURE**

Address 7150 E. Grand Ave        Rental Subsidy (if any): _____ ⊗
City, State, ZIP Code Dallas TX 75223    Tenant's Portion: _____ ⊗
Phone (214) 320-0494   Fax (214) 320-9736   **TOTAL MONTHLY RENT:** $1,186.00
                                      NOV 5 2020

SWORN to and SUBSCRIBED before me this ____ day of_____, 20____.

JN

Notary Public or Clerk of Court

CAUSE NO. J_____P

| | | |
|---|---|---|
| _AHC Metro Lakewood aka Lakewood_ <br> PLAINTIFF _Greens_ | § <br> § | IN THE JUSTICE OF THE PEACE |
| VS. | § <br> § | PRECINCT 5, PLACE 2 |
| _Aaron Acuna & Shannon Boatwright_ <br> DEFENDANT | § <br> § | DALLAS COUNTY, TEXAS |

## MILITARY STATUS AFFIDAVIT

Plaintiff, or Plaintiff's representative, being duly sworn on oath deposes and says that, to the best of my knowledge, Defendant(s)

____✓____   is not in the military

_____   is not on active duty in the military

_____   is not in a foreign country on military service

_____   is on active duty and/or is subject to the Service members Civil Relief Act of 2003

_____   has waived his rights under the Service members Civil Relief Act of 2003

_____   military status is unknown at this time

_____
Signature of Plaintiff / Representative

SUBSCRIBED AND SWORN TO before me on this __5__ day of _November_____, 20_20_

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS OR
CLERK OF THE COURT

_Department of Defense Service Members Civil Relief Act Website:_
_https://www.dmdc.osd.mil.app)/scra/_

_Penalty for making or using a false affidavit – A person who makes or uses an affidavit knowing it to be false, shall be_
_fined as provided in Title 18 United States Code, or imprisoned for not more than one year, or both._

Cause Number: JE2052520P

IN THE JUSTICE COURT
PRECINCT 5 PLACE: 2

Plaintiff: AHC METRO LAKEWOOD AKA LAKEWOOD GREENS

VS

Defendants: ACUNA, AARON & OCC.

DALLAS COUNTY, TEXAS

### OFFICER'S WRITTEN DECLARATION FOR ALTERNATIVE SERVICE UNDER RULE 510.4

**TO THE HONORABLE COURT:**

As the law enforcement officer receiving the above styled citation for service of process. I hereby request the court to authorized alternative service under rule 510.4 on the following defendant(s):

I have made diligent efforts to deliver/serve such citation on at least two (2) occasions at the home or other address [es] provided by the Plaintiff of the Defendant[s] who's information is listed below. The Plaintiff has stated in his sworn complaint that he knows of no other home or work address [es] of the Defendant[s] in the county. I have attempted service under 510.4 rule at the following location[s] on the following dates and time and was unsuccessful. Therefore, I have satisfied the requirements under rule 510.4 as listed below;

| DEFENDANT: | LOCATION: | DATE: | TIME: |
|---|---|---|---|
| ACUNA, AARON & OCC. | 7150 E GRAND AVE 712 DALLAS, TX. 75223 | 11/09/20 | 10:18 A.M. |
| ACUNA, AARON & OCC. | 7150 E GRAND AVE 712 DALLAS, TX. 75223 | 11/09/20 | 1:50 P.M. |

Therefore, pursuant to section 132.001, Texas civil practice & remedies code, I declare under the penalty of perjury that the foregoing information provide by me, herein is true & correct.
Executed in Dallas County, Texas, this 9TH day of NOVEMBER , 2020 .

Signature- Deputy Constable- Badge#

**MICHAEL OROZCO,**
**CONSTABLE-DALLAS COUNTY PRECINCT 5**
**410 SOUTH BECKLEY,**
**DALLAS, TEXAS 75203 (214) 943-1765**



Cause Number: JE2052520P

IN THE JUSTICE COURT

PLAINTIFF: AHC METRO LAKEWOOD AKA LAKEWOOD GREENS

VS

DEFENDANT[S]: ACUNA, AARON & OCC.

PRECINCT 5 PLACE: 2

(Note: List All Tenants Who are Named
In Plaintiff's Sworn Complaint)

Court Date: NOVEMBER 20 2020 @ 9:00 A.M.

## ORDER AUTHORIZING ALTERNATIVE SERVICE UNDER RULE 510.4

This court finds that deputy J. GOMEZ badge # 536 having the above citation for service of progress, executed and filed written declarations under the penalty of perjury and pursuant to section 132.001, Texas civil practices & remedies code, the court further finds that the deputy was unsuccessful in serving citation and that all requirements for authorizing alternative service under rule 510.4 have been met. Accordingly, such deputy is authorized to service such citation on the following defendant:

ACUNA, AARON & OCC.                 7150 E GRAND AVE 712 DALLAS, TX. 75223

ACCORDING TO THE FOLLOWING PROCEDURES:

(A) The deputy shall place the citation in the premises in question by placing it through the door mail chute or by slipping it under the front door; and if neither method is possible or practical, the deputy shall securely affix the citation to the front door of the main entry to the premise:

(B) On the same day, as service under (A) (ABOVE) or the next day, the deputy shall deposit in the mail a true copy of such citation with a copy of the sworn complaint attached thereto, addressed to defendant at the premises in question and sent by first class mail;

(C) The deputy shall note on the return of such citation the date of delivery under (A) (ABOVE) the date of mailing under (B) ABOVE – and;

(D) Such delivery and mailing to the premises shall occur at least six (6) days before the days of citation, or on or before the day assigned by trial. The deputy shall return the citation with their action written thereon, to this court.

Entered & Sign this 10th day of November 20 20

_____
Justice of the Peace, Precinct 5 Place 2



# THE STATE OF TEXAS

TO THE DEFENDANT: ACUNA, AARON AND ALL OCCUPANTS
BOATWRIGHT, SHANNON AND ALL OCCUPANTS

GREETINGS: YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE ME, A JUSTICE OF
THE PEACE, 5-2 IN AND FOR DALLAS, DALLAS COUNTY, TEXAS, IN THE CITY OF
DALLAS                      AT 09:00 AM  , ON DECEMBER 17, 2020 THEN AND THERE TO
ANSWER THE COMPLAINT OF THE PLAINTIFF

THE NATURE OF THE PLAINTIFF'S DEMAND BEING SUIT UPON POSSESSION OF PREMISES
KNOWN AS 7150 E GRAND AVE 712, DALLAS, TX 75223
IN SAID PRECINCT, FOR BACK RENT IN THE SUM OF $ 9,488.00 FOR RENT ACCRUING,
FOR COSTS, AND ATTORNEY'S FEES, IF ANY.

IF YOU DESIRE TRIAL BY JURY, IT MUST BE REQUESTED AND THE JURY FEE PAID NO
LATER THAN 3 DAYS BEFORE THE DAY SET FOR TRIAL.

TO THE DEFENDANT: FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT
BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. IF A
JUDGMENT FOR POSSESSION IS ENTERED, THE         PLAINTIFF WILL HAVE THE RIGHT TO HAVE
YOUR POSSESSIONS REMOVED FROM THE PROPERTY BY ORDER OF THE COURT.

THE CENTERS FOR DISEASE CONTROL ISSUED AN ORDER STOPPING SOME EVICTIONS. YOU
MAY BE ABLE TO STOP YOUR EVICTION IF YOU SIGN THE ATTACHED DECLARATION UNDER
PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTIONS
TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19 AND PROVIDE
IT TO YOUR LANDLORD AND THE COURT. BEFORE SIGNING THE DECLARATION, READ IT
CAREFULLY AND MAKE SURE ALL THE STATEMENTS ARE TRUE. THE DECLARATION IS SWORN,
MEANING YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF ANY OF THE
STATEMENTS ARE NOT TRUE. FIND OUT MORE ABOUT THE ORDER AT TEXASLAWHELP.ORG

LOS CENTROS PARA EL CONTROL DE ENFERMEDADES EMITIERON UNA ORDEN PARA DETENER
ALGUNOS DESALOJOS. ES POSIBLE QUE PUEDA DETENER SU DESALOJO SI FIRMA LA
DECLARACION BAJO PENA DE PERJURIO PARA EL CONTROL DE ENFERMEDADES Y PARA
PREVENCION Y DETENCION TEMPORAL EN DESALOJOS PARA PREVENIR UNA MAYOR
PROPAGACION DE COVID-19 Y SE LA PROPORCIONA AL PROPIETARIO Y AL TRIBUNAL.
ANTES DE FIRMAR LA DECLARACION, LEALA DETENIDAMENTE Y ASEGURESE DE QUE TODAS
LAS DECLARACIONES SEAN VERDADERAS. LA DECLARACION ES JURADA, LO QUE SIGNIFICA
QUE PUEDE SER PROCESADO, IR A LA CARCEL O PAGAR UNA MULTA SI ALUNA DE LAS
DECLARACIONES NO SON CIERTAS. OBTENGA MAS INFORMACION SOBRE LA ORDEN EN
TEXASLAWHELP.ORG

FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE,
WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

**SUIT TO EVICT: THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT
WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF
RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL
RELIEF ACT (50 U.S.C. APP. SECTION 501ET SEQ.), OR STATE LAW, INCLUDING
SECTION 92.017, TEXAS PROPERTY CODE.**

---

ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:    $9,488.00

DOCKET NO.  JE20-52743P

AHC METRO LAKEWOOD AKA LAKEWOOD
GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)    320 0494

---

                                    PLAINTIFF
                      VS.

ACUNA, AARON & OCC.
BOATWRIGHT, SHANNON & OCC.
GATE CODE 0494
7150 E GRAND AVE 712
DALLAS, TX 75223

---

FILED ON: 12-03-2020
CITATION ISSUED: 12-03-2020
CITATION ISSUED TO
CONST#5 OROZCO

---

SET
09:00 O'CLOCK AM
ON DECEMBER 17, 2020

---

JUAN JASSO
JUSTICE OF THE PEACE
PRECINCT 5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214) 943-5981

CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR   IF YOU NEED HELP
LOCATING AN ATTORNEY.   IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE
ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSISTANCE.

DEMANDA DE DESALOJO: ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LIMITE
INMEDIATA.  UN INQUILINO QUE ESTA ACTIVO EN EL SERVICIO MILITAR PUEDE TENER
DERECHOS O ALIVIO ESPECIALES RELACION ADO CON ESTA DEMANDA BAJO LA LEY
FEDERAL, INCLUYENDO SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP.
SECTION 501 ET SEQ.), O LEY ESTATAL SECTION 92.017, TEXAS PROPERTY CODE.
PARA ASISTENCIA EN LOCALIZAR ABOGADO COMUNIQUESE A LA ASOCIACION DE ABOGADOS
DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR EN CASO DE NO PODER PAGAR UN
ABOGADO.  TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O BAJO-COSTO.

A COPY OF THE PLAINTIFF S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF
AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS DECEMBER 03, 2020.



_____

JUSTICE OF THE PEACE

ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:   $9,488.00

DOCKET NO.  JE20-52743P

AHC METRO LAKEWOOD AKA LAKEWOOD
GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)   320  0494

PLAINTIFF
VS.
ACUNA, AARON & OCC.
BOATWRIGHT, SHANNON & OCC.
GATE CODE 0494
7150 E GRAND AVE 712
DALLAS, TX 75223

DEFENDANT

EVICTION CITATION
IN THE JUSTICE COURT

FILED ON: 12-03-2020
CITATION ISSUED: 12-03-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON DECEMBER 17, 2020

JUAN  JASSO
JUSTICE OF THE PEACE
PRECINCT  5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214)  943-5981

Attc Metro Lakewood aka Lakewood Greens §     IN THE JUSTICE COURT
**PLAINTIFF/LANDLORD**

VS.                  §     PRECINCT 5, PLACE 2

Aaron Acuna & Shannan Boatwright §     DALLAS COUNTY, TEXAS
**DEFENDANT/TENANT**

## PETITION for EVICTION

*PLEASE NOTE: (For all addresses, you MUST include number, street, apartment number, city, state, & zip code.)*
*MAKE SURE TO WRITE LEGIBLY, if not, you may end up paying $85 to amend the citation NO EXCEPTIONS*

PLAINTIFF, being duly sworn on oath, files this written complaint against the above named Defendant(s) to evict Defendant(s) from Plaintiff's premises, which is described as:

7150 E. Grand Ave    # 712    Dallas    TX    75223
**STREET ADDRESS**       **UNIT # (IF ANY)**    **CITY**       **STATE**    **ZIP CODE**

GATE CODE **0494**     DEFENDANT'S PHONE: (**469**) **866 - 0033**

Plaintiff and Defendant(s) have established a **landlord tenant relationship** by: *(check one)* ☑ a written lease or agreement, ☐ an oral agreement, ☐ occupancy after foreclosure sale, ☐ occupancy after contract for deed default, ☐ *(other)*_____

GROUNDS FOR EVICTION are: *(check)* ☑ non-payment of rent, ☐ holding over, ☐ non-rent default *(describe default)*

_____

WRITTEN NOTICE to VACATE for the grounds stated above was delivered to Defendant(s) at the above described premises on the **20** day of **November**, 20**20** *(check one)* ☑ in person to the tenant(s). ☐ in person to an occupant at least sixteen years of age. ☐ by mail. ☐ by affixing to the inside of the main entry door.
☐ *(other)* _____

Thereafter, Defendant(s) failed to surrender possession of the above described premises by the date specified in the notice to vacate thereby committing a **forcible detainer.**

☑ *(check)* I have **NOT** received a Declaration from the Tenant of being a **COVERED PERSON** under the CDC Order.

PLAINTIFF REQUESTS judgment for Plaintiff(s) against Defendant(s) for possession of the above described premises, for writ of possession, plus $ **9488** rent due through today, plus accruing rent at the **daily rate of** $ **39.53** per day until the date of judgment, plus reasonable attorney fees in the amount of $_____, plus all costs of court, plus post-judgment interest at the highest legal rate. RENT ONLY (NO LATE FEES)

Brenda Mora           X Brenda Mora
**PLAINTIFF/REPRESENTATIVE/ATTORNEY**     **PLAINTIFF/REPRESENTATIVE/ATTORNEY**
**PRINTED NAME**               **SIGNATURE**

                                 Rental Subsidy (if any):    0

Address 7150 E. Grand Ave         Tenant's Portion:        0

City, State, ZIP Code Dallas, TX 75223     **TOTAL MONTHLY RENT: $1186**

Phone (214) 320·0494   Fax (214) 320-9736

               SWORN to and SUBSCRIBED before me this ____ day of_____, 20____

                                VICN
                                Notary Public or Clerk of Court

**T H E   S T A T E   O F   T E X A S**

TO THE DEFENDANT: ACUNA, AARON AND ALL OCCUPANTS
                  BOATWRIGHT, SHANNON AND ALL OCCUPANTS

GREETINGS: YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE ME, A JUSTICE OF THE PEACE, 5-2 IN AND FOR DALLAS, DALLAS COUNTY, TEXAS, IN THE CITY OF DALLAS     AT 09:00 AM  , ON DECEMBER  17, 2020 THEN AND THERE TO ANSWER THE COMPLAINT OF THE PLAINTIFF

THE NATURE OF THE PLAINTIFF'S DEMAND BEING SUIT UPON POSSESSION OF PREMISES KNOWN AS 7150 E GRAND AVE 712, DALLAS, TX 75223 IN SAID PRECINCT, FOR BACK RENT IN THE SUM OF $ 9,488.00 FOR RENT ACCRUING, FOR COSTS, AND ATTORNEY'S FEES, IF ANY.

IF YOU DESIRE TRIAL BY JURY, IT MUST BE REQUESTED AND THE JURY FEE PAID NO LATER THAN 3 DAYS BEFORE THE DAY SET FOR TRIAL.

TO THE DEFENDANT: FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. IF A JUDGMENT FOR POSSESSION IS ENTERED, THE PLAINTIFF WILL HAVE THE RIGHT TO HAVE YOUR POSSESSIONS REMOVED FROM THE PROPERTY BY ORDER OF THE COURT.

THE CENTERS FOR DISEASE CONTROL ISSUED AN ORDER STOPPING SOME EVICTIONS. YOU MAY BE ABLE TO STOP YOUR EVICTION IF YOU SIGN THE ATTACHED DECLARATION UNDER PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTIONS TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19 AND PROVIDE IT TO YOUR LANDLORD AND THE COURT. BEFORE SIGNING THE DECLARATION, READ IT CAREFULLY AND MAKE SURE ALL THE STATEMEMTS ARE TRUE. THE DECLARATION IS SWORN, MEANING YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF ANY OF THE STATEMENTS ARE NOT TRUE. FIND OUT MORE ABOUT THE ORDER AT TEXASLAWHELP.ORG

LOS CENTROS PARA EL CONTROL DE ENFERMEDADES EMITIERON UNA ORDEN PARA DETENER ALGUNOS DESALOJOS. ES POSIBLE QUE PUEDA DETENER SU DESALOJO SI FIRMA LA DECLARACION BAJO PENA DE PERJURIO PARA EL CONTROL DE ENFERMEDADES Y PARA PREVENCION Y DETENCION TEMPORAL EN DESALOJOS PARA PREVENIR UNA MAYOR PROPAGACION DE COVID-19 Y SE LA PROPORCIONA AL PROPIETARIO Y AL TRIBUNAL. ANTES DE FIRMAR LA DECLARACION, LEALA DETENIDAMENTE Y ASEGURESE DE QUE TODAS LAS DECLARACIONES SEAN VERDADERAS. LA DECLARACION ES JURADA, LO QUE SIGNIFICA QUE PUEDE SER PROCESADO, IR A LA CARCEL O PAGAR UNA MULTA SI ALUNA DE LAS DECLARACIONES NO SON CIERTAS. OBTENGA MAS INFORMACION SOBRE LA ORDEN EN TEXASLAWHELP.ORG

FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

**SUIT TO EVICT: THIS SUIT TO EVICT INVOLVES IMMEDIATE DEADLINES. A TENANT WHO IS SERVING ON ACTIVE MILITARY DUTY MAY HAVE SPECIAL RIGHTS OR RELIEF RELATED TO THIS SUIT UNDER FEDERAL LAW, INCLUDING THE SERVICEMEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501ET SEQ.), OR STATE LAW, INCLUDING SECTION 92.017, TEXAS PROPERTY CODE.**

---

ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:   $9,488.00

DOCKET NO.  JE20-52743P

AHC METRO LAKEWOOD AKA LAKEWOOD GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)   320   0494

                    PLAINTIFF
              VS.

ACUNA, AARON & OCC.
BOATWRIGHT, SHANNON & OCC.
GATE CODE 0494
7150 E GRAND AVE 712
DALLAS, TX 75223

This Process Received on yu of

DEFENDANT

EVICTION CITATION
IN THE JUSTICE COURT
Dallas County,
By

FILED ON: 12-03-2020
CITATION ISSUED: 12-03-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON DECEMBER  17, 2020

JUAN JASSO
JUSTICE OF THE PEACE
PRECINCT 5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214) 943-5981

## NOTICE TO VACATE FOR NON-PAYMENT OF RENT, UTILITIES OR OTHER SUMS

**November 20, 2020**
Date

**Shannon Boatwright**

**Aaron Acuna**
(Names of all residents)

**7150 E Grand Avenue #0712, #0712**
(Street address and dwelling unit number, if applicable)

**Dallas, TX 75223**
(City, State, Zip)

Re: Notice to vacate for non-payment of rent, utilities or other sums
TAA Lease Contract signed **November 18, 2019**
between the residents named above and
**AHC Metro Lakewood, LP**

(owner)

Dear Resident(s):

Because you have not paid ☒ rent, ☒ allocated or submetered utilities, ☒ a utility bill for which you are responsible and/or ☒ other sums due under the lease on your dwelling unit, your rights of occupancy and possession are hereby terminated under the provisions of your lease. You are still liable for rent and other charges you may owe under the TAA Lease Contract. Details of unpaid sums due are as follows:

**April 2020, May 2020, June 2020 July 2020, August 2020, September 2020 October**

**2020 & November 2020 rent & utilities.**

Demand for possession is hereby made. You are hereby given notice to vacate the dwelling on or before 11:59 p.m. on the ____**24**____ day of ____**November**____ ____**2020**____. If you fail to move out by that time, we will file an eviction against you in Justice of the Peace court in compliance with applicable laws and rules. The court will then schedule a hearing to consider the facts in the case. Delay or postponement by us to take such action does not waive our rights. This notice to vacate is unconditional.

If you wish to discuss this notice or you vacating the dwelling, please contact us.

**11/20/2020**
Date notice was given

_Chs Oroco_
Signature of owner's representative

_Chris Orozco_
Printed name

**(214) 320-0494**
Phone number

Email address

**CAUTION:** New state, local or federal laws, rules or orders may impact requirements regarding content and delivery of this notice. Carefully read the commentary to this form and consider seeking legal counsel.

**Texas Apartment Association**

PROOF OF DELIVERY OF NOTICE TO VACATE TO RESIDENT

PER PROPERTY CODE §24.005

On _____ **11/20/2020** _____ *(Insert Date of Delivery of Notice)*, I served the NOTICE(s) described herein to the following Resident(s):

**Aaron Acuna** _____

**Shannon Boatwright** _____

_____

_____

_____

_____

Notice delivered *(check one)*:
- ☑ Notice to vacate – Non-payment of Rent, Utilities or Other Sums
- ☐ Notice to vacate – Non-Delinquency Breach of Lease or Unauthorized Holdover
- ☐ Notice to vacate – Employment Termination

- ☐ Notice to vacate – Non-payment of Rent, Utilities or Other Sums for TDHCA-Regulated Affordable Housing
- ☐ Notice to vacate – Non-Delinquency Breach of Lease or Unauthorized Holdover for TDHCA-Regulated Affordable Housing
- ☐ Notice to vacate – Employment Termination for TDHCA-Regulated Affordable Housing

The Notice(s) set forth above were served by *(check one)*:
- ☑ PERSONAL DELIVERY:

   I HAND DELIVERED a copy of the NOTICE(s) to the following Resident(s) *(Insert Name of the Person(s) that you left the Notice With Who Is A Resident and At Least 16 years old)*:

   *Aaron Acuna* _____

   _____

   _____

   _____

   _____

- ☐ FIRST CLASS MAIL; CERTIFIED MAIL, RETURN RECEIPT REQUESTED; OR REGISTERED MAIL

- ☐ POSTED ON THE INSIDE OF THE DWELLING'S MAIN ENTRY DOOR

- ☐ SUBSTITUTED SERVICE BY POSTING NOTICE & MAILING:

   I posted copies of the NOTICE(s) on the outside of the dwelling's main entry door because (1) the dwelling has no mailbox and a keyless bolting device, alarm system or dangerous animal prevents entry, or (2) the owner reasonably believes harm to a person would result from personal delivery. After I posted the Notice, on the same date, I also MAILED copies of the NOTICE(s) to the Resident(s) by depositing a sealed envelope in the United States Mail, addressed to the Resident(s) at the premises.

   *Chris Orozco* _____
   Signed

   *Chris Orozco* _____
   Printed Name

   _____ *11-20-2020* _____
   Date

**Texas Apartment Association**

RQ3L033A

007892

FS#: 571041895
Office of the Attorney General - Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048



**KEN PAXTON**
ATTORNEY GENERAL *of* TEXAS
CHILD SUPPORT DIVISION

SHANNON BOATWRIGHT
3349 GUIDING LIGHT DR
DALLAS, TX 75228-6116

Fecha: **October 23, 2019**
Padre sin Custodia: **MICHAEL HARVEY**
Padre con Custodia: **SHANNON BOATWRIGHT**
Número de Causa: **DF-19-19536**

**Ref: Número de Caso de la Procuraduría General 0013940688**

Estimado/a **SHANNON BOATWRIGHT**:

Una audiencia para su caso de mantuención para niños ha sido programada para:

Fecha: **NOV. 06 2019**                 Hora: **08:30 AM**

Lugar: **GEORGE ALLEN SR BLDG,600 COMMERCE IV-D CRT 3RD FL, DALLAS,TX75202**

Se requiere que usted se presente ante esta audiencia.  No es necesario que traiga a su(s) niño(s).

**Aviso a los padres menores de edad**
Si es menor de edad, asegúrese de traer a su padre o tutor a la audiencia ante la corte. Si no tiene a alguien que pueda
servir como su representante adulto, nuestra oficina puede pedir que la corte asigne a un tutor ad litem a su caso.

**PIENSE PRIMERO EN LA SEGURIDAD SI HAY VIOLENCIA INTRAFAMILIAR**
**Llame a la oficina local de manutención de niños si siente que corre peligro al reunirse en persona
con el otro padre o si hay antecedentes de violencia intrafamiliar o abuso. (214)752-5508**

La División de manutención de niños ha producido un video para ayudar a los padres a saber qué deben
esperar durante el procedimiento ante la corte para establecer la orden inicial de manutención de niños. Para
ver el video titulado: Información para entender el proceso ante la corte, visite la página Internet de la
Procuraduría General en www.texasattorneygeneral.gov y seleccione Manutención de Niños. El video está en
la sección Especialmente para los padres de la página Padres y Tutores. También se puede ver el video en la
sala de espera de la mayoría de las oficinas de manutención de niños.

**DALLAS METRO OFFICE**
**400 S. ZANG BLVD**
**SUITE 1100**
**DALLAS, TX 75208-6646**
**(214)752-5508**

RQ3L033A

007891

FS#: 571041895
Office of the Attorney General - Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048



**KEN PAXTON**
ATTORNEY GENERAL *of* TEXAS
CHILD SUPPORT DIVISION

3024297100287701 02

SHANNON BOATWRIGHT
3349 GUIDING LIGHT DR
DALLAS, TX 75228-6116

Date: **October 23, 2019**
Non-Custodial Parent: **MICHAEL HARVEY**
Custodial Parent: **SHANNON BOATWRIGHT**
Cause #: **DF-19-19536**

---

**Vea Español al Otro Lado**

---

**Re: Attorney General Case # 0013940688**

Dear **SHANNON BOATWRIGHT**:

A hearing for your child support case has been scheduled:

Date: **NOV. 06 2019**           Time: **08:30 AM**
Location: **GEORGE ALLEN SR BLDG,600 COMMERCE IV-D CRT 3RD FL, DALLAS,TX75202**

You are required to appear at this hearing. It is not necessary to bring your child(ren).

<u>**Note for minor parents**</u>
If you are a minor, be sure to bring your parent or guardian with you to the court hearing. If you do not have someone who can serve as your adult representative, our office may ask that the court appoint a guardian ad litem to your case.

<u>**THINK SAFETY FIRST IF THERE IS FAMILY VIOLENCE**</u>
**Call your local office if you do not feel safe meeting in person with the other parent because of a history of family violence or abuse. (214)752-5508**

---

The Child Support Division has produced a video to help parents know what to expect at a court proceeding to establish an initial child support order. To view the video entitled Understanding the Court Process, go to the Office of the Attorney General's Web site at <u>www.texasattorneygeneral.gov</u> and select Child Support. The video is located in the Especially for Parents section of the Parents and Guardians home page. The video also can be viewed in waiting rooms of most child support field offices.

---

**DALLAS METRO OFFICE**
**400 S. ZANG BLVD**
**SUITE 1100**
**DALLAS, TX 75208-6646**
**(214)752-5508**

## Lakewood Greens

## NOTICE FOR CERTIFIED FUNDS REQUIRED

Date:        03/10/2020

From:        Lakewood Greens
             7150 E Grand Ave
             Dallas, TX  75223-1000
             (214) 320-0494
             lakewoodgreens@greystar.com

To:          Aaron Acuna, Shannon Boatwright
             7150 E Grand Avenue #0712

Dear Aaron Acuna, Shannon Boatwright:

Our records indicate we have received two (2) or more returned payments from your apartment.  We regret to inform you that we can no longer accept your personal checks for rental payment.  After receiving two (2) returned payments from your apartment, all further payments must be made with certified funds.

If you have any questions, please contact us at (214) 320-0494 to speak with our Assistant Manager/Bookkeeper. Thank you for your time and attention to this matter.

Sincerely,

Lakewood Greens

By:  Brenda Mora

# AFTER VISIT SUMMARY



**Shannon Boatwright** MRN: MHD3110041   Date of birth: 4/27/1990
📅 9/12/2020 - 9/15/2020   📍 Methodist Dallas Medical Center 6 Schenkel Tower   📞 214-947-6099



## Instructions

  **Your medications have changed**

➡️ START taking:
nitrofurantoin (macrocrystal-monohydrate) (MACROB ID)

prenatal vit no.130-iron-folic

❌ STOP taking:
**acetaminophen-codeine** 300-30 mg per tablet (TYLENOL #3)

**dexAMETHasone** 4 mg tablet (DECADRON)

**PNV 67-iron ps-folate no.1-dha** 29 mg iron- 1 mg-200 mg capsule

**Vitafol-OB+DHA** 65-1-250 mg combo pack

**Review your updated medication list below.**

  **Activity instructions**
Normal activity as tolerated.

🍴 **Diet instructions**

## Your Next Steps

———— 👍 **Do** ————

☐ Pick up these medications from Methodist Community Pharmacy-Dallas - Dallas, TX - 1441 N Beckley Ave
  • nitrofurantoin (macrocrystal-monohydrate)
  • prenatal vit no.130-iron-folic

———— 📖 **Read** ————

☐ Read these attachments
  • MULTIPLE SCLEROSIS DISCHARGE INSTRUCTIONS, ADULT (ENGLISH)
  • NITROFURANTOIN, ADULT (ENGLISH)
  • FOLIC ACID, ADULT (ENGLISH)
  • VITAMINS (MULTIPLE/PRENATAL), ADULT (ENGLISH)



View your After Visit Summary and more online at https://mychart.methodisthealthsystem.org/Mychart/.

Diet instructions (continued)

Regular Diet
  Diet type:   Regular

 **Other instructions**

Ambulatory referral to Neurology
  Complete by: Sep 14, 2020

Additional Physican Discharge Instructions
  During this admission you were treated for MS pain.

  INSTRUCTIONS MOVING FOWARD
  1. You have been given prenatal vitamins.
  2. Please continue to take your other medications at home as prescribed.
  3. Follow up with at Golden Cross Academic Internal Medicine Clinic in 1 - 2 weeks. The address and contact
  information is provided below.
  4. Follow up with Metrocare services as instructed. Ask for trauma counseling
      Address: 1345 River Bend Dr #200, Dallas, TX 75247
  Phone:(214) 743-1200
  5. Follow w/ Golden Cross OB/GYN for prenatal care. You saw Lynda Howl at your last visit. The contact
  information is the same as the internal medicine clinic. Just specifically request ob/gyn.
  6. Please follow w/ Methodist neurology for your MS. A referral has been made for you.
  7. You have been given a list of shelters that should be safe for assaulted women.
  8. Please return to the emergency room if fever (over 100.4), chest pain, abdominal pain, vomiting, weakness,
  numbness, dizziness, nausea, vertigo.


  Primary care services
  Golden Cross Academic Clinic:
  If you do not have a primary care doctor, feel free to Follow up with Internal Medicine at Golden Cross
  Academic Clinic for review of your recent admission and primary care needs. There is a $30 co-pay for
  appointments. If you are more than 10 minutes late, you may be required to reschedule your appointment
  for another day and time. You will need to call the phone number below in order to arrange your hospital
  follow up clinic appointment.

  Golden Cross Academic Clinic
  Internal Medicine - Second Floor
  122 W Colorado Blvd.
  Dallas, TX 75208
  t. 214.947.6700 Appointment Line

Ambulatory referral to Psychology
  Complete by: Sep 15, 2020
  Needs trauma counseling. Ideally at Metrocare.


# Hospitalist Physician Office Phone #

*You have been discharged from the hospital. What's next?*
*We recommend you make a follow up appointment within 3-5 days with your Primary Care Provider (PCP).*
*For any concerns related to your recent discharge, please call 214-947-2385.*
*For all other concerns please contact your PCP.*

# What's Next

| | |
|---|---|
| **Follow up with Daniel B. Pearson III, MD** | Physician Associates of Southwest Dallas<br>214-947-6700 |
| **Follow up with METHODIST DALLAS MEDICAL CENTER** | 1441 N. Beckley Avenue<br>Dallas TX 75203-1201<br>214-947-8181 |

*KEEP YOUR UPDATED MEDICATION LIST WITH YOU AT ALL TIMES. CHECK YOUR MEDICATIONS AND SUPPLEMENTS TO SEE IF THEY MATCH. BRING YOUR LIST OF MEDICATIONS OR THE MEDICATIONS WITH YOU TO ALL OF YOUR PROVIDER APPOINTMENTS.*

# Medication List

| | | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **START** | **nitrofurantoin (macrocrystal-monohydrate)** 100 mg capsule<br>Commonly known as: MACROBID<br>Take 1 capsule (100 mg total) by mouth every 12 (twelve) hours for 10 days<br>Last time this was given: 100 mg on September 15, 2020  8:37 AM | ✓ | | ✓ | | |
| **START** | **prenatal vit no.130-iron-folic** 27 mg iron-800 mcg tablet<br>Take 1 tablet by mouth daily<br>Last time this was given: 1 tablet on September 15, 2020  8:37 AM | ✓ | | | | |

## Where to pick up your medications


**Pick up these medications at Methodist Community Pharmacy-Dallas - Dallas, TX - 1441 N Beckley Ave**

nitrofurantoin (macrocrystal-monohydrate) • prenatal vit no.130-iron-folic

Address:          1441 N Beckley Ave Main Lobby B, Dallas TX 75203
Phone:            214-933-6050

⊗ Attached Information

## Patient Education: Adult

PROVIDED BY LEXICOMP

Nitrofurantoin (nye troe fyoor AN toyn)

Brand Names: US Furadantin [DSC]; Macrobid; Macrodantin

Brand Names: Canada Apo-Nitrofurantoin; Macrobid; Macrodantin; Novo-Furantoin; Teva-Nitrofurantoin

What is this drug used for?

It is used to treat or prevent a bladder infection.

What do I need to tell my doctor BEFORE I take this drug?

**For all patients taking this drug:**
If you have an allergy to nitrofurantoin or any other part of this drug.
If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
If you have kidney disease.
If you have trouble passing urine.
If this drug caused liver problems before.
If you are more than 38 weeks pregnant.
**Children:**
If your child is younger than 1 month of age. Do not give this drug to an infant younger than 1 month of age.
This is not a list of all drugs or health problems that interact with this drug.
Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

What are some things I need to know or do while I take this drug?

Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
Be careful if you have G6PD deficiency. Anemia may happen.
Have your blood work checked if you are on this drug for a long time. Talk with your doctor.
If you have high blood sugar (diabetes), talk with your doctor about which glucose tests are best to use.
Do not use longer than you have been told. A second infection may happen.
Talk with your doctor before you drink alcohol.
Very bad and sometimes deadly lung problems have rarely happened with this drug. Most of the time, this happens in people who are taking this drug for 6 months or longer. Lung problems may happen without warning signs. If you take this drug for a long time, your doctor will watch your lung function. Call your doctor right away if you have fever, chills, chest pain, a cough that is not normal, or trouble breathing or other breathing problems.
Very bad and sometimes deadly liver problems have happened with this drug. Call your doctor right away if you have signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.
Very bad and sometimes deadly nerve problems have happened with this drug. These nerve problems may not go away. The chance of nerve problems may be higher in people who have kidney problems, anemia, high blood

Sugar (diabetes), electrolyte problems, or low vitamin B. Call your doctor right away if you have a burning, numbness, or tingling feeling that is not normal.

If you are 65 or older, use this drug with care. You could have more side effects.

Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant.

Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

What are some side effects that I need to call my doctor about right away?

**WARNING/CAUTION:** Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.

Signs of a pancreas problem (pancreatitis) like very bad stomach pain, very bad back pain, or very bad upset stomach or throwing up.

Change in eyesight.

Eye pain.

Not able to control eye movements.

Feeling confused.

Very bad headache.

Low mood (depression).

Change in color of skin to a bluish color like on the lips, nail beds, fingers, or toes.

Feeling very tired or weak.

It is common to have diarrhea when taking this drug. Rarely, a very bad form of diarrhea called *Clostridium difficile* (C diff)–associated diarrhea (CDAD) may occur. Sometimes, this has led to a deadly bowel problem (colitis). CDAD may happen while you are taking this drug or within a few months after you stop taking it. Call your doctor right away if you have stomach pain or cramps, very loose or watery stools, or bloody stools. Do not try to treat loose stools without first checking with your doctor.

What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

Headache.

Upset stomach or throwing up.

Loose stools (diarrhea).

Gas.

This drug may change the color of the urine to brown. This is normal and not harmful.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to your national health agency.

How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

**All products:**

To gain the most benefit, do not miss doses.

Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

Take this drug with food.

Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor.

Do not take antacids that have magnesium trisilicate in them with this drug.

**Liquid (suspension):**

Shake well before use.

Measure liquid doses carefully. Use the measuring device that comes with this drug. If there is none, ask the pharmacist for a device to measure this drug.

What do I do if I miss a dose?

Take a missed dose as soon as you think about it.

If it is close to the time for your next dose, skip the missed dose and go back to your normal time.

Do not take 2 doses at the same time or extra doses.

How do I store and/or throw out this drug?

**Capsule:**

Store at room temperature.

**Liquid (suspension):**

Store at room temperature. Do not freeze.

Store in original container.

Protect from light.

Throw away any unused portion after 30 days.

**All products:**

Store in a dry place. Do not store in a bathroom.

Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.

Check with your pharmacist about how to throw out unused drugs.

General drug facts

If your symptoms or health problems do not get better or if they become worse, call your doctor.

Do not share your drugs with others and do not take anyone else's drugs.

Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.

Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.

Some drugs may have another patient information leaflet. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Last Reviewed Date

2015-03-11

Copyright

© 2016 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors. All rights reserved.

📑 Attached Information                          FOLIC ACID, ADULT (ENGLISH)

## Patient Education: Adult
PROVIDED BY LEXICOMP

Folic Acid (FOE lik AS id)

Brand Names: US FA-8 [OTC]

Brand Names: Canada Apo-Folic

What is this drug used for?

> It is used to treat anemia.
> This vitamin is used to aid the diet needs before, during, and after pregnancy.
> It may be given to you for other reasons. Talk with the doctor.

What do I need to tell my doctor BEFORE I take this drug?

> If you have an allergy to folic acid or any other part of this drug.
> If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
> This drug may interact with other drugs or health problems.
> Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

What are some things I need to know or do while I take this drug?

> Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
> Have blood work checked as you have been told by the doctor. Talk with the doctor.
> Talk with your doctor before you drink alcohol.
> Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant.
> Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

What are some side effects that I need to call my doctor about right away?

> **WARNING/CAUTION:** Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:
> **All products:**
> Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
> **Shot:**
> Redness or swelling where the shot is given.
> Pain where the shot was given.

What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if you have any side effects that bother you or do not go away.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to your national health agency.

How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

**All products:**

To gain the most benefit, do not miss doses.

Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.

**Oral:**

Take with or without food.

**Shot:**

It is given as a shot into a muscle, under the skin, or into a vein.

Your doctor may teach you how to give the shot.

Follow how to use carefully.

Wash your hands before and after use.

Do not use if the solution is cloudy, leaking, or has particles.

Do not use if solution changes color.

Throw away needles in a needle/sharp disposal box. Do not reuse needles or other items. When the box is full, follow all local rules for getting rid of it. Talk with a doctor or pharmacist if you have any questions.

What do I do if I miss a dose?

Take a missed dose as soon as you think about it.

If it is close to the time for your next dose, skip the missed dose and go back to your normal time.

Do not take 2 doses at the same time or extra doses.

How do I store and/or throw out this drug?

**Oral:**

Store at room temperature.

Store in a dry place. Do not store in a bathroom.

**Shot:**

Most of the time, this drug will be given in a hospital or doctor's office. If stored at home, follow how to store as you were told by the doctor.

Protect from light.

**All products:**

Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.

Check with your pharmacist about how to throw out unused drugs.

General drug facts

If your symptoms or health problems do not get better or if they become worse, call your doctor.

Do not share your drugs with others and do not take anyone else's drugs.

Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.

Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.

Some drugs may have another patient information leaflet. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.

If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Last Reviewed Date

2013-09-09

Copyright

© 2016 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors. All rights reserved.

📎 Attached Information                           VITAMINS (MULTIPLE/PRENATAL), ADULT (ENGLISH)

## Patient Education: Adult

PROVIDED BY LEXICOMP

Vitamins (Multiple/Prenatal) (VYE ta mins, MUL ti pul/pree NAY tal)

Brand Names: US A-Free Prenatal [OTC]; CitraNatal 90 DHA; CitraNatal Assure; CitraNatal B-Calm; CitraNatal DHA; CitraNatal Harmony; CitraNatal Rx; Concept DHA; Concept OB; Duet; Duet DHA Balanced; Femecal OB; Focalgin-B; Folcaps Care One; Folet DHA; Folet One; Foltabs Prenatal; Foltabs Prenatal Plus DHA; Gesticare DHA; Infanate Balance; Infanate Plus [DSC]; KPN Prenatal [OTC]; Mini-Prenatal [OTC]; Multi-Nate 30; NataFort [OTC] [DSC]; Natal-V RX [DSC]; Nestabs ABC; Nexa Plus; Niva-Plus; Néevo DHA; Néevo [DSC]; OB Complete Gold; OB Complete One; OB Complete Petite; OB Complete Premier; One A Day Women's Prenatal [OTC]; OptiNate; Paire OB Plus DHA; PreCare; PreferaOB; PreferaOB + DHA; PreferaOB One; PreFol-DHA; Prena1; Prena1 True [OTC]; Prenaissance 90 DHA [DSC]; Prenaissance DHA [DSC]; Prenaissance Promise [DSC]; Prenatabs FA; Prenatabs Rx; Prenatal 19; Prenatal One Daily [OTC]; Prenatal Rx 1; Prenate AM; Prenate DHA; Prenate Elite; Prenate Essential [DSC]; Prenate Mini; Prenate Pixie; Prenate Star; PreNexa Premier; PrimaCare One; Provida DHA; Select-OB; Stuart Prenatal [OTC] [DSC]; TriCare Prenatal; TriCare Prenatal DHA One; TriStart DHA; Triveen-PRx RNF; Vinacal B [DSC]; Vinate Care; Virt Nate; Virt-Advance; Virt-C DHA; Virt-PN; Virt-PN DHA; Virt-Vite GT; VirtPrex; Vitafol Ultra; Vitafol-Nano; Vitafol-OB [OTC]; Vitafol-OB+DHA [OTC]; Vitafol-PN [DSC]; VitaPhil + DHA; Vol-Tab Rx; VP-CH-PNV; VP-Heme OB; VP-Heme OB + DHA; VP-PNV-DHA

Warning

Accidental overdose of drugs that have iron in them is a leading cause of deadly poisoning in children younger than 6 years of age. Keep away from children. If this drug is taken by accident, call a doctor or poison control center right away.

What is this drug used for?

This vitamin is used to aid the diet needs before, during, and after pregnancy.

What do I need to tell my doctor BEFORE I take this drug?

**All products:**
If you have an allergy to this drug or any part of this drug.
If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
If you have too much iron in your body.
**Products with vitamin A:**
If you are taking acitretin.
This is not a list of all drugs or health problems that interact with this drug.
Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

What are some things I need to know or do while I take this drug?

Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.

If you have phenylketonuria (PKU), talk with your doctor. Some products have phenylalanine.
Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

What are some side effects that I need to call my doctor about right away?

**WARNING/CAUTION:** Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:
Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
Black, tarry, or bloody stools.
Fever.
Very upset stomach or throwing up.
Very bad belly pain.
Throwing up blood or throw up that looks like coffee grounds.
Stomach cramps.

What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:
Hard stools (constipation).
Upset stomach or throwing up.
Change in color of stool to green.
Loose stools (diarrhea).
Belly pain.
These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.
You may report side effects to your national health agency.

How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.
**All products:**
Follow how to take this drug as you have been told by your doctor. Do not use more than you were told to use. Some drugs may need to be taken with food or on an empty stomach. For some drugs it does not matter. Check with your pharmacist about how to take this drug.
Take with a full glass of water.
Do not take antacids within 2 hours of this drug.
Do not take dairy products with this drug. Dairy products may make this drug not work as well.
Follow the diet and workout plan that your doctor told you about.
**Caplet:**
This drug may be chewed or swallowed whole.
**Chewable tablet:**
Chew well before swallowing.
**Twist-off softgel:**
Twist the small end off from the softgel. Squeeze the contents right into your mouth or into juice to drink.

What do I do if I miss a dose?

Take a missed dose as soon as you think about it.
If it is close to the time for your next dose, skip the missed dose and go back to your normal time.

Do not take 2 doses at the same time or extra doses.

How do I store and/or throw out this drug?

Store at room temperature.
Store in a dry place. Do not store in a bathroom.
Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
Check with your pharmacist about how to throw out unused drugs.

General drug facts

If your symptoms or health problems do not get better or if they become worse, call your doctor.
Do not share your drugs with others and do not take anyone else's drugs.
Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.
Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.
Some drugs may have another patient information leaflet. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Last Reviewed Date

2016-06-08

Copyright

© 2016 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors. All rights reserved.

# You are allergic to the following

| Allergen | Reactions |
| --- | --- |
| **Keflex (Cephalexin)** | Other (see comments) |
| MISSED UP W/ MS | |
| **Shellfish Derived** | Not Noted |
| **Tree Nut** | Not Noted |

# 🏠 Care Providers

| Provider | Service | Role | Specialty |
| --- | --- | --- | --- |
| Chapel, Ashley K., MD | — | Attending Provider | Hospitalist/Internalist |
| Chapel, Ashley K., MD | — | Consulting Physician | Hospitalist/Internalist |

## Care Providers (continued)

| Provider | Service | Role | Specialty |
|---|---|---|---|
| Pearson, Daniel B. III, MD | — | Consulting Physician | Psychiatry |

| Salvation Army | (214) 424-7100<br>5302 Harry Hines<br>Dallas, TX 75235 | Men, Women & Children. Intake at 4pm. 2 nights free; $7/night afterward. |
| Souls Harbor | (972) 286-1940<br>13134 Nile Drive<br>Dallas  TX 75253 | Men only. Phone interview first.<br>M-F 9am-4pm; Clients required to work in exchange for room and board.<br>Three to six month transitional housing program. |
| Union Gospel Mission | (214) 637-6117<br>3211 Irving Blvd<br>Dallas, TX 75247 | Men only. Night shelter.  Intake at 922 Park Ave. before 5pm. No charge for services. |

## BOARDING HOMES

| Darnell Residential Care Facility | (214) 398-8642<br>(214) 886-9198<br>7532 Gayglen Dr.<br>Dallas, TX 75217 | 24-hour assisted living, accept private pay clts, MHMR, CBA, CCAD, and retired clts |
| Fannie MaeAssisted Living | Contact Cyndi Hall<br>469-441-4800<br>469-855-6720 | 24-hour assisted living, including meal preps, med. mngmt, transportation, etc. Rates vary. |
| Friendly Manor | (214) 948-7938<br>914 N. Marsalis Ave.<br>Dallas, TX 75203 | Men and Women.<br>$430/mnth; $110/wk |
| Helping Hands Group Home | 214-467-8781<br>2923 Gladous<br>Dallas, TX 75233 | $500/month<br>They do take MHMR patients, have 24 hour staff, offer 3 meals/day & snacks; for + cost there is cable & internet access in each room |
| Home of Hope | (214) 372-1492<br>2535 Kirkley<br>Dallas, TX 75241 | 18+ years old, $525/month Faith-based. Includes meals and snacks. |
| **Jefferson House** in Oak Cliff | 336 1/2 W. Jefferson Blvd.<br>Dallas, TX 75208<br>214-946-4239 | $520/month- cash or disability. Washer/dryer on site. Cable TV. |
| Morning Star Boarding Home<br>Sabrina Winston (she will also pick up her residents from the hospital) | 2944 Etta Dr.<br>Dallas, TX 75227<br>469-236-4913 | $550/mo (can pay anyway- cash, disability, etc.). 7 Locations. Very structured. Curfew, 24 hour house manager, etc. |

| | | |
|---|---|---|
| Next Phase Boarding Home<br>Mr. and Mrs. Riley are the owners (they will pick up their residents from the hospital) | 972-296-7356<br>1419 Carson St.<br>Dallas, TX 75216 | They take cash or money from disability checks and it's a sliding scale fee, so the price isn't specific but they were helpful when i talked to them. |
| Reiger Ave Rooming | (214) 823-1439<br>5204 Reiger<br>Dallas, TX 75214 | Men and Women<br>$100-115/week<br>Must have job or disability income |
| Seagoville Haven<br><br><br>Safe Haven | 972-287-0900<br>111 Fisk Rd.<br>Seagoville, TX 75159<br><br>972-375-7179<br>2816 E Illinois Ave.<br>Dallas, TX 75216 | 25+ years old, 65 rooms, $550/month for semi-private, $800/mo for private, HH Care, transportation<br><br>Multiple locations<br>private pay or disability<br>Contact: Regina Jefferson 972-375-7179<br>Male and female. Apartment style living. 3 meals a day included. |

# HOUSING INFORMATION - SHELTERS

### (updated 8/29/2011)

| | | |
|---|---|---|
| Austin Street Shelter | (214) 428-4242<br>2929 Hickory Street<br>Dallas, TX 75371 | Overnight only.  Picture ID required. Men over 45, women over 18 & children. Intake is 4-10pm (1:30 pm in extreme heat), 7 days/week. Meals served. Showers available: Men 4-6pm; Women & children 12-2pm and 7-8pm. Must have state-issued ID or Bridge ID. Checkout at 6am. |
| The Bridge | (214) 670-1100<br>1818 Corsicana St.<br>Dallas, TX | Men and Women only- no children. Transitional housing and other services available with a Bridge ID. Mental Health Services available. Showers and Laundry Kits. Breakfast and lunch served. |
| Bunk House | (214) 426-5515<br>1818 S. Ervay<br>Dallas, TX 75215 | Men only.  Paid housing $9/night; $50/wk;<br>$180/month. State-issued ID and SS card required. No sex offenders. No one on bracelets. |
| Center of Hope | 4815 Cass Street<br>Dallas, Texas 75235<br>214-638-2988 | Emergency night shelter for women and women & children only. Run by Union Gospel Mission. |
| Dallas Life Foundation | (214) 421-1380<br>1100 Cadiz<br>Dallas, TX 75215 | Men, Women & Children. First 5 days are free; $10/night afterward. SS card, photo ID, marriage license, & birth certificates required. Ten month transitional housing program available to adults and families- no payment required by unemployed. 4:30pm to 6pm is check-in. 2 pieces of luggage. |
| Family Gateway | (214) 741-6515<br>711 St. Paul Street<br>Dallas, TX 75201 | Short-term housing (up to 10 weeks) for families with children.  Must provide proof of homelessness. Not an emergency shelter. About three weeks to complete intake. |
| Housing Crisis Center | (214) 828-4244<br>4210 Junius St.<br>Dallas, TX 75204<br>www.hccdallas.org | 80 units of transitional housing programs for parents with small children, singles, and special needs adults. Permanent supportive housing available. |
| Interfaith Housing Coalition | (214) 827-7220<br>5600 Ross<br>Dallas, TX 75206 | Transitional 90-day housing program for families with children. Must be U.S citizen or have work permit. Parent or guardian must have legal custody. |
| Safe Haven<br><br>Contact:  Regina Jefferson 972-375-7179 | 2816 E Illinois Ave.<br>Dallas, TX 75216<br><br>multiple locations, but the above is main address | Private pay or disability. Male and female. Apartment style living. Sex offenders ok. 3 meals a day. Rates are based on income. |

⊠ Attached Information          MULTIPLE SCLEROSIS DISCHARGE INSTRUCTIONS, ADULT (ENGLISH)

# Patient Education
▬▬▬▬▬ PROVIDED BY LEXICOMP®

Multiple Sclerosis Discharge Instructions, Adult

About this topic

The nervous system is made up of nerves, the spinal cord, and the brain. The nerves in your body use your senses of hearing, sight, taste, smell, and touch to send messages to the brain. Your brain reads that message. Then it sends a return message down through the nerves back to the body. This tells your body how to react. For example, if you touch a hot pan, your nerves sense the heat and send a message to your brain. Your brain reads the message and sends a return message to your muscles to let go of the hot pan. This exchange of information happens very quickly.

Multiple sclerosis is an illness that is also called MS. With this disease, your body attacks the outside lining of the nerves called the myelin sheath. When this outer lining is harmed, the messages being sent in the nerves do not travel as fast. At times, the message is fully blocked. Doctors do not know why this happens. At this time, there is no cure.

The effects of MS vary in each person. Some people get sicker very quickly. Others stay just as they were when they were first diagnosed. Some people may seem to have times where they get sicker followed by times where they feel better. Doctors are not able to predict how you will be affected by MS.

Treatment is used to control the signs of MS. This treatment may include drugs and physical therapy. Not treating this disease will often result in progressive disability.

What care is needed at home?

- Ask your doctor what you need to do when you go home. Make sure you ask questions if you do not understand what the doctor says. This way you will know what you need to do.

- You may need help with walking and balance.

  ◦ Your doctor may give you crutches, walking canes, or foot braces to help with walking problems. You may need a walker or, at some point, a wheelchair.

  ◦ You may have problems with bladder control. Clear the hallway going to the restroom. This will prevent you from accidentally bumping into things or slipping when in a rush to go to the bathroom.

  ◦ Sit in a comfortable chair that can support your back. This may also help with balance problems when sitting.

- You may need help with communication and staying safe.

  ◦ Keep a pen and paper or any communication tools near you always. These will help you talk if you have speech problems.

  ◦ You may have problems doing simple movements like eating and writing. Ask your doctor or therapist for special knives and forks that may help with eating. There are also special tools to make writing easier.

  ◦ Stay away from hot baths and showers if you have problems with heat. Cool down by taking cool baths or lowering the thermostat.

  ◦ Keep throw rugs, easy to break house displays, and cutting tools in a safe cabinet to avoid mishaps.

What follow-up care is needed?

- Your condition needs close monitoring. Your doctor may ask you to make visits to the office to check on your progress. Be sure to keep these visits.

- Your doctor will tell you if other tests are needed.

- Your doctor may send you to other doctors to help watch your illness.

- You may need to see a physical therapist (PT). The PT will teach you exercises to help you get back your strength and motion.

- You may also need to see an occupational therapist (OT). The OT will help you with activities of daily living.

What drugs may be needed?

The doctor may order drugs to:

- Treat MS

- Control nerve swelling

- Help with pain

- Control the effects of MS drugs like upset belly, bladder infections, loose stools, belly pain, and low mood

Will physical activity be limited?

- Get lots of rest. Sleep when you are feeling tired. Avoid doing tiring activities. Give your body enough time to get better after your therapy.

- Your doctor will tell you to do light exercises, like stretching, each morning. This will build muscle strength and tone and will prevent stiffness.

- You may have to limit your activity. Talk to your doctor about the right amount of activity for you.

What changes to diet are needed?

Ask your doctor if you need to follow a special diet. You may need to take extra care with foods that may make you choke. A speech therapist may be able to help with this.

What problems could happen?

- Illness can return or get worse

- Problems with eyesight or memory

- Weakness

- Seizures

- Long-lasting problems with movement

When do I need to call the doctor?

- Problems seeing like blurriness or double vision

- Loss of bowel or bladder control

- Muscle weakness or shakiness

- Problems with coordination and balance

- Numbness or tingling on one side or the bottom half of your body

- You are not feeling better in 2 to 3 days or you are feeling worse

Helpful tips

- Join a support group that can help you cope with your illness.

- Let your family and friends know about your disease and how they can help. Bring a friend or family member with you to your therapy sessions.

- Water therapy programs can be helpful with exercising.

- Complimentary therapies such as massage, yoga, and eating a balanced diet can help signs.

- Talk to your doctor about getting a flu shot.

Teach Back: Helping You Understand

The Teach Back Method helps you understand the information we are giving you. The idea is simple. After talking with the staff, tell them in your own words what you were just told. This helps to make sure the staff has covered each thing clearly. It also helps to explain things that may have been a bit confusing. Before going home, make sure you are able to do these:

- I can tell you about my condition.

- I can tell you ways to help with walking and balance.

- I can tell you what I will do if I have more muscle weakness.

Where can I learn more?

Multiple Sclerosis Society

http://www.mssociety.org.uk/what-is-ms

National Institute of Neurological Disorders and Stroke

http://www.ninds.nih.gov/disorders/multiple_sclerosis/multiple_sclerosis.htm

National Multiple Sclerosis Society

http://www.nationalmssociety.org/about-multiple-sclerosis/index.aspx

National Organization for Rare Disorders

http://www.rarediseases.org/rare-disease-information/rare-diseases/byID/15/viewAbstract

Last Reviewed Date

2016-01-22

Consumer Information Use and Disclaimer

This information is not specific medical advice and does not replace information you receive from your health care provider. This is only a brief summary of general information. It does NOT include all information about conditions, illnesses, injuries, tests, procedures, treatments, therapies, discharge instructions or life-style choices that may apply to you. You must talk with your health care provider for complete information about your health and treatment options. This information should not be used to decide whether or not to accept your health care provider's advice, instructions or recommendations. Only your health care provider has the knowledge and training to provide advice that is right for you.

Copyright

Copyright © 2016 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors. All rights reserved.

Case 3:21-cv-00182-C-BK   Document 3   Filed 01/27/21   Page 169 of 193   PageID 173

# Women's

# Shelters

- Home
- About Us
- Add a listing
- Register
- Login

- RSS

# Dallas,

# Texas

## Women's

## Shelters

Home » Texas Women's Shelters » Dallas

Welcome to our Dallas, Texas page. We provide listings of: women's shelters, family shelters, transitional housing, residential treatment centers and other residential services for women. Many shelters also provide services such as alcohol and drug rehab treatment along with clinics, and best of all supportive housing options. I try to provide as much information as possible on my details pages.

In these tough times, shelters are needing your donation help more than ever. Contact the shelters at the phone numbers provided to donate your items. Most shelters also are always looking for volunteers. Look to your homeless shelters for volunteer opportunites. I list addresses, phone numbers, websites and shelter comments on my shelter details pages. Please help and get involved.

## Union

### Gospel

The Center of Hope (COH) is our shelter and Discipleship Program site exclusively for single women with children. The COH has a capacity of



**Mission**                  **of**

**Dallas**           **-**

**of**                                              **Center**
                                                    **Hope**

4815 Cass Street
Dallas, TX - 75235
214-638-2988

Email Website

234. Intake is at COH Monday-Friday, 9:30 a.m.-noon and 1-4 p.m. On Saturday, Sunday and holidays we do intake from 10 a.m. to 2 p.m. Valid government issued ID

View Full Details



**My**

                                                    **Second**

                                                    **Chance,**

**Inc.**

1657 S. Corinth Street Road
Dallas, TX - 75203
214.374.1104

Email Website

The Sisters of Support (SOS) recovery program is designed to provide women with an integrated, ground-breaking gender-specific system of support that bridges the treatment of alcoholism and addictive behaviors with the reconnecting of self, family, workplace, and community. The women and mentors sha

View Full Details



                                        **VICTORY**
                              **LIFE**          **IN**
                    **THE**
                                        **CLIFFS**

                                                **WOMEN\'S**
                    **HOME**

766 HAVENWOOD
DALLAS, TX - 75232
(469) 248-0670

Email

FREE CHRISTIAN HOME FOR WOMEN STRUGGLING WITH ADDICTION AND HOMELESS SITUATIONS. GUARANTEED ACCEPTANCE EXEPT PERSONS WHO TAKE MENTAL MEDS, SERIOUS ILLNESS SUCH AS HIV, AIDS, ETC. OR SEX OFFENDERS. OPEN 24HRS. CALL 469) 248-0670

View Full Details



## Salvation Army Dallas Women's Shelter

5302 Harry Hines
Dallas, TX - 75247
(214)424-7000

The Salvation Army Dallas Women's Shelter for single women and mothers with children who are seeking respite and a safe haven. On-site child care is available to mothers in this program.Eligibility: Single women and mothers seeking a safe haven. Hours: Mon - Fri 8:30am-4:15pm

View Full Details



## River Of Life Homes

12970 Pandora Dr, Suite 170
Dallas, TX - 75238
(214)886-3563

The River of Life Homes provides shelter, food and clothing for homeless women and women with children in a domestic violence situation. We also offer group homes for women and men who are homeless but have some kind of income SSI.Eligibility: Must be homeless or in a domestic violence situation

View Full Details



## Conference On Crime Against Women Inc

4411 Lemmon Ave Ste 201
Dallas, TX - 75219
(214) 946-2337

Website
THIS ORGANIZATION'S PRIMARY EXEMPT PURPOSE AS A SUPPORTING ORGANIZATION WITHIN THE MEANING OF SECTION 509 (C) (3) OF THE I.R.C. IS TO PROVIDE SUPPORT OF SHELTER MINISTRIES OF DALLAS (SMD), A 501 (C) (3) ORGANIZATION. SMD OPERATES

Case 3:21-cv-00182-C-BK   Document 3   Filed 01/27/21   Page 172 of 193   PageID 176

SHELTERS FOR THE HOMELESS AND BATTERED WOMEN AND THEIR CHILDREN.

Vi̇ew Full Details



**The**

     **Haven**

       **Women's**

      **Outreach**

PO Box 601021
Dallas, TX - 75360
(866) 889-5374

Email Website

To embrace, educate, and empower women who, through adverse circumstance have been economically and socially displaced. To provide services that will encourage a higher level of self-sufficiency.

View Full Details



**Family**

     **Place**         **Inc**

P.O. Box 7999
Dallas, TX - 75209
(214) 559-2170

Email Website

The mission of The Family Place is to eliminate family violence through intervention and proactive prevention, extensive community education, advocacy and assistance for victims and their families.

View Full Details



      **Shelter**

        **Ministries**

**Of**

    **Dallas**

**Foundation**

PO Box G
Dallas, TX - 75208
(214) 946-2337

THIS ORGANIZATION'S PRIMARY EXEMPT PURPOSE AS A SUPPORTING ORGANIZATION WITHIN THE MEANING OF SECTION 509 (C) (3) OF THE I.R.C. IS TO PROVIDE SUPPORT OF

SHELTER MINISTRIES OF DALLAS (SMD), A501 (C) (3) ORGANIZATION, WHEN THERE IS NOT SUFFICIENT PUBLIC SUPPORT TO COVER OPERATING EXPENSES. SMD OPERATE

View Full Details



## Shelter

## Ministries

### Of
### Dallas

PO Box G
Dallas, TX - 75208
(214) 946-2337

Website

THE MISSION OF SHELTER MINISTRIES OF DALLAS IS TO PROVIDE EMERGENCY SHELTER AND RELATED SERVICES TO THE HOMELESS AS WELL AS PROVIDE SAFETY AND SHELTER TO BATTERED WOMEN AND THEIR CHILDREN. PROGRAMS PROVIDE CRISIS INTERVENTION, SUBSTANCE ABUSE AWARENESS INFORMATION AND OPPORTUNITIES TO IMPROVE PRESEN

View Full Details

**No Photo Yet**

## Legal

### Services               ### Of
                                      ### North
                      ### Texas

1515 Main St
Dallas, TX - 75201
(214) 748-1234

Email Website

It is the mission of Legal Services of North Texas, Inc. to ensure equal justice for people living in poverty through the provision of high quality legal representation and to improve the lives of poor people through the rule of law.

View Full Details

**No Photo Yet**

## Wilkinson
### Center

PO Box 720248
Dallas, TX - 75372

The Wilkinson Center transforms the lives of Dallas families by providing pathways to self-sufficiency

(214) 821-0380

EmailWebsite

with dignity and respect.

View Full Details

**No Photo Yet**            **Dallas**

                              **Ministry**

                   **For**                              **Life,**
                              **Inc.**

1100 Cadiz St
Dallas, TX - 75215
(214) 421-1380

EmailWebsite

To meet the physical, emotional, and spiritual needs of homeless men, women and children.

View Full Details

**No Photo Yet**            **Dallas**

                                 **Jewish**

                                    **Coalition,**
                         **Inc.**
                 **Dba,**
                   **Vogel**
                                      **Alcove**

                          **Childcare**

         **Center**                              **For**
                    **The**

    **Homeless**

7557 Rambler
Dallas, TX - 75231
(214) 368-8686

EmailWebsite

The mission of the Vogel Alcove Childcare Center for the Homeless is to improve the lives of young
homeless children during their critical developmental years and to serve their families while homeless and
through their transition to independent living. This is accomplished through the provision of

<u>View Full Details</u>

# No Photo Yet

**<u>Dallas</u>**

**<u>Life</u>**

**<u>Foundation</u>**

1100 Cadiz
Dallas, TX - 75215
(214) 421-1380

Dallas Life Foundation strives to provide those in need with adequate shelter We operate a 100 000 square foot facility capable of housing up to 500 men women and children per day. Men and women are on separate floors in dormitory style housing.

<u>View Full Details</u>

# No Photo Yet

**<u>Reconciliation</u>**

**<u>Outreach</u>**

4311 Bryan Street
Dallas, TX - 75204
(214) 821-9192

Long term emergency (120 days) shelters for women and men over 21 homeless families runaway or homeless youth katrina evacuees. Christian-based mission program for homeless men, women and children who have been involved in substance abuse or domestic violence. Program include a residential facility

<u>View Full Details</u>

We also provide our partners website Homeless Shelter Directory to find all homeless shelters. They also provide family shelters and services for the needy which may be helpful in your search.

**Search**

**Homeless**

**Shelters**
**And**

**Services**                              **By**

# City

**Enter City Name:** Dallas

**State Name:** TEXAS

Find Shelters

# Search

**for**
**Women's**
**Shelters**

Choose State

OR

· Zip

# Texas

## Cities

- Abilene *(3)*
- Alpine *(1)*
- Alvin *(1)*
- Amarillo *(5)*
- Angleton *(1)*
- Arlington *(6)*
- Athens *(1)*
- Atlanta *(1)*
- Austin *(9)*
- Bastrop *(2)*
- Baytown *(3)*
- Beaumont *(3)*
- Borger *(1)*
- Brownsville *(2)*
- Brownwood *(1)*
- Bryan *(2)*
- Burleson *(1)*
- Carrizo Springs *(1)*
- Carthage *(1)*
- Cedar Hill *(1)*
- Channelview *(1)*
- Cleburne *(1)*

- Colleyville *(1)*
- Conroe *(1)*
- Copperas Cove *(1)*
- Corpus Christi *(3)*
- Corsicana *(1)*
- Cotulla *(1)*
- Crystal City *(1)*
- Dalhart *(1)*
- Dallas *(16)*
- Denton *(1)*
- Dumas *(1)*
- Eagle Pass *(2)*
- El Paso *(6)*
- Fort Worth *(4)*
- Freeport *(1)*
- Gainesville *(1)*
- Galveston *(2)*
- Garland *(1)*
- Goldthwaite *(1)*
- Graham *(1)*
- Grand Prairie *(1)*
- Greenville *(1)*
- Hamilton *(1)*
- Harlingen *(2)*
- Haskell *(1)*
- Hempstead *(1)*
- Hereford *(1)*
- Hondo *(1)*
- Houston *(13)*
- Humble *(2)*
- Huntsville *(1)*
- Jacksonville *(1)*
- Kaufman *(1)*
- Kilgore *(1)*
- Killeen *(1)*
- Laredo *(1)*
- Longview *(2)*
- Lozano *(1)*
- Lubbock *(2)*
- Lufkin *(2)*
- Marshall *(1)*
- McAllen *(1)*
- Midland *(1)*
- Mt Pleasant *(1)*
- Nacogdoches *(2)*
- New Braunfels *(1)*
- North Richland Hills *(1)*
- North Richlands Hills *(1)*
- Odessa *(2)*
- Pampa *(1)*
- Paris *(2)*
- Pasadena *(1)*
- Pearland *(1)*

- Perryton *(1)*
- Plainview *(1)*
- Plano *(3)*
- Port Arthur *(1)*
- Richmond *(2)*
- Rockwall *(1)*
- Rosenberg *(1)*
- Round Rock *(2)*
- San Angelo *(1)*
- San Antonio *(9)*
- San Marcos *(1)*
- San Saba *(1)*
- Seguin *(1)*
- Spearman *(1)*
- Springtown *(1)*
- Sulphur Springs *(2)*
- Sweetwater *(1)*
- Texarkana *(2)*
- The Woodlands *(2)*
- Tyler *(1)*
- Uvalde *(1)*
- Van Horn *(1)*
- Victoria *(2)*
- Waco *(2)*
- Webster *(2)*
- Weslaco *(1)*
- West Columbia *(1)*
- Wharton *(1)*
- Whitewright *(1)*
- Wichita Falls *(2)*

## About
## Women's
## Shelters

Women's Shelters is not associated with any government agency or nonprofit organization. This website is a collaboration of individuals who want to help those in need find resources on the web.

Follow us on the world wide web.

### Members

- Add a listing
- Register
- Login

### Helpful

### sites

- National Coalation For The Homeless
- National Coalition Against Domestic Violence

Case 3:21-cv-00182-C-BK   Document 3   Filed 01/27/21    Page 179 of 193   PageID 183

Copyright 2014 by Women's Shelters. All rights reserved.

Women's Shelters

The Family Place - 214-941-1991

Genesis Women's Shelter - 214-946-4357

Safe Haven - 877-701-7233

*Before Methodist was corrupt*

You may need to rest your knee for a while. You should not do physical activity that makes your health problem worse. If you run, work out, or play sports, you may not be able to do those things until your health problem gets better.

What problems could happen?

- Injury to cartilage leading to arthritis

- Immobility and weight gain

What can be done to prevent this health problem?

- Stay active and work out to keep your muscles strong and flexible.

- Warm up slowly and stretch your muscles before you work out. Use good ways to train, such as slowly adding to how far you run. Do not work out if you are overly tired. Take extra care if working out in cold weather.

- Take breaks often when doing things that use repeat movements.

- Avoid running on hard or uneven surfaces.

- Wear shoes with good support and traction. Do not go barefoot.

- Wear a compression bandage to support your knee.

- Keep a healthy weight so there is not extra stress on your joints.

When do I need to call the doctor?

- More trouble getting up from a chair, going up and down stairs, or walking

- Pain, swelling, numbness, tingling, or discoloration in the calf below the injured or sore knee

- You are not feeling better in 2 or 3 days or you are feeling worse

Helpful tips

- Try swimming or water aerobics to have less impact on your knee.

- Avoid running down hills. Walk down instead or try running in a zigzag pattern to lessen the stress on the front of the knee.

- If going up and down stairs is painful, try going up or down sideways until the pain lessens.

Teach Back: Helping You Understand

The Teach Back Method helps you understand the information we are giving you. The idea is simple. After talking with the staff, tell them in your own words what you were just told. This helps to make sure the staff has covered each thing clearly. It also helps to explain things that may have been a bit confusing. Before going home, make sure you are able to do these:

- I can tell you about my condition.

- I can tell you what may help ease my pain.

- I can tell you what I will do if I have more trouble getting up from a chair, going up or down stairs, or walking.

Where can I learn more?

American Academy of Family Physicians

http://familydoctor.org/familydoctor/en/diseases-conditions/patellofemoral-pain-syndrome.printerview.all.html

KidsHealth

http://kidshealth.org/parent/medical/bones/knee_injuries.html

Last Reviewed Date

2015-04-09

Consumer Information Use and Disclaimer

This information is not specific medical advice and does not replace information you receive from your health care provider. This is only a brief summary of general information. It does NOT include all information about conditions, illnesses, injuries, tests, procedures, treatments, therapies, discharge instructions or life-style choices that may apply to you. You must talk with your health care provider for complete information about your health and treatment options. This information should not be used to decide whether or not to accept your health care provider's advice, instructions or recommendations. Only your health care provider has the knowledge and training to provide advice that is right for you.

Copyright

Copyright © 2016 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors. All rights reserved.



**Patient Education** PROVIDED BY LEXICOMP

Multiple Sclerosis Discharge Instructions, Adult

About this topic

The nervous system is made up of nerves, the spinal cord, and the brain. The nerves in your body use your senses of hearing, sight, taste, smell, and touch to send messages to the brain. Your brain reads that message. Then it sends a return message down through the nerves back to the body. This tells your body how to react. For example, if you touch a hot pan, your nerves sense the heat and send a message to your brain. Your brain reads the message and sends a return message to your muscles to let go of the hot pan. This exchange of information happens very quickly.

Multiple sclerosis is an illness that is also called MS. With this disease, your body attacks the outside lining of the nerves called the myelin sheath. When this outer lining is harmed, the messages being sent in the nerves do not travel as fast. At times, the message is fully blocked. Doctors do not know why this happens. At this time, there is no cure.

The effects of MS vary in each person. Some people get sicker very quickly. Others stay just as they were when they were first diagnosed. Some people may seem to have times where they get sicker followed by times where they feel better. Doctors are not able to predict how you will be affected by MS.

Treatment is used to control the signs of MS. This treatment may include drugs and physical therapy. Not treating this disease will often result in progressive disability.

What care is needed at home?

- Ask your doctor what you need to do when you go home. Make sure you ask questions if you do not understand what the doctor says. This way you will know what you need to do.

- You may need help with walking and balance.

    ◦ Your doctor may give you crutches, walking canes, or foot braces to help with walking problems. You may need a walker or, at some point, a wheelchair.
    ◦ You may have problems with bladder control. Clear the hallway going to the restroom. This will prevent you from accidentally bumping into things or slipping when in a rush to go to the bathroom.
    ◦ Sit in a comfortable chair that can support your back. This may also help with balance problems when sitting.

- You may need help with communication and staying safe.

    ◦ Keep a pen and paper or any communication tools near you always. These will help you talk if you have speech problems.
    ◦ You may have problems doing simple movements like eating and writing. Ask your doctor or therapist for special knives and forks that may help with eating. There are also special tools to make writing easier.
    ◦ Stay away from hot baths and showers if you have problems with heat. Cool down by taking cool baths or lowering the thermostat.
    ◦ Keep throw rugs, easy to break house displays, and cutting tools in a safe cabinet to avoid mishaps.

What follow-up care is needed?

- Your condition needs close monitoring. Your doctor may ask you to make visits to the office to check on your progress. Be sure to keep these visits.

- Your doctor will tell you if other tests are needed.

- Your doctor may send you to other doctors to help watch your illness.

- You may need to see a physical therapist (PT). The PT will teach you exercises to help you get back your strength and motion.

- You may also need to see an occupational therapist (OT). The OT will help you with activities of daily living.

What drugs may be needed?

The doctor may order drugs to:

- Treat MS

- Control nerve swelling

- Help with pain

- Control the effects of MS drugs like upset belly, bladder infections, loose stools, belly pain, and low mood

Will physical activity be limited?

- Get lots of rest. Sleep when you are feeling tired. Avoid doing tiring activities. Give your body enough time to get better after your therapy.

- Your doctor will tell you to do light exercises, like stretching, each morning. This will build muscle strength and tone and will prevent stiffness.



- You may have to limit your activity. Talk to your doctor about the right amount of activity for you.

What changes to diet are needed?

Ask your doctor if you need to follow a special diet. You may need to take extra care with foods that may make you choke. A speech therapist may be able to help with this.

What problems could happen?

- Illness can return or get worse

- Problems with eyesight or memory

- Weakness

- Seizures

- Long-lasting problems with movement

When do I need to call the doctor?

- Problems seeing like blurriness or double vision

- Loss of bowel or bladder control

- Muscle weakness or shakiness

- Problems with coordination and balance

- Numbness or tingling on one side or the bottom half of your body

- You are not feeling better in 2 to 3 days or you are feeling worse

Helpful tips

- Join a support group that can help you cope with your illness.

- Let your family and friends know about your disease and how they can help. Bring a friend or family member with you to your therapy sessions.

- Water therapy programs can be helpful with exercising.

- Complimentary therapies such as massage, yoga, and eating a balanced diet can help signs.

- Talk to your doctor about getting a flu shot.

Teach Back: Helping You Understand

The Teach Back Method helps you understand the information we are giving you. The idea is simple. After talking with the staff, tell them in your own words what you were just told. This helps to make sure the staff has covered each thing clearly. It also helps to explain things that may have been a bit confusing. Before going home, make sure you are able to do these:

- I can tell you about my condition.



- I can tell you ways to help with walking and balance.

- I can tell you what I will do if I have more muscle weakness.

Where can I learn more?

Multiple Sclerosis Society

http://www.mssociety.org.uk/what-is-ms

National Institute of Neurological Disorders and Stroke

http://www.ninds.nih.gov/disorders/multiple_sclerosis/multiple_sclerosis.htm

National Multiple Sclerosis Society

http://www.nationalmssociety.org/about-multiple-sclerosis/index.aspx

National Organization for Rare Disorders

http://www.rarediseases.org/rare-disease-information/rare-diseases/byID/15/viewAbstract

Last Reviewed Date

2016-01-22

Consumer Information Use and Disclaimer

This information is not specific medical advice and does not replace information you receive from your health care provider. This is only a brief summary of general information. It does NOT include all information about conditions, illnesses, injuries, tests, procedures, treatments, therapies, discharge instructions or life-style choices that may apply to you. You must talk with your health care provider for complete information about your health and treatment options. This information should not be used to decide whether or not to accept your health care provider's advice, instructions or recommendations. Only your health care provider has the knowledge and training to provide advice that is right for you.

Copyright

Copyright © 2016 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors. All rights reserved.



# Your Medication List

## TAKE these medications

 **START**

**acetaminophen-codeine** 300-30 mg per tablet
Commonly known as: TYLENOL #3

Take 1 tablet by mouth every 6 (six) hours as needed for mod pain (4-6/10) or sev pain (7-10/10)

---

 **START**

**ondansetron ODT** 4 mg disintegrating tablet
Commonly known as: Zofran ODT

Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed for nausea or vomiting for up to 7 days

---

 **START**

**predniSONE** 20 mg tablet
Commonly known as: DELTASONE

Take 2 tablets (40 mg total) by mouth daily for 4 days Starting tomorrow

## ASK your doctor about these medications

 **ASK**

**ARIPiprazole** 10 mg tablet
Commonly known as: ABILIFY

Take 1 tablet (10 mg total) by mouth daily

---

**clonazePAM** 0.5 mg tablet
Commonly known as: KlonoPIN

Take 1 tablet (0.5 mg total) by mouth 2 (two) times a day

---

 **ASK**

**gabapentin** 100 mg capsule
Commonly known as: NEURONTIN

Take 2 capsules (200 mg total) by mouth 3 (three) times a day

---

 **ASK**

**traZODone** 50 mg tablet
Commonly known as: DESYREL

Take 1 tablet (50 mg total) by mouth bedtime

DECLARATION UNDER PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTION'S TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19.

THIS DECLARATION IS FOR TENANTS, LESSEES, OR RESIDENTS OF RESIDENTIAL PROPERTIES WHO ARE COVERED BY THE CDC'S ORDER TEMPORARILY HALTING RESIDENTIAL EVICTIONS (NOT INCLUDING FORECLOSURES ON HOME MORTGAGES) TO PREVENT THE FURTHER SPREAD OF COVID-19. UNDER THE CDC'S ORDER YOU MUST PROVIDE A COPY OF THIS DECLARATION TO YOUR LANDLORD, OWNER OF THE RESIDENTIAL PROPERTY WHERE YOU LIVE, OR OTHER PERSON WHO HAS A RIGHT TO HAVE YOU EVICTED OR REMOVED FROM WHERE YOU LIVE. EACH ADULT LISTED ON THE LEASE, RENTAL AGREEMENT, OR HOUSING CONTRACT SHOULD COMPLETE THIS DECLARATION. UNLESS THE CDC ORDER IS EXTENDED, CHANGED, OR ENDED, THE ORDER PREVENTS YOU FROM BEING EVICTED, OR REMOVED FROM WHERE YOU ARE LIVING THROUGH DECEMBER 31, 2020. YOU ARE STILL REQUIRED TO PAY RENT AND FOLLOW ALL THE OTHER TERMS OF YOUR LEASE AND RULES OF THE PLACE WHERE YOU LIVE. YOU MAY ALSO STILL BE EVICTED FOR REASONS OTHER THAN NOT PAYING RENT OR MAKING A HOUSING PAYMENT. THIS DECLARATION IS SWORN TESTIMONY, MEANING THAT YOU CAN BE PROSECUTED, GO TO JAIL, OR PAY A FINE IF YOU LIE, MISLEAD, OR OMIT IMPORTANT INFORMATION.

I CERTIFY UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C 1746, THAT THE FOLLOWING ARE TRUE AND CORRECT:

* I HAVE USED BEST EFFORTS TO OBTAIN ALL AVAILABLE GOVERNMENT ASSISTANCE FOR RENT OR HOUSING;

* I EITHER EXPECT TO EARN NO MORE THAN $99,000 IN ANNUAL INCOME FOR CALENDAR YEAR 2020 (OR NO MORE THAN $198,000 IF FILING A JOINT TAX RETURN), WAS NOT REQUIRED TO REPORT ANY INCOME IN 2019 TO THE I.R.S., OR RECEIVED AN ECONOMIC IMPACT PAYMENT (STIMULUS CHECK) PURSUANT TO SECTION 2201 OF THE CARES ACT;

* I AM UNABLE TO PAY MY FULL RENT OR MAKE A FULL HOUSING PAYMENT DUE TO SUBSTANTIAL LOSS OF HOUSEHOLD INCOME, LOSS OF COMPENSABLE HOURS OF WORK OR WAGES, LAY-OFFS, OR EXTRAORDINARY OUT-OF-POCKET MEDICAL EXPENSES;

* I AM USING BEST EFFORTS TO MAKE TIMELY PARTIAL PAYMENTS THAT ARE AS CLOSE TO THE FULL PAYMENT AS THE INDIVIDUAL'S CIRCUMSTANCES MAY PERMIT, TAKING INTO ACCOUNT OTHER NONDISCRETIONARY EXPENSES.

* IF EVICTED I WOULD LIKELY BECOME HOMELESS, NEED TO MOVE INTO A HOMELESS SHELTER, OR NEED TO MOVE INTO A NEW RESIDENCE SHARED BY OTHER PEOPLE WHO LIVE IN CLOSE QUARTERS BECAUSE I HAVE NO OTHER AVAILABLE HOUSING OPTIONS.

* I UNDERSTAND THAT I MUST STILL PAY RENT OR MAKE A HOUSING PAYMENT, AND COMPLY WITH OTHER OBLIGATIONS THAT I MAY HAVE UNDER MY TENANCY, LEASE AGREEMENT, OR SIMILAR CONTRACT. I FURTHER UNDERSTAND THAT FEES, PENALTIES, OR INTEREST FOR NOT PAYING RENT OR MAKING A HOUSING PAYMENT ON TIME AS REQUIRED BY MY TENANCY, LEASE AGREEMENT, OR SIMILAR CONTRACT MAY STILL BE CHARGED OR COLLECTED.

* I FURTHER UNDERSTAND THAT AT THE END OF THIS TEMPORARY HALT ON EVICTIONS, ON DECEMBER 31, 2020, MY HOUSING PROVIDER MAY REQUIRE PAYMENT IN FULL FOR ALL PAYMENTS NOT MADE PRIOR TO AND DURING THE TEMPORARY HALT AND FAILURE TO PAY MAY MAKE ME SUBJECT TO EVICTION PURSUANT TO STATE AND LOCAL LAWS. I UNDERSTAND THAT ANY FALSE OR MISLEADING STATEMENTS OR OMISSIONS MAY RESULT IN CRIMINAL AND CIVIL ACTIONS FOR FINES, PENALTIES, DAMAGES, OR IMPRISONMENT.

_____
SIGNATURE OF DECLARANT

_____
DATE

"AVAILABLE GOVERNMENT ASSISTANCE" MEANS ANY GOVERNMENTAL RENTAL OR HOUSING PAYMENT BENEFITS AVAILABLE TO THE INDIVIDUAL OR ANY HOUSHOLD MEMBER.

AN "EXTRAORDINARY" MEDICAL EXPENSE IS ANY UNREIMBURSED MEDICAL EXPENSE LIKELY TO EXCEED 7.5% OF ONE'S ADJUSTED GROSS INCOME FOR THE YEAR.

"AVAILABLE HOUSING MEANS ANY AVAILABLE, UNOCCUPIED RESIDENTIAL PROPERTY, OR OTHER SPACE FOR OCCUPANCY IN ANY SEASONAL OR TEMPORARY HOUSING, THAT WOULD NOT VIOLATE FEDERAL, STATE, OR LOCAL OCCUPANCY STANDARDS AND THAT WOULD NOT RESULT IN AN OVERALL INCREASE OF HOUSING COST TO YOU.

CASE NO. JE _2052520_ P

Court Date: _____ @ _9_

AHC Metro Lakewood aka Lakewood Greens §
**PLAINTIFF/LANDLORD**

vs.

Aaron Acuna & Shannon Boatwright §
**DEFENDANT/TENANT**

§   IN THE JUSTICE COURT

§   PRECINCT 5, PLACE 2

§   DALLAS COUNTY, TEXAS

## PETITION for EVICTION

*PLEASE NOTE: (For all addresses, you __MUST__ include number, street, apartment number, city, state, & zip code.)*
*MAKE SURE TO __WRITE LEGIBLY__, if not, you may end up paying $85 to amend the citation __NO EXCEPTIONS__*

PLAINTIFF, being duly sworn on oath, files this written complaint against the above named Defendant(s) to evict Defendant(s) from Plaintiff's premises, which is **described as:**

_7150 E Grand Ave_     _712_     _Dallas_     _TX_     _75223_
**STREET ADDRESS**     **UNIT # (IF ANY)**     **CITY**     **STATE**     **ZIP CODE**

GATE CODE _8662_     DEFENDANT'S PHONE: (_214_) _554-3826_

Plaintiff and Defendant(s) have established a **landlord tenant relationship by:** *(check one)* ☑ a written lease or agreement, ☐ an oral agreement, ☐ occupancy after foreclosure sale, ☐ occupancy after contract for deed default, ☐ (other)_____

GROUNDS FOR EVICTION are: *(check)* ☑ non-payment of rent, ☐ holding over, ☐ non-rent default by *(describe default)*_____

WRITTEN NOTICE to VACATE for the grounds stated above was delivered to Defendant(s) at the above described premises on the _25_ day of _August_____, 20_20_, *(check one)* ☑ in person to the tenant(s). ☐ in person to an occupant at least sixteen years of age. ☐ by mail. ☐ by affixing to the inside of the main entry door. ☐ (other)_____

Thereafter, Defendant(s) failed to surrender possession of the above described premises by the date specified in the notice to vacate thereby committing a forcible detainer.

*(check)* I have __NOT__ received a Declaration from the Tenant of being a COVERED PERSON under the CDC Order.

PLAINTIFF REQUESTS judgment for Plaintiff(s) against Defendant(s) for possession of the above described premises, for writ of possession, plus $_9,488.00_ rent due through today, plus accruing rent at the daily rate of $_39.53_ per day until the date of judgment, plus reasonable attorney fees in the amount of $_____, plus all costs of court, plus post-judgment interest at the highest legal rate. **RENT ONLY (NO LATE FEES)**

_Chris Orozco_
**PLAINTIFF/REPRESENTATIVE/ATTORNEY**
**PRINTED NAME**

x _Chris Orozco_
**PLAINTIFF/REPRESENTATIVE/ATTORNEY**
**SIGNATURE**

Address _7150 E. Grand Ave_

City, State, ZIP Code _Dallas TX 75223_

Phone (_214_) _320-0494_     Fax (_214_) _320-9736_

Rental Subsidy (if any):     ____

Tenant's Portion:     ____

**TOTAL MONTHLY RENT:** $_1,186.00_
NOV 5 2020

SWORN to and SUBSCRIBED before me this ____ day of_____, 20____.

Cause Number: JE2052520P

IN THE JUSTICE COURT
PRECINCT 5 PLACE: 2

Plaintiff: AHC METRO LAKEWOOD AKA LAKEWOOD GREENS

VS

Defendants: BOATWRIGHT, SHANNON & OCC.

**DALLAS COUNTY, TEXAS**

### OFFICER'S WRITTEN DECLARATION FOR ALTERNATIVE SERVICE UNDER RULE 510.4

**TO THE HONORABLE COURT:**

As the law enforcement officer receiving the above styled citation for service of process. I hereby request the court to authorized alternative service under rule 510.4 on the following defendant(s):

I have made diligent efforts to deliver/serve such citation on at least two (2) occasions at the home or other address [es] provided by the Plaintiff of the Defendant[s] who's information is listed below. The Plaintiff has stated in his sworn complaint that he knows of no other home or work address [es] of the Defendant[s] in the county. I have attempted service under 510.4 rule at the following location[s] on the following dates and time and was unsuccessful. Therefore, I have satisfied the requirements under rule 510.4 as listed below;

| DEFENDANT: | LOCATION: | DATE: | TIME: |
|---|---|---|---|
| BOATWRIGHT, SHANNON & OCC. | 7150 E GRAND AVE 712 DALLAS, TX. 75223 | 11/09/20 | 10:18 A.M. |
| BOATWRIGHT, SHANNON & OCC. | 7150 E GRAND AVE 712 DALLAS, TX. 75223 | 11/09/20 | 1:50 P.M. |

Therefore, pursuant to section 132.001, Texas civil practice & remedies code, I declare under the penalty of perjury that the foregoing information provide by me, herein is true & correct.
Executed in Dallas County, Texas, this ___9TH___ day of_NOVEMBER___ , ___2020___ .

Signature- Deputy Constable- Badge#

**MICHAEL OROZCO,**
**CONSTABLE-DALLAS COUNTY PRECINCT 5**
**410 SOUTH BECKLEY,**
**DALLAS, TEXAS 75203 (214) 943-1765**

Cause Number: JE2052520P

**IN THE JUSTICE COURT**

PLAINTIFF: AHC METRO LAKEWOOD AKA LAKEWOOD GREENS

VS

DEFENDANT[S]: BOATWRIGHT, SHANNON & OCC.

**PRECINCT 5 PLACE: 2**

(Note: List All Tenants Who are Named
In Plaintiff's Sworn Complaint)

Court Date: NOVEMBER 20 2020 @ 9:00 A.M.

### ORDER AUTHORIZING ALTERNATIVE SERVICE UNDER RULE 510.4

This court finds that deputy J. GOMEZ badge # 536 having the above citation for service of progress, executed and filed written declarations under the penalty of perjury and pursuant to section 132.001, Texas civic practices & remedies code, the court further finds that the deputy was unsuccessful in serving citation and that all requirements for authorizing alternative service under rule 510.4 have been met. Accordingly, such deputy is authorized to service such citation on the following defendant:

BOATWRIGHT, SHANNON & OCC.          7150 E GRAND AVE 712 DALLAS, TX. 75223

ACCORDING TO THE FOLLOWING PROCEDURES:

(A) The deputy shall place the citation in the premises in question by placing it through the door mail chute or by slipping it under the front door; and if neither method is possible or practical, the deputy shall securely affix the citation to the front door of the main entry to the premise:

(B) On the same day, as service under (A) (ABOVE) or the next day, the deputy shall deposit in the mail a true copy of such citation with a copy of the sworn complaint attached thereto, addressed to defendant at the premises in question and sent by first class mail;

(C) The deputy shall note on the return of such citation the date of delivery under (A) (ABOVE) the date of mailing under (B) ABOVE – and;

(D) Such delivery and mailing to the premises shall occur at least six (6) days before the days of citation, or on or before the day assigned by trial. The deputy shall return the citation with their action written thereon, to this court.

Entered & Sign this 10th day of November 20 20

_____
Justice of the Peace Precinct 5 Place 2

CALL THE STATE BAR OF TEXAS TOLL-FREE AT 1-877-9TEXBAR   IF YOU NEED HELP LOCATING AN ATTORNEY.  IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU MAY BE ELIGIBLE FOR FREE OR LOW-COST LEGAL ASSSISTANCE.

**DEMANDA DE DESALOJO:  ESTA DEMANDA DE DESALOJO IMPLICA UNA FECHA LIMITE INMEDIATA.  UN INQUILINO QUE ESTA ACTIVO EN EL SERVICIO MILITAR PUEDE TENER DERECHOS O ALIVIO ESPECIALES RELACION ADO CON ESTA DEMANDA BAJO LA LEY FEDERAL, INCLUYENDO SERVICE MEMBERS CIVIL RELIEF ACT (50 U.S.C. APP. SECTION 501 ET SEQ.), O LEY ESTATAL SECTION 92.017, TEXAS PROPERTY CODE. PARA ASISTENCIA  EN LOCALIZAR ABOGADO COMUNIQUESE A LA ASOCIACION DE ABOGADOS DE TEXAS AL NUMERO GRATUITO 1-877-9TEXBAR EN CASO DE NO PODER PAGAR UN ABOGADO.   TAL VEZ CALIFIQUE PARA ASISTENCIA LEGAL GRATUITA O BAJO-COSTO.**

A COPY OF THE PLAINTIFF S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

GIVEN UNDER MY HAND OFFICIALLY, THIS DECEMBER 03, 2020.



_____
JUSTICE OF THE PEACE

ADDRESS:
7150 E GRAND AVE 712
DALLAS, TX 75223

RENT:  $9,488.00

DOCKET NO.  JE20-52743P

AHC METRO LAKEWOOD AKA LAKEWOOD
GREENS
7150 E GRAND AVE
DALLAS, TX 75223
(214)  320  0494

PLAINTIFF
VS.

ACUNA, AARON & OCC.
BOATWRIGHT, SHANNON & OCC.
GATE CODE 0494
7150 E GRAND AVE 712
DALLAS, TX 75223

DEFENDANT

EVICTION CITATION
IN THE JUSTICE COURT

FILED ON: 12-03-2020
CITATION ISSUED: 12-03-2020
CITATION ISSUED TO
CONST#5 OROZCO

SET
09:00 O'CLOCK AM
ON DECEMBER  17, 2020

JUAN JASSO
JUSTICE OF THE PEACE
PRECINCT 5, PLACE 2
DALLAS COUNTY
410 SOUTH BECKLEY
DALLAS, TEXAS 75203
(214) 943-5981

JS 44 (Rev. 10/20) - TXND (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED
JAN 2 7 2021
CLERK U.S. DISTRICT COURT
NORTHERN DIST OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/Exchange<br>[ ] 890 Other Statutory Actions |
| | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | **LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | **SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>[ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[X] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609<br><br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 10/20) - TXND (10/20)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.