IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHANNON BRIANNA BOATWRIGHT, )
)
Plaintiff, )
)
v. )
)
BRENDA SADBERRY, *et al.*, )
)
Defendant. ) Civil Action No. 3:21-CV-182-C-BK

# ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein recommending that Plaintiff's complaint be summarily dismissed. Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.[1] For the reasons stated therein, Plaintiff's custody claims are **DISMISSED** with prejudice as frivolous and duplicative. Plaintiff's conspiracy claims are **DISMISSED** with prejudice as frivolous and for failure to state a claim. Further, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, if any, and those claims are **DISMISSED** without prejudice. Plaintiff is **WARNED**

---

[1] The Court notes that Plaintiff filed an amended complaint after the Magistrate Judge issued her Findings, Conclusions, and Recommendation. However, the Court finds that Plaintiff's amended complaint has no effect upon the determination that this case is frivolous and that Plaintiff has failed to state a claim upon which relief may be granted.

that if she persists in the filing of frivolous or baseless cases, or cases that fail to state a claim, the Court may impose monetary sanctions and/or bar her from bringing any further actions. *See* Fed. R. Civ. P. 11.

SO ORDERED this 23rd day of February, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE