IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHANNON BRIANNA BOATWRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRENDA SADBERRY, *et al.*, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:21-CV-182-C-BK |

**JUDGMENT**

For the reasons stated in the Court's Order of even date, therein adopting the United States Magistrate Judge's Findings, Conclusions, and Recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's custody and conspiracy claims be **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's state law claims, if any, be **DISMISSED** without prejudice.

SIGNED this 23rd day of February, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE